

**New York City Campaign Finance Board**
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
Chair

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
Members

Paul Seamus Ryan
Executive Director

July 3, 2025
By Electronic Mail and CFB Portal

Vito Pitta
Eric Adams 2021
Eric Adams 2025

Dear Vito Pitta:

The New York City Campaign Finance Board (the "Board") is in receipt of your letter and revised letter to Jesse Schaffer dated July 1, 2025. We appreciate your communication. However, the Board will not be withdrawing or revising its June 16, 2025 request for information at this time.

As you are aware, the Board has a duty to ensure the proper administration of the Matching Funds Program, *see* NYC Admin. Code §§ 3-703, 3-705, 3-705(1), 3-709, including the lawful obtainment and use of taxpayer-funded matching funds by candidates for public office and their committees. *See, e.g.,* NYC Charter Chapter 46, § 1052(a)(13); NYC Admin. Code §§ 3-702(3)-(4), 3-702(21)(b), 3-703, 3-704. In order to fulfill this duty, the Board is authorized by law to request information from candidates and committees, and candidates and committees participating in the Program from which the Board requests such information are required by law to comply with such requests. NYC Charter Chapter 46, § 1052(a)(5); NYC Admin. Code §§ 3-703(1)(d), 3-703(11), 3-708(5); Board Rules §§ 3-01(d)(i)(A)(2), 4-04.

We understand that your letters submitted on April 14, 2025, May 16, 2025, and July 1, 2025, are submitted on behalf of Mayor Adams (as a member of the Adams Campaign, to whom our requests were addressed). Please confirm that you represent the candidate, Mayor Adams, and write on his behalf.

Sincerely,

Joseph Gallagher
General Counsel
New York City Campaign Finance Board
100 Church Street, Floor 12
New York, New York 10007