# PITTA LLP

Attorneys at Law

120 Broadway  
28th Floor  
New York, New York 10271  
Telephone: (212) 652-3890  
Facsimile: (212) 652-3891  

**Vito R. Pitta**  
**Co-Managing Partner**  
Direct Dial: (212) 652-3881  
vrpitta@pittalaw.com  

July 11, 2025

Joseph Gallagher, Esq.  
General Counsel  
New York City Campaign Finance Board  
100 Church Street, 12th Floor  
New York, NY 10007  

Re: **June 16, 2025 Document Requests submitted to Eric Adams 2021 and Eric Adams 2025**

Dear Mr. Gallagher:

I am in receipt of your July 3, 2025 letter denying the request submitted on behalf of Eric Adams 2021 and Eric Adams 2025 ("Committees") to withdraw or to revise the June 16, 2025 document request ("Request") made by the New York City Campaign Finance Board ("Board"). Please accept this as a partial response and request for additional time to produce the documents requested.

As noted in the Request, the undersigned, on behalf of the Committees, previously responded to prior requests for information made by the Board on November 15, 2024 and April 11, 2025. In preparing the responses to those requests, the Committees contacted the following list of past and current employees, consultants, and agents of the Committees to obtain any responsive documentation, in addition to any documentation that was in the possession of undersigned counsel:

1. Eric L. Adams
2. Brianna Suggs
3. Sharon Adams
4. Gladys Miranda
5. Denise Felipe-Adams
6. Michael Giaccio
7. Evan Thies

{00685557-1}

Joseph Gallagher, Esq.
Page 2

8. Katie Moore
9. Nathan Smith
10. Frank Carone
11. Jesse Hamilton IV

     Given the extensive new documentation sought in the Request, which, in some cases, dates back some nearly seven (7) years, the Committees require additional time to continue reviewing documentation in their possession; obtaining documentation from their past and current employees, consultants, and agents; and preparing any responsive documentation for production. Accordingly, the Committees request that such date for production be extended three (3) weeks until August 1, 2025.

                                       Sincerely,

                                       Vito R. Pitta, Esq.

{00685557-1}