

**Frederick P. Schaffer**
Chair

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
Members

Paul Seamus Ryan
Executive Director

July 14, 2025
<u>By Electronic Mail</u>

Vito Pitta
Eric Adams 2021
Eric Adams 2025

Hello Mr. Pitta,

Thank you for your July 11, 2025 letter, submitted at 9:45 PM on behalf of the Eric Adams 2021 and Eric Adams 2025 Campaigns, requesting an extension until August 1, 2025 to respond to the Board's June 16, 2025 request for documentation and information.

The request for additional time is granted. Please be advised that while it has been granted, the submission of a request for extension does not constitute the provision of documents, records or other information requested by the CFB on June 16, 2025 as required by the Rules of the Campaign Finance Board and the N.Y.C. Campaign Finance Act. *See* N.Y.C. Campaign Finance Board Rules, Rule § 3-01(d)(i)(A)(2); N.Y.C. Administrative Code § 3-703(1)(d). It is incumbent upon the Campaigns to retain the records necessary to ensure compliance with the Campaign Finance Act and Board rules including, among other things, those related to contributions and fundraising events. Until the Campaigns provide a full and adequate response, including all responsive documentation and clarifications noted below, CFB staff will recommend that the Adams 2025 Campaign has not demonstrated eligibility for a public funds payment. The Adams 2025 Campaign will next be eligible for matching funds on August 6, 2025.

In addition, CFB staff has concerns about inconsistencies in prior representations made by the Campaigns, which raise questions regarding the adequacy and reliability of the Campaigns' past responses and their current efforts to comply with Board requests.

First, in litigation before the Eastern District of New York, counsel for Mayor Adams stated that Mayor Adams had not been asked by the CFB to provide any responsive records. This statement appears to conflict directly with the Campaigns' current assertion—via your July 11 letter—that Mayor Adams was among the individuals contacted by Counsel to obtain responsive documentation. The Board requests clarification as to why these statements differ and which account accurately reflects the Campaigns' actions. Please state when Mayor Adams was asked to provide responsive documents, when he completed his search, and confirm that his search for responsive documents included documents provided to him by the government as part of discovery in *United States v. Adams*, No. 24-CR-556 (S.D.N.Y.).

Eric Adams 2025 | Page 2 | By Electronic Mail

Second, we remain concerned about the Campaigns' refusal to respond to the November 15, 2024 document request based on advice of criminal counsel, given that the requests related specifically to events that were referenced in the indictment. Following dismissal of the indictment, the Campaigns' subsequently responded by claiming that no responsive documents existed. This change in position raises serious questions about the initial basis for non-compliance. If no responsive documents existed, on what actual ground did you refuse to respond to our November 15 request?

Additionally, the list of individuals identified in your July 11 letter as having been contacted by Counsel does not appear to be a complete or sufficient accounting of all agents, consultants, or others who may have had relevant knowledge of or access to records concerning the Campaigns' activities. For example, your letter does not indicate that Winnie Greco, Mohamed Bahi, Ahsan Chughtai, or Rana Abbasova were contacted by Counsel. A more comprehensive identification of such individuals is necessary to ensure the completeness of any document production.

We look forward to your complete and timely response by **5 p.m.** on August 1, 2025.

Thank you,

*[signature]*

Joseph Gallagher
General Counsel
New York City Campaign Finance Board
100 Church Street, Floor 12
New York, New York 10007