

PITTA LLP
*Attorneys at law*

120 Broadway, 28th Floor
New York, New York 10271
Tel: (212) 652-3890
Facsimile: (212) 652-3891

**Vito R. Pitta**
**Co-Managing Partner**
Direct Dial: (212) 652-3881
VRPitta@PittaLaw.com

July 25, 2025

**BY ELECTRONIC MAIL**
Joseph Gallagher, Esq.
General Counsel
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, New York 10007

Re: Eric Adams 2021 & Eric Adams 2025 Document Requests

Dear Mr. Gallagher:

This firm is counsel to Eric Adams 2021 ("the 2021 Committee") and Eric Adams 2025 ("the 2025 Committee") (collectively, "the Committees"). Please accept this letter on behalf of both Committees as a response to the New York City Campaign Finance Board's ("CFB") June 16, 2025 requests for documentation ("the Requests"). This is the first letter the Committees will submit in response to the Requests in advance of the August 1, 2025 deadline. By providing information and documents on a rolling basis, the Committees seek to provide the CFB with ample time for review prior to its August 6, 2025 meeting.

To ensure a comprehensive and complete response to the Requests, we are working closely with counsel at WilmerHale who represented Mayor Adams and the Committees in connection with the Southern District of New York U.S. Attorney's Office ("SDNY") investigation and prosecution. According to those firms, despite the dismissal of the criminal case against Mayor Adams with prejudice, the protective order limiting the parties' use of certain discovery provided by SDNY to Mayor Adams for any purpose other than the defense of the case remains in place. As a result, Mayor Adams is not permitted to provide the CFB with third-party documents or communications received from SDNY in discovery that remain subject to the protective order. For your reference, a copy of the protective order is attached as Exhibit 1.

As requested, please find attached as Exhibit 2 a list of current and past employees, consultants and agents of the Committees that we have contacted as part of our efforts to identify

Joseph Gallagher, Esq.
July 25, 2025
p. 2

and collect responsive documents and communications. The list is comprehensive in scope and includes Mayor Adams, who has devoted substantial time in assisting with the responses to the Requests, as well as anyone else who may reasonably have relevant knowledge about the topics identified in the Requests. As the Committees receive documents from those contacted, we will produce them on a rolling basis.

Regarding the concerns regarding inconsistencies in prior representations made by the Campaigns described in the CFB's July 14, 2025 letter, we can assure the CFB that there were no inconsistencies in the positions expressed by counsel.

First, both the April 11, 2025 and November 15, 2024 document requests were addressed to counsel and requested "information from the 2021 and 2025 campaigns of Eric Adams." While "campaign" is not a defined term in the Campaign Finance Act ("CFA"), it is generally understood to be synonymous with "principal committee."[1] That term is defined as "the authorized committee designated by a candidate pursuant to paragraph (e) of subdivision 1 of section 3-703 or paragraph (a) of subdivision one of section 3-717 of this chapter."[2] Eric Adams 2021 and Eric Adams 2025 are principal committees, and counsel represents those entities. Counsel understood the requests for information to be requests for documents in possession of the Committees, not any specific individuals associated with the Committees. If the CFB intended its request to include documents in the individual possession of Mayor Adams, it could have explicitly stated so and/or addressed requests to him as a "participating candidate."[3] Indeed, prior communications from the CFB have been directed to Mayor Adams individually.[4] In any event, as part of its due diligence in responding to the document requests, counsel included Mayor Adams in the list of individuals contacted about the requests. Counsel contacted those individuals, including Mayor Adams, on January 3, 2025, January 13, 2025, and March 30, 2025. Mayor Adams advised counsel on March 31, 2025 that he did not have any documentation responsive to the document requests that had not previously been submitted to the CFB.

Second, there was no change in position relating to Mayor's Adams' invocation of his rights in response to the CFB's November 15, 2024 document request, as your July 14, 2025 letter alleges. Immediately following receipt of the November 15, 2024 document request, counsel conferred with criminal counsel for Mayor Adams2025 and shared a copy of the document request on November 16, 2024. At that time, though a search of responsive documents had not yet been completed, it was clear to criminal counsel that any documents or communications responsive to the CFB's requests – to the extent they existed – could implicate Mayor Adams' Fifth Amendment rights. As a result, criminal counsel advised that no responsive documents should be produced until the criminal case concluded. Subsequent to that advice, the Committees searched for responsive documents and identified none. The change in position was the natural result of a change in facts, including the conclusion of the search and the dismissal of the criminal case.

---

[1] CFA §3-702(2).
[2] *Ibid.*
[3] *Id.* at §3-702(1).
[4] *See, e.g.*, November 25, 2024 Letter regarding the submission of a Certified Statement of Need from Mayor Adams.

Joseph Gallagher, Esq.
July 25, 2025
p. 3


      The Committees are continuing to gather material responsive to the Requests and anticipate producing documents on a rolling basis in advance of the August 1, 2025 deadline.


          Sincerely,

          Vito R. Pitta, Esq.

Encl.

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States of America | **Protective Order** |
| v. | **24 Cr. 556 (DEH)** |
| Eric Adams, | |
| *Defendant.* | |

Upon the application of the United States of America, with the consent of the undersigned

counsel, and the defendant having requested discovery under Fed. R. Crim. P. 16, the Court hereby

finds and orders as follows:

## **Categories**

1. **Disclosure Material.** The Government will make disclosure to the defendant of

documents, objects and information, including electronically stored information ("ESI"), pursuant

to Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, and the Government's general

obligation to produce exculpatory and impeachment material in criminal cases, all of which will

be referred to herein as "Disclosure Material." The Government's Disclosure Material may include

material that (i) affects the privacy and confidentiality of individuals and entities; (ii) would

impede, if prematurely disclosed, the Government's ongoing investigation of uncharged

individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; (iv) may be

produced with more limited redactions than would otherwise be necessary; and (v) that is not

authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense

of this criminal case.

2. **Sealed Material.** Certain of the Government's Disclosure Material, referred to herein

as "Sealed Material," contains information that (i) affects the privacy and confidentiality of third

parties; (ii) identifies, or could lead to the identification of, witnesses who may be subject to harassment, intimidation or obstruction, absent the protective considerations set forth herein; (iii) could jeopardize the ongoing criminal investigations; or (iv) otherwise implicates the privacy of other individuals and/or non-public federal, state, or local governmental matters. Disclosure Material that includes a Bates label or otherwise is identified on the document or any accompanying discovery index or other written communication by the Government as "Sealed Material" shall be deemed "Sealed Material."

3. **Attorney's Possession Only ("APO") Material.** Certain materials in this case raise a particular risk of affecting the privacy of witnesses or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to the defendant or his counsel that is either (1) designated in whole or in part as "Attorney's Possession Only" by the Government in emails or communications to defense counsel, or (2) that includes a Bates or other label stating "Attorney's Possession Only" or "APO" shall be deemed "APO Material." Any material designated as APO Material shall also be deemed Sealed Material.

4. **Attorney's Eyes Only ("AEO") Material.** Certain materials in this case raise a more significant risk of affecting the privacy or safety of witnesses or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to the defendant or his counsel that is either (1) designated in whole or in part as "Attorney's Eyes Only" by the Government in emails or communications to defense counsel, or (2) that includes a Bates or other label stating "Attorney's Eyes Only" or "AEO" shall be deemed "AEO Material." Any material designated as AEO Material shall also be deemed Sealed Material.

2023.11.26

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

**Disclosure and Treatment**

5.   Disclosure Material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any Disclosure Material on any Internet site or network site, including any social media site such as Facebook or Twitter, to which persons other than the parties hereto have access, and shall not disclose any Disclosure Material to the media.  Nothing in this Order limits the defense's use of ESI obtained from the defendant's own devices or accounts or documents produced by the defendant to the Government in his individual capacity.  However, any such use must comply with applicable federal and local criminal rules.

6.   Sealed Material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court, and may be disclosed by defense counsel to:

    a.   The defendant;

    b.   Personnel for whose conduct defense counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action; and

    c.   Prospective witnesses for purposes of defending this action.

7.   APO Material received by defense counsel shall be maintained in a safe and secure manner by defense counsel and any personnel for whose conduct defense counsel is responsible; shall not be possessed by the defendant, except in the presence of the defendant's counsel and any personnel for whose conduct defense counsel is responsible; and shall not be disclosed in any form

2023.11.26

by the defendant, his counsel, or any personnel for whose conduct defense counsel is responsible except as set forth herein.

8.  AEO Material received by defense counsel shall be maintained on an attorney's eyes only basis, and the defense shall not share any AEO Material or the content of the AEO Material with any other persons, including the defendant, except for any personnel for whose conduct defense counsel is responsible.

## Other Provisions

9.  This Order does not prevent the disclosure of any Disclosure Material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1 and the above provisions.

10. The Government's designation of material will be controlling absent contrary order of the Court. The parties shall meet and confer regarding any dispute over such designations, after which the defense may seek de-designation by the Court. The Government may authorize, in writing, disclosure of Disclosure Material beyond that otherwise permitted by this Order without further Order of this Court.

11. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Disclosure Material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

12. Except for Disclosure Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Disclosure Material, including any ESI, within 30 days of the expiration of the period for direct appeal from any verdict

2023.11.26

in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; and the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is provided to any personnel for whose conduct defense counsel is responsible or prospective witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

2023.11.26

## Retention of Jurisdiction

13. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney


by: _____/s/_____          Date: _____9/30/24_____
    Celia V. Cohen
    Andrew Rohrbach
    Hagan Scotten
    Derek Wikstrom
    Assistant United States Attorneys


_____          Date: _____10/01/2024_____
Avi Perry
Alex Spiro
William A. Burck
John F. Bash
Counsel for Eric Adams


The Clerk of Court is respectfully requested to close ECF No. 26.


SO ORDERED:

Dated: New York, New York
       October 3 , 2024

_____
THE HONORABLE DALE E. HO
UNITED STATES DISTRICT JUDGE

2023.11.26

# EXHIBIT 2

## **Exhibit 2: Campaign Outreach**

| |
|---|
| Eric Adams |
| Briana Suggs |
| Gladys Miranda |
| Rana Abbasova |
| Evan Thies |
| Winnie Grecco |
| Tracey Collins |
| Mohamed Bahi |
| Angel Chen |
| Connor Martinez |
| Denise Felipe-Adams |
| Jake Capistran |
| Katie Moore |
| Michael Giaccio |
| Pragya Nandini |
| Rachel Atcheson |
| Rose Guerrier |
| Roslin Spigner |
| Tiffany Raspberry |
| Sharon Adams |
| Edu Hermelyn |
| Jonah Allon |
| Jose Bayona |
| Stefan Ringel |
| Vito Pitta |
| Ardian Tagani |
| Nathan Smith |
| Sarana Purcell |
| Karen McConney |
| Karen Ford |
| Jesse Hamilton |

CONFIDENTIAL – FOIL Exempt

I.      November 15, 2024 Documentation Requests Including Additional Requests
        (*Italicized*) Based on DOJ Document Review

        May 7, 2021 fundraiser referenced in ¶30 of the indictment

## CONTRIBUTION CARD

To comply with New York City Campaign Finance Board reporting requirements, contributors should complete and review the card in its entirety.

**Committee Use Only**
Transaction ID:

# ERIC ADAMS 2021

**Contribution Type**  ☐ Check        ☐ Money Order        ☐ Cash (maximum of $100 per contributor)

**Contribution Amount**  ☐ $50      ☐ $150      ☐ $250      ☐ $500      ☐ $1,000      ☐ $2,000      ☐ Other $

If a contributor has business dealings with the City as defined in the Campaign Finance Act, such contributor may contribute only up to $250 for city council, $320 for borough president, and $400 for mayor, comptroller, or public advocate.

**Contributor Name**

**Home Address**                                                                 **City/State/ZIP**

**Optional: Tel.**                                        **Email**

Provide your employment information below. If you are not employed, indicate what best describes your employment status (e.g., "homemaker", "retired", "student," or "unemployed"). If self-employed, indicate employer as "self" and provide your occupation and employment address.

**Employer**                                                                 **Occupation**

**Business Address**                                                     **City/State/ZIP**

I understand that State law requires that a contribution be in my name and be from my own funds. I hereby affirm that I was not, nor, to my knowledge, was anyone else, reimbursed in any manner for this contribution; that this contribution is not being made as a loan; and that this contribution is being made from my personal funds or my personal account, which has no corporate or business affiliation.

**Contributor's Signature**                        **Date of Contribution**

**DOING BUSINESS CONTRIBUTION INFORMATION**

An individual is generally considered to be "doing business" with the City if he/she is a registered NYC lobbyist or is a principal owner, principal officer, or senior manager of an entity that has engaged in, held, applied for, or proposed on any of the following during the prior 12 months:

- Contracts, concessions, franchises, or grants that total over $100,000 ($500,000 for construction contracts) other than contracts awarded by competitive sealed bid.
- Economic development agreements, including payments in lieu of taxes, City tax incentives, and City financing.
- Contracts for the investment of pension funds or related services.
- The sale, purchase, or lease of real property with or by the City, unless by public auction or competitive sealed bid.
- Uniform Land Use Review Procedure (ULURP) actions, or City Charter office lease or zoning change applications.

Contributions from or intermediated by individuals doing business with the City will not be matched with public funds. For more information, see www.nyccfb.info/candidate-services/doing-business-faqs.

## Please make checks payable to: ERIC ADAMS 2021

MAILING ADDRESS: Eric Adams 2021, P.O. Box 23723, Brooklyn, NY  11202

**www.ERICADAMS2021.com**





## Extraction Report - Apple iOS Full File system

## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

## Native Messages (1)

### briannasuggs03@gmail.com (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** +17188644380<br>**Start Time:** 11/11/2020 2:21:07 AM(UTC+0)<br>**Last Activity:** 5/23/2023 7:10:56 PM(UTC+0)<br>**Number of attachments:** 14<br>**Source:** Native Messages<br>**Account:** briannasuggs03@gmail.com<br>**Source file:** 00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8DB356E (Table: chat, message, handle; Size: 162328576 bytes)<br>**Source Extraction:** Legacy<br>**Body file:** chat-1.txt | |

**Participants:**


briannasuggs03@gmail.com
Brianna Suggs* (owner)

+19174702780
Brianna Suggs* (owner)

+17188644380
Rana Abbasova*

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Hey Rana,

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | | | |

**Status:** Sent

5/12/2021 3:35:09 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2563667 (Table: message, handle; Size: 162328576 bytes)

1

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

I'm not in the building

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | | | |

**Status:** Sent

5/12/2021 3:35:20 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25634A2 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

do you have to leave something for me?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | | | |

**Status:** Sent

5/12/2021 3:35:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25632BD (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

No I have to ask you something

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/12/202 1 3:40:47 PM(UTC +0) | |

**Status:** Read

5/12/2021 3:35:51 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2564F83 (Table: message, handle; Size: 162328576 bytes)

2

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Ok, you want to call me later?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/12/2021 3:41:10 PM(UTC+0) | | |

**Status:** Sent

5/12/2021 3:40:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2564D70 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/13/2021 6:41:23 PM(UTC+0) | |

**Status:** Read

5/12/2021 3:41:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2564B24 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

What tome is good for you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/13/2021 6:41:23 PM(UTC+0) | |

**Status:** Read

5/12/2021 3:42:05 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x256493D (Table: message, handle; Size: 162328576 bytes)

3

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Can I call you ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/13/2021 6:41:23 PM(UTC+0) | |

**Status:** Read

5/12/2021 8:59:42 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x25731D3 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Hi Brianna
Please call
Me when you have a chance
Need to talk regarding Alibaba's event

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/13/2021 6:41:23 PM(UTC+0) | |

**Status:** Read

5/13/2021 6:41:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2590DA0 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Good morning Brianna
Alibaba just called me
He is asking to reschedule the May 17 event to another day
He said we are not ready
Without flyer it's hard to do the announcement

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/17/2021 4:23:27 PM(UTC+0) | |

**Status:** Read

5/14/2021 12:10:40 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2593798 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Brianna did you rcv my message

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/17/2021 4:23:27 PM(UTC+0) | |

**Status:** Read

5/14/2021 8:03:39 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x259E62E (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Hi Brianna
Please can you share the link with me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/17/2021 4:23:27 PM(UTC+0) | |

**Status:** Read

5/17/2021 4:10:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x25ED574 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

https://ericadams2021.com

Attachments:



Title: 22240A04-7EF1-4417-B720-C1B420E6E659.pluginPayloadAttachment
Size: 451
File name: ~/Library/SMS/Attachments/cb/11/E732AB08-3A81-4D0B-9493-
F9928696BEED/22240A04-7EF1-4417-B720-
C1B420E6E659.pluginPayloadAttachment
~/Library/SMS/Attachments/cb/11/E732AB08-3A81-4D0B-9493-
F9928696BEED/22240A04-7EF1-4417-B720-
C1B420E6E659.pluginPayloadAttachment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/17/2021 4:23:35 PM(UTC+0) | | |

Status: Sent

5/17/2021 4:23:34 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25EEADD (Table: message, attachment, handle; Size: 162328576 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/cb/11/E732AB
08-3A81-4D0B-9493-F9928696BEED/22240A04-7EF1-4417-B720-
C1B420E6E659.pluginPayloadAttachment :  (Size: 451 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Attachments:



Title: d7937ad6-9536-44d2-8047-3de29ab14c83.heic
Size: 71181
File name: ~/Library/SMS/Attachments/33/03/7B1C6257-C742-4B4C-AA46-
ED1756A11E67/d7937ad6-9536-44d2-8047-3de29ab14c83.heic
Path: https://p66-
content.icloud.com/M687E13E887E3B2039B95F6E86C506CA034006C26CBBDB30C
5DE3A908EE22BEAD.C01USN00
~/Library/SMS/Attachments/33/03/7B1C6257-C742-4B4C-AA46-
ED1756A11E67/d7937ad6-9536-44d2-8047-3de29ab14c83.heic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/17/2021 4:38:43 PM(UTC+0) | |

Status: Read

5/17/2021 4:28:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25EFF83 (Table: message, handle, attachment; Size: 162328576 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/33/03/7B1C62
57-C742-4B4C-AA46-ED1756A11E67/d7937ad6-9536-44d2-8047-3de29ab14c83.heic :
(Size: 71181 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Is this happing today?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/17/2021 4:38:43 PM(UTC+0) | |

**Status:** Read

5/17/2021 4:28:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x25EFD16 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Did you find out ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/17/2021 8:34:37 PM(UTC+0) | |

**Status:** Read

5/17/2021 5:06:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x25F1415 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Good morning Brianna
BP confirmed June 10 breakfast with Dr.Oz
Please add to his calendar
June 10 at 7 am
Turkish consulate general
605 3rd Ave 30 floor
New York NY

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/18/2021 1:59:36 PM(UTC+0) | |

**Status:** Read

5/18/2021 1:59:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2619F83 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

**Good morning**
**Ok thanks**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/18/2021 1:59:53 PM(UTC+0) | | |

**Status:** Sent

5/18/2021 1:59:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2618479 (Table: message, handle; Size: 162328576 bytes)

---

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

**Thank you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/18/2021 2:01:35 PM(UTC+0) | |

**Status:** Read

5/18/2021 2:00:00 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x261823D (Table: message, handle; Size: 162328576 bytes)

---

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

**List of attendees**
**CG Reyhan Ozgur**
**Ambassador Murat Mercan**
**Dr Oz**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/18/2021 2:01:40 PM(UTC+0) | |

**Status:** Read

5/18/2021 2:01:40 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x261A3A7 (Table: message, handle; Size: 162328576 bytes)

8

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Yw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/18/2021 2:01:43 PM(UTC+0) | | |

**Status:** Sent

5/18/2021 2:01:42 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x261BF8D (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/18/2021 2:01:45 PM(UTC+0) | | |

**Status:** Sent

5/18/2021 2:01:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x261BD85 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

**Attachments:**

Title: 20210520135336183.pdf
Size: 500397
File name: ~/Library/SMS/Attachments/df/15/C3E70C98-A77A-435D-810B-E320F20C2096/20210520135336183.pdf
Path: https://p67-content.icloud.com/M687E13E887E3B2039B95F6E86C506CA034006C26CBBDB30C5DE3A908EE22BEAD:C01USN00
~/Library/SMS/Attachments/df/15/C3E70C98-A77A-435D-810B-E320F20C2096/20210520135336183.pdf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/20/2021 6:55:04 PM(UTC+0) | |

**Status:** Read

5/20/2021 6:54:59 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2663411 (Table: message, handle, attachment; Size: 162328576 bytes)
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/df/15/C3E70C98-A77A-435D-810B-E320F20C2096/20210520135336183.pdf :  (Size: 500397 bytes)

9

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Thank you!!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/20/2021 6:55:15 PM(UTC+0) | | |

**Status:** Sent

5/20/2021 6:55:14 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2664F8D (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/20/2021 6:55:18 PM(UTC+0) | | |

**Status:** Sent

5/20/2021 6:55:17 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2664D6F (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/21/2021 2:51:44 PM(UTC+0) | |

**Status:** Read

5/20/2021 6:55:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2664B49 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Brianna
Can you please send me
The contribution form

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/26/2021 9:02:29 PM(UTC+0) | |

**Status:** Read

5/26/2021 9:02:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x26DF4EE (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Here you go

Attachments:



Title: Contribution Card revised.pdf
Size: 133258
File name: ~/Library/SMS/Attachments/85/05/76DDE1BE-1BF8-4C06-82E1-D2C6631C2EA9/Contribution Card revised.pdf
Path: https://p53-content.icloud.com/M232E16B48674FE97F03756533502A16B30B93E888D0C5F940C9E99462C22CB9B.C01USN00
~/Library/SMS/Attachments/85/05/76DDE1BE-1BF8-4C06-82E1-D2C6631C2EA9/Contribution Card revised.pdf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/26/2021 10:03:22 PM(UTC+0) | | |

**Status:** Sent

5/26/2021 10:03:14 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x26DF2AB (Table: message, attachment, handle; Size: 162328576 bytes)
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/85/05/76DDE1BE-1BF8-4C06-82E1-D2C6631C2EA9/Contribution Card revised.pdf : (Size: 133258 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | 5/26/2021 10:53:04 PM(UTC+0) | 5/26/2021 10:53:04 PM(UTC+0) | |

**Status:** Read

5/26/2021 10:09:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x26E0F7B (Table: message, handle; Size: 162328576 bytes)



From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

yw!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | | | |

**Status:** Sent

5/26/2021 10:53:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x26E186D (Table: message, handle; Size: 162328576 bytes)





## Extraction Report - Apple iOS Full File system

---

## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

---

## Native Messages (1)

### briannasuggs03@gmail.com (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** +17188644380<br>**Start Time:** 11/11/2020 2:21:07 AM(UTC+0)<br>**Last Activity:** 5/23/2023 7:10:56 PM(UTC+0)<br>**Number of attachments:** 14<br>**Source:** Native Messages<br>**Account:** briannasuggs03@gmail.com<br>**Source file:** 00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8DB356E (Table: chat, message, handle; Size: 162328576 bytes)<br>**Source Extraction:** Legacy<br>**Body file:** chat-1.txt | |

**Participants:**

| | | |
|---|---|---|
|  | briannasuggs03@gmail.com<br>Brianna Suggs* (owner) | |
| | +19174702780<br>Brianna Suggs* (owner) | |
| | +17188644380<br>Rana Abbasova* | |

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Hey Rana,
Thanks so much!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/1/2021 12:30:54 AM(UTC+0) | | |

**Status:** Sent

4/1/2021 12:30:53 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2143356 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Do you know who else will attend?
BP
Me
Are you planning to attend ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/1/2021 12:33:10 AM(UTC+0) | |

**Status:** Read

4/1/2021 12:32:41 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2144F83 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Liked "Hey Rana,
Thanks so much! "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/1/2021 12:33:10 AM(UTC+0) | |

**Status:** Read

4/1/2021 12:32:56 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2144CC5 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

I will be there as well

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/1/2021 12:33:20 AM(UTC+0) | | |

**Status:** Sent

4/1/2021 12:33:19 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2144A74 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

**But that's it**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/1/2021 12:33:23 AM(UTC+0) | | |

**Status:** Sent

4/1/2021 12:33:23 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2144842 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

**Great**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/1/2021 12:33:45 AM(UTC+0) | |

**Status:** Read

4/1/2021 12:33:32 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2144618 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

**See you on Friday**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/1/2021 12:33:45 AM(UTC+0) | |

**Status:** Read

4/1/2021 12:33:41 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2145F83 (Table: message, handle; Size: 162328576 bytes)

3

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Loved "See you on Friday "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/1/2021 12:33:49 AM(UTC+0) | | |

**Status:** Sent

4/1/2021 12:33:49 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2145982 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Looking forward to it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/1/2021 12:33:59 AM(UTC+0) | | |

**Status:** Sent

4/1/2021 12:33:59 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21453D1 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Loved "Looking forward to it"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/1/2021 8:07:00 PM(UTC +0) | |

**Status:** Read

4/1/2021 12:34:12 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2146F1F (Table: message, handle; Size: 162328576 bytes)

4

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Hi Brianna
List of people who will attend the meeting
-TR CG Reyhan Ozgur
-Murat Agirnasli, AGIME Group LLc
-Barbaros Karaahmet, Chief Operating Partner, Herrick Feinstein LLC
-Erden Arkan, KSK Construction, Owner
-Christopher Pompa, Principle, CARO Enterprises

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/1/2021 8:07:00 PM(UTC+0) | |

**Status:** Read

4/1/2021 8:06:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2154F83 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Hi Brianna
How are you?
When you have a chance can you give me the dates for the event?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/5/2021 11:48:09 PM(UTC+0) | |

**Status:** Read

4/5/2021 11:11:47 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2189958 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Hi Rana,
Can you please give them 5/7 at 5:00 pm-7:00 pm?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/5/2021 11:49:08 PM(UTC+0) | | |

**Status:** Sent

4/5/2021 11:49:06 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x218AF8D (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Sorry 5:00 pm-6:30 pm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/5/2021 11:50:19 PM(UTC+0) | | |

Status: Sent

4/5/2021 11:50:18 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x218BF8D (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Good morning Brianna
Thank you for the dates
I will confirm with you shortly
Please give me date for the zoom meeting with lawyers group
Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/6/2021 1:22:04 PM(UTC+0) | |

Status: Read

4/6/2021 1:19:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21908EE (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Brianna hi
How are you
Are you available?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/8/2021 4:48:45 PM(UTC+0) | |

Status: Read

4/8/2021 4:48:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21B7F83 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Hi Rana,
I can call you in a few,
And I'm sorry I didn't see the text above. Let me get you a date

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/8/2021 4:49:14 PM(UTC+0) | | |

**Status:** Sent

4/8/2021 4:49:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21B7D56 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/8/2021 5:14:06 PM(UTC +0) | |

**Status:** Read

4/8/2021 4:49:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21B7A81 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

I was going to ask you the dates

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/8/2021 5:14:06 PM(UTC +0) | |

**Status:** Read

4/8/2021 4:49:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21B789A (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Hi Brianna
Are you available?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/12/2021 7:15:17 PM(UTC +0) | |

**Status:** Read

4/9/2021 2:34:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21C86F0 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Hi Brianna
For the event you gave me 5/7 5-5:30 pm
Is it possible to switch the date to
5/5 or 5/6
Please let me know
Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/12/2021 7:15:17 PM(UTC+0) | |

**Status:** Read

4/12/2021 7:08:48 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x220DF83 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

i can only do 5/7 at 8:30 pm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/12/2021 7:16:01 PM(UTC+0) | | |

**Status:** Sent

4/12/2021 7:16:00 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x220EF8D (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Also, here are the time for Barborous:
4/22 at 12:30 pm-1:00 pm or 4/23 at 3:30 pm-4:00 pm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/12/2021 7:19:46 PM(UTC+0) | | |

**Status:** Sent

4/12/2021 7:19:38 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x220FF8D (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Can I call you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/12/202 1 8:08:04 PM(UTC +0) | |

**Status:** Read

4/12/2021 7:54:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22114D8 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Not right now, I'm on a call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/12/2021 8:08:14 PM(UTC+0) | | |

**Status:** Sent

4/12/2021 8:08:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22112E1 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

**Please call me when you have a chance**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/12/2021 8:09:20 PM(UTC +0) | |

**Status:** Read

4/12/2021 8:08:30 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2212F83 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

**Ok**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/12/2021 8:09:25 PM(UTC+0) | | |

**Status:** Sent

4/12/2021 8:09:24 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2212959 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

**For the event they prefer the weekdays**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/12/2021 8:32:08 PM(UTC +0) | |

**Status:** Read

4/12/2021 8:32:03 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2213F83 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Call me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/12/2021 8:32:54 PM(UTC+0) | | |

**Status:** Sent

4/12/2021 8:32:53 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2213B22 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

I don't know who just answered your call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/12/2021 8:33:13 PM(UTC+0) | | |

**Status:** Sent

4/12/2021 8:33:12 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x221390E (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Also please inform BP regarding testing site in BK
Still not get any answers from Nathan
Why it's taking that long
It's been more than month

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/12/2021 8:39:20 PM(UTC+0) | |

**Status:** Read

4/12/2021 8:38:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22136B0 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Ok, let me find out on both

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/12/2021 8:39:35 PM(UTC+0) | | |

Status: Sent

4/12/2021 8:39:33 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22133B0 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

5/6 at 7:30 right?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/12/2021 8:40:40 PM(UTC+0) | |

Status: Read

4/12/2021 8:40:35 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22148BE (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

8:30 pm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/12/2021 8:40:45 PM(UTC+0) | | |

Status: Sent

4/12/2021 8:40:43 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2215F8D (Table: message, handle; Size: 162328576 bytes)

12

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Ok
Thank you
I will confirm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/12/202 1 8:59:35 PM(UTC +0) | |

**Status:** Read

4/12/2021 8:42:37 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22159BD (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Can you please tell barbarous I news 4/22 back it doesn't work I need to put something else there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/12/2021 10:25:40 PM(UTC+0) | | |

**Status:** Sent

4/12/2021 10:25:38 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22166D9 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Sure

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/13/202 1 10:33:40 AM(UTC +0) | |

**Status:** Read

4/12/2021 10:26:19 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2217F83 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

4/23 at 3:30 pm confirmed with Barborous group

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/13/202 1 10:34:26 PM(UTC +0) | |

**Status:** Read

4/13/2021 9:55:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x222AF83
(Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

They will share zoom details shortly

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/13/202 1 10:34:26 PM(UTC +0) | |

**Status:** Read

4/13/2021 9:56:30 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x222A6EF (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

**Attachments:**

Title: CAL_1439.ics
Size: 2723
File name: ~/Library/SMS/Attachments/8c/12/101988AF-016C-401A-80E0-
059FDF032297/CAL_1439.ics
Path: https://p38-
content.icloud.com/M687E13E887E3B2039B95F6E86C506CA034006C26CBBDB30C
5DE3A908EE22BEAD.C01USN00
~/Library/SMS/Attachments/8c/12/101988AF-016C-401A-80E0-
059FDF032297/CAL_1439.ics

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/13/202 1 10:34:26 PM(UTC +0) | |

**Status:** Read

4/13/2021 10:32:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x222A4C6 (Table: message, handle, attachment; Size: 162328576 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/8c/12/101988A
F-016C-401A-80E0-059FDF032297/CAL_1439.ics :  (Size: 2723 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

I forwarded Zoom invite to you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/13/2021 10:34:41 PM(UTC+0) | |

Status: Read

4/13/2021 10:34:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x222A259 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

I can't see this forward you can just email it to me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/13/2021 10:35:15 PM(UTC+0) | | |

Status: Sent

4/13/2021 10:35:14 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x222BF8D (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

I emailed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/13/2021 10:35:33 PM(UTC+0) | |

Status: Read

4/13/2021 10:35:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x222BD15 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Hi Brianna
Sorry to bother you
Did you inform BP regarding testing site

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/14/2021 10:05:41 PM(UTC+0) | |

**Status:** Read

4/14/2021 10:04:47 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2240DA0 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Hi Rana,
I spoke with BP about it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/14/2021 10:37:22 PM(UTC+0) | | |

**Status:** Sent

4/14/2021 10:37:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2242F8D (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/15/2021 7:57:44 PM(UTC +0) | |

**Status:** Read

4/14/2021 10:51:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22426AF (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

**Hey can you call me?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/15/2021 7:57:50 PM(UTC+0) | | |

**Status:** Sent

4/15/2021 7:57:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x224CF8D (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/15/202 1 7:58:43 PM(UTC +0) | |

**Status:** Read

4/15/2021 7:58:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x224CD55 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

May 7 at 5:30pm is confirmed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/15/202 1 10:52:58 PM(UTC +0) | |

**Status:** Read

4/15/2021 10:52:42 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x224EB7A (Table: message, handle; Size: 162328576 bytes)

17

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Okay what's the location?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/15/2021 10:53:38 PM(UTC+0) | | |

**Status:** Sent

4/15/2021 10:53:38 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x224E366 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

In Williamsburg
I will share the location shortly

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/15/2021 10:55:22 PM(UTC+0) | |

**Status:** Read

4/15/2021 10:54:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x224FF83 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Hi Brianna
How are you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

**Status:** Read

4/21/2021 2:15:53 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22C7429 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

**KSK Construction Group - Headquarters**
**(718) 290-9111**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

**Status:** Read

4/21/2021 2:15:56 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22C8F83 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

https://goo.gl/maps/dEJxHkAD6APe7U95A

**Attachments:**

Title: 91FAAE94-48F7-45E9-96F7-97D8D35D8710.pluginPayloadAttachment
Size: 4286
File name: ~/Library/SMS/Attachments/23/03/E3C2D707-8796-44D9-B413-2378ACB04C86/91FAAE94-48F7-45E9-96F7-97D8D35D8710.pluginPayloadAttachment
~/Library/SMS/Attachments/23/03/E3C2D707-8796-44D9-B413-2378ACB04C86/91FAAE94-48F7-45E9-96F7-97D8D35D8710.pluginPayloadAttachment



Title: 8ACE0416-C68B-4D81-8E3B-1D5ABC38FD8E.pluginPayloadAttachment
Size: 23608
File name: ~/Library/SMS/Attachments/49/09/06815B08-D440-486C-933F-1155D7545978/8ACE0416-C68B-4D81-8E3B-1D5ABC38FD8E.pluginPayloadAttachment
~/Library/SMS/Attachments/49/09/06815B08-D440-486C-933F-1155D7545978/8ACE0416-C68B-4D81-8E3B-1D5ABC38FD8E.pluginPayloadAttachment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

**Status:** Read

4/21/2021 2:16:00 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22C96B5 (Table: message, handle, attachment; Size: 162328576 bytes)
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/23/03/E3C2D707-8796-44D9-B413-2378ACB04C86/91FAAE94-48F7-45E9-96F7-97D8D35D8710.pluginPayloadAttachment :  (Size: 4286 bytes)
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/49/09/06815B08-D440-486C-933F-1155D7545978/8ACE0416-C68B-4D81-8E3B-1D5ABC38FD8E.pluginPayloadAttachment :  (Size: 23608 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Location for May 7 event

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC +0) | |

**Status:** Read

4/21/2021 2:16:18 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22CAF83 (Table: message, handle; Size: 162328576 bytes)

---

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Also I gave your number to one of the gentleman from last time dinner
He has questions regarding campaigns

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

**Status:** Read

4/21/2021 2:18:43 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22CA987 (Table: message, handle; Size: 162328576 bytes)

---

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

His name is Erden Arkan

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC +0) | |

**Status:** Read

4/21/2021 2:19:05 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22CA6D1 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Sorry, I can't talk right now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/23/2021 3:39:26 PM(UTC+0) | | |

**Status:** Sent

4/23/2021 3:39:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2311F8D (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Ok
Please call me when you have a chance

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

**Status:** Read

4/23/2021 3:39:44 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2311D43 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Do you need anything else for  Today 3:30 pm Zoom meeting with Barborous group?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

**Status:** Read

4/23/2021 3:41:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x231176A (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Bsuggs@ericadams2021.com

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/23/2021 6:49:47 PM(UTC+0) | | |

**Status:** Sent

4/23/2021 6:49:47 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x231A93E (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Brianna they are ready

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/23/2021 7:35:05 PM(UTC+0) | |

**Status:** Read

4/23/2021 7:34:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x231B5F7 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

He's logging on

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/23/2021 7:35:13 PM(UTC+0) | | |

**Status:** Sent

4/23/2021 7:35:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x231B3F4 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Ok
Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 4/23/202 1 7:40:59 PM(UTC +0) | |

**Status:** Read

4/23/2021 7:35:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x231B1C2 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Yw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/23/2021 7:41:03 PM(UTC+0) | | |

**Status:** Sent

4/23/2021 7:41:02 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x231DF8D (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Please text me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/7/2021 9:28:56 PM(UTC+0) | | |

**Status:** Sent

5/7/2021 9:28:55 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B23C9 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

BP is doing a zoom

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/7/2021 9:29:03 PM(UTC+0) | | |

**Status:** Sent

5/7/2021 9:29:02 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B3F8D (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Do you have forms

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/7/2021 9:29:09 PM(UTC+0) | |

**Status:** Read

5/7/2021 9:29:06 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B3D59 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/7/2021 9:29:11 PM(UTC+0) | | |

**Status:** Sent

5/7/2021 9:29:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B3B60 (Table: message, handle; Size: 162328576 bytes)

From: +19174702780 Brianna Suggs (owner)
To: +17188644380 Rana Abbasova

?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 5/7/2021 9:29:13 PM(UTC+0) | | |

**Status:** Sent

5/7/2021 9:29:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x24B3956 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Can you give me the forms

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/11/2021 2:23:09 AM(UTC+0) | |

**Status:** Read

5/7/2021 9:29:25 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x24B3744 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

They already collect the checks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/11/2021 2:23:09 AM(UTC+0) | |

**Status:** Read

5/7/2021 9:29:35 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x24B3533 (Table: message, handle; Size: 162328576 bytes)

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Hi Brianna
Sorry to bother you so late

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/11/2021 2:23:09 AM(UTC+0) | |

**Status:** Read

5/11/2021 1:51:20 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x251E725 (Table: message, handle; Size: 162328576 bytes)

---

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Is BP available?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | | 5/11/2021 2:23:09 AM(UTC+0) | |

**Status:** Read

5/11/2021 1:52:34 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x251E4F4 (Table: message, handle; Size: 162328576 bytes)

---

From: +17188644380 Rana Abbasova
To: +19174702780 Brianna Suggs (owner)

Hi Brianna
How are you
Are you in the building?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19174702780 Brianna Suggs | 5/12/2021 3:35:04 PM(UTC+0) | 5/12/2021 3:35:04 PM(UTC+0) | |

**Status:** Read

5/12/2021 3:25:37 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2562B85 (Table: message, handle; Size: 162328576 bytes)

Start Time: 11/11/2020 2:21:07 AM(UTC+0)
Last Activity: 5/23/2023 7:10:56 PM(UTC+0)
Participants: briannasuggs03@gmail.com Brianna Suggs, +19174702780 Brianna Suggs, +17188644380
Rana Abbasova
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/12/2021 3:35:09 PM(UTC+0)
Source App: Native Messages
Body:
Hey Rana,
------------------------------
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/12/2021 3:35:20 PM(UTC+0)
Source App: Native Messages
Body:
I'm not in the building
------------------------------
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/12/2021 3:35:31 PM(UTC+0)
Source App: Native Messages
Body:
do you have to leave something for me?
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/12/2021 3:35:51 PM(UTC+0)
Source App: Native Messages
Body:
No I have to ask you something
------------------------------
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/12/2021 3:40:58 PM(UTC+0)
Source App: Native Messages
Body:
Ok, you want to call me later?
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/12/2021 3:41:58 PM(UTC+0)
Source App: Native Messages
Body:
Yes
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/12/2021 3:42:05 PM(UTC+0)
Source App: Native Messages
Body:
What tome is good for you?
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/12/2021 8:59:42 PM(UTC+0)
Source App: Native Messages
Body:
Can I call you ?
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/13/2021 6:41:13 PM(UTC+0)
Source App: Native Messages
Body:

Hi Brianna
Please call
Me when you have a chance
Need to talk regarding Alibaba's event
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/14/2021 12:10:40 PM(UTC+0)
Source App: Native Messages
Body:
Good morning Brianna
Alibaba just called me
He is asking to reschedule the May 17 event to another day
He said we are not ready
Without flyer it's hard to do the announcement

------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/14/2021 8:03:39 PM(UTC+0)
Source App: Native Messages
Body:
Brianna did you rcv my message
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/17/2021 4:10:57 PM(UTC+0)
Source App: Native Messages
Body:
Hi Brianna
Please can you share the link with me

------------------------------
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/17/2021 4:23:34 PM(UTC+0)
Source App: Native Messages
Attachments:
#1: chats\Native Messages_briannasuggs03@gmail.com\attachments1\__Libr_1
Body:
https://ericadams2021.com
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/17/2021 4:28:13 PM(UTC+0)
Source App: Native Messages
Attachments:
#1: chats\Native Messages_briannasuggs03@gmail.com\attachments1\__Libr_1.heic
Body:

------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/17/2021 4:28:21 PM(UTC+0)
Source App: Native Messages
Body:
Is this happing today?
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/17/2021 5:06:57 PM(UTC+0)
Source App: Native Messages
Body:
Did you find out ?

------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/18/2021 1:59:31 PM(UTC+0)
Source App: Native Messages
Body:
Good morning Brianna
BP confirmed June 10 breakfast with Dr.Oz
Please add to his calendar
June 10 at 7 am
Turkish consulate general
605 3rd Ave 30 floor
New York NY
------------------------------
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/18/2021 1:59:52 PM(UTC+0)
Source App: Native Messages
Body:
Good morning
Ok thanks
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/18/2021 2:00:00 PM(UTC+0)
Source App: Native Messages
Body:
Thank you
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/18/2021 2:01:40 PM(UTC+0)
Source App: Native Messages
Body:
List of attendees
CG Reyhan Ozgur
Ambassador Murat Mercan
Dr Oz
------------------------------
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/18/2021 2:01:42 PM(UTC+0)
Source App: Native Messages
Body:
Yw
------------------------------
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/18/2021 2:01:45 PM(UTC+0)
Source App: Native Messages
Body:
Ok
------------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/20/2021 6:54:59 PM(UTC+0)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_briannasuggs03@gmail.com\attachments1\__Library_SMS_Attachments_df_15_C3E70C98-A77A-
435D-810B-E320F20C2096_20210520135336183.pdf
Body:

------------------------------

From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/20/2021 6:55:14 PM(UTC+0)
Source App: Native Messages
Body:
Thank you!!!
-----------------------------
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/20/2021 6:55:17 PM(UTC+0)
Source App: Native Messages
Body:

-----------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/20/2021 6:55:26 PM(UTC+0)
Source App: Native Messages
Body:

-----------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/26/2021 9:02:26 PM(UTC+0)
Source App: Native Messages
Body:
Brianna
Can you please send me
The contribution form
-----------------------------
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/26/2021 10:03:14 PM(UTC+0)
Source App: Native Messages
Attachments:
#1: chats\Native Messages_briannasuggs03@gmail.com\attachments1\__Libr_1.pdf
Body:
Here you go
-----------------------------
From: +17188644380 Rana Abbasova
Timestamp: 5/26/2021 10:09:11 PM(UTC+0)
Source App: Native Messages
Body:
Thank you
-----------------------------
From: +19174702780 Brianna Suggs (owner)
Timestamp: 5/26/2021 10:53:08 PM(UTC+0)
Source App: Native Messages
Body:
yw!
-----------------------------





## Extraction Report - Apple iOS Full File system

---

Chats (1)

---

WhatsApp (1)

---

19174702780@s.whatsapp.net (1)



| # | | Deleted |
|---|---|---|
| 1 | **Details:**<br>Group photos:<br><br>**Start Time:** 4/21/2021 2:15:31 PM(UTC+0)<br>**Last Activity:** 6/30/2021 8:17:24 AM(UTC+0)<br>**Number of attachments:** 2<br>**Source:** WhatsApp<br>**Account:** 19174702780@s.whatsapp.net<br>**Source file:** 00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/ChatStorage.sqlite : 0x273531 (Table: ZWAMESSAGE, ZWACHATSESSION, ZWAPROFILEPUSHNAME; Size: 12120064 bytes)<br>00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x1071 (Size: 15519 bytes)<br>00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/ContactsV2.sqlite : 0xC8A0B (Table: ZWAADDRESSBOOKCONTACT; Size: 1064960 bytes)<br>00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/Media/Profile/13472674260-1671479361.thumb : 0x0 (Size: 2695 bytes)<br>**Source Extraction:** Legacy<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>19174702780@s.whatsapp.net<br>Brianna Suggs (owner)<br><br>13472674260@s.whatsapp.net<br>Reyhan Ozgur<br><br>**Identifier:** 13472674260@s.whatsapp.net | |

From: 13472674260@s.whatsapp.net Reyhan Ozgur

Hi Brianna, this is Reyhan, Turkish Consul General

**Status:** Read

**Platform:** Mobile

4/21/2021 2:15:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/ChatStorage.sqlite : 0x274124 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 12120064 bytes)
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/ContactsV2.sqlite : 0xC8A0B (Table: ZWAADDRESSBOOKCONTACT; Size: 1064960 bytes)

1

From: System Message System Message

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

**Platform:** Mobile

**Label:** System

4/21/2021 2:15:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/ChatStorage.sqlite : 0x273531 (Table: ZWAMESSAGE; Size: 12120064 bytes)

From: 13472674260@s.whatsapp.net Reyhan Ozgur

I hope all is well with you and Eric

**Status:** Read

**Platform:** Mobile

4/21/2021 2:15:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4
D-289E-46D1-8B1F-E30253CF4B5C/ChatStorage.sqlite : 0x2732D4 (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 12120064 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4
D-289E-46D1-8B1F-E30253CF4B5C/ContactsV2.sqlite : 0xC8A0B (Table:
ZWAADDRESSBOOKCONTACT; Size: 1064960 bytes)

From: 13472674260@s.whatsapp.net Reyhan Ozgur

Mr Erden Arkan will call you for some info

**Status:** Read

**Platform:** Mobile

4/21/2021 2:16:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-
289E-46D1-8B1F-E30253CF4B5C/ChatStorage.sqlite : 0x273F94 (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 12120064 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-
289E-46D1-8B1F-E30253CF4B5C/ContactsV2.sqlite : 0xC8A0B (Table:
ZWAADDRESSBOOKCONTACT; Size: 1064960 bytes)

I.      November 15, 2024 Documentation Requests Including Additional Requests (*Italicized*) Based on DOJ Document Review

Regarding the September 20, 2023 fundraiser referenced in ¶45 of the indictment
Regarding the October 9, 2023 fundraiser referenced in ¶46 of the indictment





**Extraction Report** - Apple iOS Full File system

---

## Chats (1)

## Signal (1)

| # | | Deleted |
|---|---|---|
| 1 | **Start Time:** 12/25/2021 12:50:12 PM(UTC+0)<br>**Last Activity:** 10/27/2023 1:36:09 AM(UTC+0)<br>**Number of attachments:** 21<br>**Source:** Signal<br>**Source file:** 00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite.decrypted : 0x21A2EE0 (Table: model_TSThread, model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)<br><br>   **Source Extraction:** Legacy<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>    +17188644380<br>    Rana Abbasova<br><br>    +19174702780<br>    Brianna Suggs (owner)<br><br>**Identifier:** C74F544C-1C26-48E7-913C-A25F8BDD630C | |

From: +17188644380 Rana Abbasova

Hi Briana
Can we book another event for September 20
From 8pm-10pm

7/11/2023 4:19:22 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite.decrypted : 0x2A95545 (Table: model_TSInteraction; Size: 49012736 bytes)

From: +17188644380 Rana Abbasova

Attachments:

Size: 1262204



Size: 271103



Size: 219116



Size: 51908



Size: 86707

1



Size: 71747



Size: 8322



Size: 46934



Size: 267724



Size: 12404

7/11/2023 4:19:54 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A95337
(Table: model_TSInteraction; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf : (Size: 1262204 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_1.jpg : (Size: 271103 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_2.jpg : (Size: 219116 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_3.jpg : (Size: 51908 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_4.jpg : (Size: 86707 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_5.jpg : (Size: 71747 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_6.jpg : (Size: 8322 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_7.jpg : (Size: 46934 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_8.jpg : (Size: 267724 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_9.jpg : (Size: 12404 bytes)

From: +17188644380 Rana Abbasova

For This one

7/11/2023 4:20:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A9514B
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +17188644380 Rana Abbasova

Hi Briana

7/13/2023 1:09:00 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A970BD
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi, let me check I'll let you know asap

7/13/2023 1:25:33 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27A9A5F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +17188644380 Rana Abbasova

Thanks dear

7/13/2023 1:26:27 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27A9872
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi Brianna
Sorry to bother you
Did you check the availability?

7/13/2023 4:42:47 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-
A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29A94FE (Table: model_TSInteraction,
model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi, yes that works. The mayor will get there at 8:30 pm

7/13/2023 6:08:16 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B5612A (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Thank you

7/13/2023 6:08:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x254CC6C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi Brianna

7/20/2023 2:37:40 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x24C19B8
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Can you please check for the event on august 26
These two memes
Selcuk Captan and
Serkan

7/20/2023 2:39:06 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2905DFD (Table: model_TSInteraction, model_OWSUserProfile; Size:
49012736 bytes)

From: System Message

Incoming call.

**Label:** System

7/20/2023 6:13:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27679CB
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

7/20/2023 10:08:15 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2767694
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Good morning!

PLEASE FEEL FREE TO RESPOND AFTER 5PM

Just an FYI I'm traveling this week, if you need me service will be sketchy but I'll be here.

Also, FYI that the fundraiser in the Hamptons was in the papers this morning on Page Six. Can you please alert the host and let them know that if they sent this to the press, that is not our policy, and if they did not send this to the press, please let them know if anyone from press reaches out to alert us as soon as possible.

Thank you!

7/24/2023 3:08:28 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x290B89A (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi Brianna
I spoke with the organizer
they didn't send this to the presser
I let them know that if anyone from the press reaches out to them to alert us as soon as possible

7/24/2023 8:58:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/signal.sqlite/signal.sqlite.decrypted : 0x2A227C8 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Have a wonderful vacation

7/24/2023 8:59:06 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A225DA (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Did you book for me the September 20 ?
From 8-10 pm
Mayors arrival time is 8:30 pm

7/24/2023 9:00:20 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A220EF (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi, yes. Can you send me the address? And I'll make sure Gladys has it on her end again.

7/24/2023 10:20:55 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x268E75A (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Good morning!
I'm back in NYC, please let me know if you need anything

7/31/2023 2:57:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x1ED7A40 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Great
Welcome back
Yes I need something
I will call you after 5

7/31/2023 2:58:24 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x1ED7827 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Thank you
Okay sounds good, talk to you then

7/31/2023 2:58:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23F4A58 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

8/1/2023 9:01:14 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23F4867 (Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi Brianna

8/14/2023 11:57:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2689E4D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Can I call you?

8/14/2023 11:58:04 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2689C6A
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

8/15/2023 8:56:25 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27B8F85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

8/15/2023 9:03:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27B8EE1
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

https://ericadams2025.link/general

8/15/2023 9:06:35 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27B891D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

8/21/2023 4:45:05 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal/signal.sqlite.decrypted : 0x29BDF85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

8/21/2023 7:23:50 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal/signal.sqlite.decrypted : 0x29BDEE0
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

8/21/2023 7:23:54 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal/signal.sqlite.decrypted : 0x29BDE3C
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi Brianna
How are you

8/26/2023 5:36:44 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal/signal.sqlite.decrypted : 0x2CA0130
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Are you available?

8/26/2023 5:36:48 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal/signal.sqlite.decrypted : 0x2CA8E45
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi, yup I'll call you now

8/26/2023 5:37:04 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CA85FC
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

8/26/2023 5:37:05 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CA8BB9
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Please let me know

8/26/2023 5:54:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CA8C5F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

8/26/2023 8:11:07 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B0FF85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Sounds great!

8/26/2023 8:13:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B0F9D6
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Sorry that wasn't for you

8/26/2023 8:14:22 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28E7A6D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

No problem

8/26/2023 8:14:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28E788D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

8/26/2023 9:19:28 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28E769E
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

8/26/2023 9:26:56 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CABACF
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

8/26/2023 10:13:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CB19E2
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

**Attachments:**



Size: 407353

8/27/2023 1:57:03 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CB1B8C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/Attachments/0C9FA7FA-35FA-4497-AF75-
79885EF54048/signal-2023-08-26-215703.jpeg :  (Size: 407353 bytes)

From: +19174702780 Brianna Suggs (owner)

Do you know here?

8/27/2023 1:57:10 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CB7A77
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Yes

8/27/2023 2:11:14 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CB72C2
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Okay she's telling people the dinner with Arda is $10k a plate

8/27/2023 2:11:59 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-
A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2908A48 (Table: model_TSInteraction,
model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

I don't think so
Arda is doing that event and bringing his close circle to that event
He gave me a list people of 8-9

8/27/2023 2:13:16 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29087F8 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736
bytes)

From: +19174702780 Brianna Suggs (owner)

Mayor knows most of them from turkey
The People who has business here as well

8/27/2023 2:15:27 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29085D5 (Table: model_TSInteraction, model_OWSUserProfile;
Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

I will ask Arda as well

8/27/2023 2:15:56 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29083E9
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Okay

8/27/2023 2:32:16 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2916A84
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

8/30/2023 8:34:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x291636E
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi Brianna
October 9 , 2023 at 6,7,8 pm one of these hours
Address :
SKY ROOM
Organizer Jimmy Cuneyt Gurkan

1200 Avenue at Port Imperial
Weehawken, NJ 07086

8/31/2023 12:08:39 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2853DB6 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Okay got it

8/31/2023 12:08:54 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2853807 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Thanks

8/31/2023 12:09:02 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x285362B (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi Brianna
Can we please creat a flyer for this one?

9/5/2023 6:30:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D4B3F3 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

9/5/2023 6:56:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D2C959 (Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

9/5/2023 7:18:09 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D3AF85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ilaha Suleymanova 2100

Rakat Heydarova 2100

Anowar Hoseyn 2100

Yegana Nasibova 2100

9/5/2023 10:29:43 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D3AC13 (Table: model_TSInteraction, model_OWSUserProfile; Size:
49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok, i will check.

9/5/2023 10:30:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D3A65E
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Also is the address correct?

9/5/2023 10:30:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x11FBA6C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Address is correct

9/5/2023 10:53:36 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x11FB54C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Also is it possible book from 7 till 9
We will start at 7 he will arrive at 8 pm
Thank you so much

9/5/2023 10:54:23 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x11FB313 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi Brianna
How are you

9/6/2023 8:40:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28BEE41 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Can you please creat the flyer

9/6/2023 8:41:09 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28BEC4F (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ilaha Suleymanova 2100

Rakat Heydarova 2100

Anowar Hoseyn 2100

Yegana Nasibova 2100
Naila Ozdamar 2100

9/6/2023 8:41:38 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28BEA12 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi Dear
Did you have a chance to check the names?

9/7/2023 9:54:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2954C2B (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

9/10/2023 9:49:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x20F8F85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

9/10/2023 10:01:27 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x20F8EE0
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

**Attachments:**

Size: 1812663



Size: 1753808

9/10/2023 10:53:27 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x295710B
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/7C20DFE5-1FAA-4C72-989E-
0572FB9061AC/EA_2025_Fundraiser__Jimmy_Cuneyt_Gurkan_.pdf : (Size: 1812663 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/7C20DFE5-1FAA-4C72-989E-
0572FB9061AC/EA_2025_Fundraiser__Jimmy_Cuneyt_Gurkan_.pdf/EA_2025_Fundraiser__
Jimmy_Cuneyt_Gurkan_.pdf_embedded_1.jpg : (Size: 1753808 bytes)

From: System Message

You called.

**Label:** System

9/10/2023 10:53:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2957F85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

9/10/2023 10:54:20 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2957EE1
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Thank you

9/11/2023 1:39:35 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2957D05
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

**Attachments:**



Size: 43261

9/13/2023 1:23:23 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29F981D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/727BB050-EC72-443D-AEC0-
68AFABEF5364/signal-2023-09-12-212323.jpeg :  (Size: 43261 bytes)

From: +19174702780 Brianna Suggs (owner)

**Attachments:**



Size: 40190

9/13/2023 1:25:28 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29F961C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/539E0046-5453-46E5-B30D-
02BFAD0F48D6/signal-2023-09-12-212528.jpeg :  (Size: 40190 bytes)

From: +19174702780 Brianna Suggs (owner)

**Attachments:**



Size: 307836

9/13/2023 1:25:58 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CD65F0
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/Attachments/C3AE57FE-5AE2-4763-BF1B-
0B5C710078C5/PHOTO-2023-09-11-09-54-45.jpg :  (Size: 307836 bytes)

From: +19174702780 Brianna Suggs (owner)

Serkan Keskin 1000
Derya Rapodlu 2100 new
Hicri Rapodlu 2100 new
Zaur Bekirov 2100 new
Sel Kaptan 500
Naile Ozdamar 2100
Ilaha hosman 2100
Anowar hosman 2100

9/13/2023 1:36:09 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CD637C (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736
bytes)

From: +19174702780 Brianna Suggs (owner)

Ok I'll check

9/13/2023 12:10:50 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D703E3
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ilaha Suleymanova 2100

9/13/2023 11:23:36 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x1F4351E
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Should be 16200 in the account already

9/13/2023 11:25:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x26EC8EC
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi Brianna
Kursat 1800$
Deniz 300$
Ilaha Suleymanova 2100

9/16/2023 4:56:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A86CD3 (Table: model_TSInteraction,
model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Please add also Erdem Sahin 2100

9/18/2023 11:12:04 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A86701
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

9/19/2023 2:25:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A86F85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

The Marmara Hotel
114 East 32nd Street
10016 New York

9/19/2023 4:06:28 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A860FC (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Got it

9/19/2023 4:37:17 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D7BA82
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

can you please text me your email again?

9/19/2023 7:35:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D7B4B5
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ranaabbasova82@gmail.com

9/19/2023 7:36:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D8DE3F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok I added your email

9/19/2023 7:40:01 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D8D0E3
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Thank you

9/19/2023 10:54:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D8CE4E
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

9/20/2023 6:58:29 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27157E8
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

9/20/2023 7:05:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2715744
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

9/20/2023 7:06:28 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27156A0
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Rakat Heydarova
Yegana Nasibova
Hicri Rapodlu
Kursat

9/20/2023 7:08:53 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27150CA (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Yeganes didn't go thorough
Her husband did Zaur Bakirov

9/20/2023 7:10:07 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A87E1D (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok, I got him

9/20/2023 7:10:53 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A8786C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Instead of Rakat Heydarova will be Ilaha Suleymanova

9/20/2023 7:13:09 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A87662 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hicri and Kursat I'm checking

9/20/2023 7:13:23 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A8746F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Okay

9/20/2023 7:14:25 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D89BB5
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Kursat Ece can you please check him one more time

9/20/2023 8:18:51 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D899AF (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

**Attachments:**



Size: 40190

9/20/2023 8:20:04 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D897AE
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/Attachments/86A7DB12-84D2-4866-8C2D-
F077CEB7C8B4/signal-2023-09-20-162004.jpeg :  (Size: 40190 bytes)

From: +19174702780 Brianna Suggs (owner)

Okay I'll look

9/20/2023 8:20:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D891FB
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Are you coming with him

9/20/2023 11:53:28 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D83E40
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

No I'll be there before

9/20/2023 11:53:38 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D832F3
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok
I'm here

9/20/2023 11:53:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D83111
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Let me know his ETA

9/20/2023 11:54:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D65E44
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

I have to meet him downstairs and brief him quickly

9/20/2023 11:54:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D65C3D (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok

9/20/2023 11:54:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D65698
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

9/21/2023 12:17:26 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D655F0
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

9/21/2023 12:32:42 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D6D9A2
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

15 minutes

9/21/2023 12:36:56 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D6D3F6
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok

9/21/2023 12:38:06 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D72C64
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

9/21/2023 12:41:45 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D72613
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

9/21/2023 12:45:47 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D723DD
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Levent Sertbas: $500
Mukemmel Sarimsakci: $2100

9/29/2023 5:03:59 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0xE45A59 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Will reach the goal by end of the next week

9/29/2023 5:07:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0xE45858 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Okay thank you!

9/29/2023 5:08:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0xE453D7
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi, the new total is 4,600

10/3/2023 5:27:24 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B81497
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Thank you

10/3/2023 9:26:37 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B09AE
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

$6350

10/6/2023 2:59:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2909485
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Good morning

10/6/2023 2:59:56 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2909A7C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Thanks

10/6/2023 3:04:36 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29092A9
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Will be check options as well

10/6/2023 3:04:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E44E3A
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Okay thanks

10/6/2023 3:05:14 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E4488C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Good afternoon,
I haven't seen an update online.

10/8/2023 7:45:03 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E62A56 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi
Just spoke they tmrw till afrnonn will be some deposits and some check and cash options
at the event

10/8/2023 7:52:59 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E62818 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736
bytes)

From: +19174702780 Brianna Suggs (owner)

What is the limit for cash option

10/8/2023 7:53:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E53E36
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

$100

10/8/2023 7:53:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E5388F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

For cash

10/8/2023 7:53:37 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E532E2
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

And okay are they going to make the limit?

10/8/2023 7:54:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E55A5E (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Yes

10/8/2023 7:54:34 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E55885
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

They said as agreed we will collect the 25K

10/8/2023 7:55:00 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E55686 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok perfect

10/8/2023 7:55:15 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E550D9
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Can we  meet their around 7-7:30 and collect the checks before Mayor arrives

10/8/2023 7:55:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E80E0B (Table: model_TSInteraction, model_OWSUserProfile;
Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

?

10/8/2023 7:56:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E80C35 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Yup

10/8/2023 7:56:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E8068F (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Let's see how much will be deposited tmrw till afternoon

10/8/2023 7:56:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E8047F (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Is the check payable to Eric Adams?

10/8/2023 8:07:24 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E80287 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Eric Adams 2025

10/8/2023 8:07:33 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E81A79 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Thanks

10/8/2023 8:07:39 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E8189D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Good afternoon,
New number: $20,050

10/9/2023 7:11:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2745A65
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Thanks
And I have the check for 2100 and will be few checks

10/9/2023 7:16:59 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2745853 (Table: model_TSInteraction,
model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Okay thanks

10/9/2023 7:17:15 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27453D5
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

I will be there by 7:30

10/9/2023 10:23:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E9C345
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok, I'm not sure yet I'll keep you posted, there's a lot of traffic coming out of the city

10/9/2023 10:24:30 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E9CA28 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok

10/9/2023 10:24:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E9C84F (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

I'm here

10/9/2023 11:34:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E9C167 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

What is your eta?

10/9/2023 11:35:33 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x13A2E46 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

About 30 minutes away

10/9/2023 11:36:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x13A29BF (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

What about his eta?

10/9/2023 11:49:00 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31–4656–A771–B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x13A27D7
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Same

10/9/2023 11:50:19 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31–4656–A771–B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x13A2230
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

He'll come in about 5 minutes after me

10/9/2023 11:50:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31–4656–A771–B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E8488A
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok

10/9/2023 11:50:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31–4656–A771–B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E84E55
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Are there a lot of people there

10/9/2023 11:50:42 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
–4D31–4656–A771–B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E842C6
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

25 people

10/9/2023 11:50:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E840E7
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Okay

10/9/2023 11:58:12 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E994D2
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Coming up now

10/10/2023 12:15:28 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E99A7B
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Ok

10/10/2023 12:15:46 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E992FA
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

7th floor right?

10/10/2023 12:16:21 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D0789B
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

7th floor

10/10/2023 12:16:32 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D07E4E
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

$22,650.00

10/10/2023 12:29:31 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D072EC
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +19174702780 Brianna Suggs (owner)

Hi dear
How are you

10/27/2023 1:33:53 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x7E4CFB
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)



**ERIC ADAMS**
FOR MAYOR

**Jimmy Cuneyt Gurkan**

cordially invites you to a reception in support of
New York City Mayor Eric Adams

———————————————————

1200 Ave at Port Imperial
Weehawken, NJ 07086

———————————————————

Monday, October 9, 2023
7:00 PM- 9:00 PM

———————————————————

Please sign up via: ericadams2025.link/gurkan

**ALL CONTRIBUTIONS MUST BE FROM PERSONAL ACCOUNTS**

State law prohibits making a contribution in someone else's
name, reimbursing someone for a contribution made in your
name, being reimbursed for a contribution made in your name,
or claiming to have made a contribution when a loan is made.

Paid for by Eric Adams 2025



DINNER SUBJECT

# SUSTAINABLE



# DESTINATIONS



# EVENT

- 25 people dinner reception
- September 19th
- New York City / Manhattan
- Key Note speech about
  SUSTAINABLE DESTINATIONS
- 7:30pm to 10pm









KEY NOTE SPEAKER

# ERIC ADAMS

## The Mayor of New York City

# SPONSORSHIP

- One person attendance
- Logo placement on dinner catalog
- Photo opportunity with ERIC ADAMS





INTERNATIONAL

# SUSTAINABILITY

LEADERS

N E W   Y O R K   D I N N E R

2 0 2 3





















# Thank you!

| Order #AB264405395 | $2,100.00 |
|---|---|

**One-time contribution:**
September 11, 2023 at 9:53 AM
VISA 9422

Zaur Bekirov
zaurbekirov@gmail.com

Please note that on your credit card statement this contribution **will appear as one or more charges to ACTBLUE**

**View Receipt**

View contribution history

Paid for by ActBlue (actblue.com) and not authorized by any candidate or candidate's committee. Contributions or gifts to ActBlue are not deductible as charitable contributions for Federal income tax purposes.

Paid for by Eric Adams 2025



6:33     LTE 

                    

## A message from Eric Adams 2025

Thank you for you contribution to the Eric Adams 2025 committee.

If you have any questions or concerns in regards to your contribution, please reach out to **Brianna Suggs** at brianna@suggssolutions.com.

# $2,100.00
**Total Contribution**



Eric Adams 2025   $2,100.00

**Total Charged**   $2,100.00

**Name:** Derya Rodoplu
**Order Date:** 9/11/2023
**Order Number:** AB264403532
**Payment Type:** VISA 7708 02/25
**Billing Zip:** 10022

11:21

# Thank you!

| Order #AB264408835 | $2,100.00 |
| --- | --- |

**One-time contribution:**
September 11, 2023 at 11:16 AM
MasterCard 7855

Hicran Rodoplu
hicran.rodoplu@gmail.com

Please note that on your credit card statement this
contribution **will appear as one or more charges to
ACTBLUE**

**View Receipt**

View contribution history

Paid for by ActBlue (actblue.com) and not authorized

🔒 secure.actblue.com