# PITTA LLP

Attorneys at Law

120 Broadway  
28th Floor  
New York, New York 10271  
Telephone: (212) 652-3890  
Facsimile: (212) 652-3891  

**Vito R. Pitta**  
**Co-Managing Partner**  
Direct Dial: (212) 652-3881  
vrpitta@pittalaw.com  

August 5, 2025

**VIA ELECTRONIC MAIL**  
Robert Sobelman, Esq. (robert.Sobelman@usdoj.gov)  
Lara Pomerantz, Esq. (lara.Pomerantz@usdoj.gov)  
United States Attorney's Office  
Southern District of New York  
26 Federal Plaza  
New York, NY 10278  

Re: **Request to Lift Protective Order over Discovery Materials in *United States v. Adams*, No. 24-CR-556 (DEH)**

Dear Counselors:

This firm represents Eric Adams 2021 and Eric Adams 2025, the principal campaign committees established to support the election and re-election of Mayor Eric Adams in the 2021 and 2025 citywide election cycles, respectively (collectively, "Committees").

In connection with the standard, mandatory post-election audit of the Eric Adams 2021 committee and in connection with a determination of eligibility of the Eric Adams 2025 committee for receipt of public funds for the 2025 general election, the New York City Campaign Finance Board ("CFB") has issued document requests to the Committees for materials that are subject to the Protective Order. On July 29, 2025, Joseph Gallagher, Esq., General Counsel of the CFB, transmitted the attached letter to you requesting that the Government authorize disclosure of certain Disclosure Material to the CFB. We write to join in the CFB's request for authorization of such disclosure.

Thank you.

Sincerely,

*Vito R. Pitta*

Vito R. Pitta, Esq.

Enclosure

{00685557-1}