August 7, 2025                                                                                   New York City Campaign Finance Board

CANDIDATE:   ADAMS, ERIC L (ID: 1545)
COMMITTEE:  ERIC ADAMS 2025
2025 GENERAL ELECTION PUBLIC FUNDS PAYMENT DETERMINATION

Based on a preliminary analysis, the Campaign Finance Board has determined that your campaign does not qualify for a public funds payment at this time. The specifics of our calculation are described in the attached Detail Payment Report. Please keep this notification and any attached report(s) for your records. If you have any questions, please contact the Payment Coordinators, Maria Alvarez and Alyson Joa-Perez at PaymentCoordinator@nyccfb.info.

The reason(s) for nonpayment are as follows:

The Campaign is not eligible for payment because it failed to provide to the Board, upon its request and by the deadline set forth by the Board, documents, records, or other information that verifies campaign activity by the deadline set forth by the Board. Board Rule 3-01(d)(i)(A)(2); New York City Administrative Code § 3-703(1)(d).

The Campaign is not eligible for payment because the Board has reason to believe that the Candidate has, in the course of public funds program participation, engaged in conduct detrimental to the Program that is in violation of law, including the Campaign Finance Act. Board Rule 3-01(d)(ii)(B).


This nonpayment of public funds is not a final determination by the Board, but rather is a preliminary determination subject to review of ongoing financial activity and final audit. *See* Admin. Code §§ 3-710; Board Rule 3-01(c).

YOU MAY PETITION THE BOARD IN WRITING for reconsideration of this public funds determination. Your petition must state the grounds for reconsideration and may include a request to appear before the Board. In connection with any such petition, the Board encourages you to present any additional documents, affidavits, or arguments that support your campaign's eligibility to receive public funds. If the Board denies your petition, you may appeal, within four months, to the New York State Supreme Court pursuant to Article 78 of the Civil Practice Law and Rules. *See* Admin. Code § 3-705(4); Board Rule 7-09.


**ATTACHMENTS:**

**1.      Detail Payment Report**

08/06/2025 5:03 PM

**New York City Campaign Finance Board**
**Campaign Finance Information System**
**Detail Payment Report for 2025 General Election**
**Run:** 14    **Payment Date:** 08/06/2025

Page 1 of 2

**Candidate:** Adams, Eric L (ID: 1545)
**Office:** Mayor

| | Statement Date | Claimed Matchable | Invalid Claims | Gross Matchable | Payment |
|---|---|---|---|---|---|
| *Detail* | | | | | |
| | 1 (07/15/2022) | 67,597 | 17,140 | 50,457 | |
| | 2 (01/17/2023) | 36,850 | 8,200 | 28,650 | |
| | 3 (07/17/2023) | 117,526 | 19,200 | 98,326 | |
| | 4 (01/16/2024) | 56,826 | 11,476 | 45,350 | |
| | 5 (07/15/2024) | 192,218 | 34,467 | 157,751 | |
| | 6 (10/11/2024) | 42,866 | 9,101 | 33,765 | |
| | 7 (01/15/2025) | 20,527 | 3,250 | 17,277 | |
| | 8 (03/17/2025) | 3,170 | 250 | 2,920 | |
| | 9 (05/23/2025) | 16,597 | 3,295 | 13,302 | |
| | 10 (06/13/2025) | 26,161 | 3,685 | 22,476 | |
| | 11 (07/15/2025) | 160,305 | 40,128 | 120,177 | |
| | Total: | 740,643 | 150,192 | 590,451 | |
| | | 740,643 | 150,192 | 590,451 | |

| | | |
|---|---:|---:|
| Matchable Adjustment: | - | 0 |
| Adjusted Gross Matchable: | | 590,451 |
| *Regular Payment Calculation* | | |
| Adjusted Gross Matchable: | | 590,451 |
| Early / Primary Regular Matchable: | - | 0 |
| Net Matchable: ( Threshold Met ) | | 590,451 |
| Matching Factor: | x | 8.0 |
| **EXTENDED NET REGULAR PAYABLE:** (Limit: 7,050,667) | 4,723,608 | 4,723,608 |
| Total Previous Regular Payable: | - | 0 |
| Early Payment: | - | 0 |
| **REGULAR PAYABLE:** | | 4,723,608 |
| **MAX PAYABLE:** | | 4,723,608 |
| Net Withholding: ( See Notes Below ) | - | 124,450 |
| Reserve Amount: ( 5.00 % ) | - | 229,958 |
| Reserve Applied: ( Voter Guide Submitted: N ) | + | 0 |
| **ADJUSTED AMOUNT ELIGIBLE:** | | 4,369,200 |
| Amount Payable: (Do not pay. ) | | 0 |
| Penalty Deduction: | - | 0 |
| **PAYMENT DUE:** | | **0** |

**New York City Campaign Finance Board**
**Campaign Finance Information System**
**Detail Payment Report for 2025 General Election**

**Run:** 14     **Payment Date:** 08/06/2025

**Candidate:** Adams, Eric L (ID: 1545)
**Office:** Mayor

---

*Net Withholding*

| | | |
|---|---|---|
| Total Withholding: | | 124,450 |
| Previous Withholding: | - | 0 |
| Previous Unapplied Withholding: | + | 0 |
| **Net Withholding:** | | **124,450** |

---

*Notes* — Withholding

| | |
|---|---|
| OTL Contribution(s) | ( 111700 ) |
| Withholding for Excess Doing Business Contributions | ( 12750 ) |
| Withholding For Non Compliance | |