UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

In the Matter of
ERIC ADAMS 2025, ERIC ADAMS,
SHARON ADAMS, as Treasurer of Eric
Adams 2025, MARIETTA ROZENTAL,
and MALCOLM ADAMS,

              Petitioners-Plaintiffs,

     -v.-

NEW YORK CITY CAMPAIGN FINANCE
BOARD,

              Respondent-
              Defendant.

Civil Action No. 25-cv-4558
(NGG) (LKE)

# Exhibits 24-46 to the Declaration of Paul S. Ryan
# (Court Courtesy Copies Volume 2)

# Index

| Exhibit/Tab | Exhibit Title |
|:---:|:---:|
| Volume 1 | |
| A | Ryan Declaration |
| B | Answer |
| Volume 2 | |
| 1 | Bd. Rules in Effect 3/17/23–12/18/24 |
| 2 | Bd. Rules in Effect 12/18/24–Present |
| 3 | Mayor Adams's 2025 Cert. dated 1/3/25 |
| 4 | *U.S. v. Adams* Indictment |
| 5 | 11/15/24 Ltr. from J. Schaffer (Bd.) to V. Pitta re: Indictment Allegations & Pub. Funds Eligibility |
| 6 | 11/15/24 Email re: V. Pitta Voicemail re: 11/15 Request |
| 7 | Press Release Denying Pub. Funds to Adams Campaign |
| 8 | 12/16/24 Early Pub. Funds Nonpayment Determ. – Adams Campaign |
| 9 | 12/18/24 Supplemental Notice re: Nonpayment Determ. – Adams Campaign |
| 10 | 1/15/25 Pub. Funds Nonpayment Determ. – Adams Campaign |
| 11 | 1/16/25 Supplemental Notice re: Pub. Funds Denial – Adams Campaign |
| 12 | 2/18/25 Early Pub. Funds Nonpayment Determ. – Adams Campaign |
| 13 | 2/18/25 Supplemental Notice re: Nonpayment Determ. – Adams Campaign |
| 14 | 3/17/25 Early Pub. Funds Nonpayment Determ. – Adams Campaign |
| 15 | 4/11/25 Ltr. from J. Schaffer to V. Pitta re: 2021 & 2025 Campaign Docs. |
| 16 | Federal Criminal Complaint – Mohamed Bahi |
| 17 | 2/7/25 Ltr. from D. Sassoon to Judges Ho & Torres re: Bahi Guilty Plea |
| 18 | Fed. Criminal Information – E. Arkan |
| 19 | Transcript of E. Arkan's Guilty Plea Allocution |
| 20 | 2/10/25 Memo from E. Bove to SDNY re: Dismissal of Adams Charges |
| 21 | 2/12/25 Resignation Ltr. from D. Sassoon |
| 22 | 2/13/25 Ltr. from E. Bove Accepting D. Sassoon Resignation |
| 23 | 4/2/25 Judge Ho's Order – Adams Charges Dismissed with Prejudice |
| 24 | 4/14/25 Email & Ltr. from V. Pitta Responding to 11/15 Request |
| 25 | 4/15/25 1st Early Pub. Funds Nonpayment Determ. – Adams Campaign |
| 26 | 4/15/25 2nd Early Pub. Funds Nonpayment Determ. – Adams Campaign |
| 27 | 4/15/25 Supplemental Notice re: Nonpayment Determ. – Adams Campaign |

| Exhibit/Tab | Exhibit Title |
|:---:|:---:|
| 28 | 4/21/25 COIB Email & Attachment re: Adams Initial Filing Noncompliance |
| 29 | 4/25/25 COIB Email & List – Disclosure Reports |
| 30 | 4/25/25 COIB Email Confirming Adams Amended Disclosure Accepted |
| 31 | 4/25/25 Adams Camp. 7-09 Petition & Email re: 4/15 Nonpayment Determ. |
| 32 | 5/2/25 Email from J. Gallagher to V. Pitta re: Chair Schaffer's 7-09 Determ. |
| 33 | Corrected 4/15/25 Nonpayment Determ. – Adams Campaign |
| 34 | Amended 4/15/25 Notice re: Nonpayment Determ. – Adams Campaign |
| 35 | 5/13/25 Gallagher Ltr. to Adams Campaign – 5/12 Determ. |
| 36 | 5/16/25 Ltr. from V. Pitta to J. Schaffer re: Response to 4/11 Request |
| 37 | 6/16/25 Board Staff Ltr. to V. Pitta – Add'l Docs Request |
| 38 | 7/2/25 Email & Initial Ltr. from V. Pitta to Board re: Withdrawal of 6/16 Request |
| 39 | 7/2/25 Email & Revised Ltr. from V. Pitta to Board re: Withdrawal of 6/16 Request |
| 40 | 7/3/25 Board Ltr. to Campaigns re: June 16 Request |
| 41 | 7/11/25 Pitta Ltr. – Employee List & Extension Request re: 6/16 Doc. Request |
| 42 | 7/14/25 Board Staff Ltr. to Campaigns – Extension Granted |
| 43 | 7/15/25 Early Pub. Funds Nonpayment Determ. – Adams Campaign |
| 44 | 7/15/25 Supplemental Notice re: Nonpayment Determ. – Adams Campaign |
| 45 | 7/15/25 Board Press Release – Adams Campaign & Lawsuit |
| 46 | 7/25/25 Committees' Preliminary Response to 6/16 Request & 7/14 Ltr. |
| 47 | 8/1/25 Board Staff Email & Committees' Supplemental Response to 6/16 Request & 7/14 Ltr. |
| 48 | Indictment, *People v. Montgomery et al.*, No. 72232-2023 (N.Y. Sup. Ct.) |
| 49 | Gov't Motion to Dismiss Indictment (Nolle Prosequi), *U.S. v. Adams*, No. 24-cr-556 (S.D.N.Y. 2/14/25) |
| Volume 3 | |
| 50 | Selected FBI Agent Affidavits & DOJ Docs. – *U.S. v. Adams*, No. 24-cr-556 (S.D.N.Y.) |
| Volume 4 | |

| Exhibit/Tab | Exhibit Title |
|:---:|:---:|
| 51 | 7/29/25 J. Gallagher Ltr. to SDNY AUSAs re: Request to Authorize Disclosure (*U.S. v. Adams*, No. 24-cr-556) |
| 52 | List of Responsive Communications Omitted from Campaigns' 6/16 Request Response |
| 53 | Mayor Adams's 2019 COIB Disclosure Statement |
| 54 | Mayor Adams's 2021 COIB Disclosure Statement |
| 55 | Press Release – Board Statement on Adams Campaign Nonpayment Detrm. |
| 56 | 8/6/25 Early Public Funds Nonpayment Detrm. – Adams Campaign |
| 57 | 8/7/25 Supplemental Notice re: 8/6/25 Nonpayment Detrm. |
| 58 | Revised 8/6/25 Early Public Funds Nonpayment Detrm. with Blackline |
| 59 | 8/5/25 Emails re: Protective Order & Request to SDNY re: Protective Order |

# Exhibit 24

| | |
|---|---|
| **From:** | Ardian Tagani |
| **To:** | Jesse Schaffer |
| **Cc:** | Samantha Perez; Eric Adams (GMail); Sharon Adams; Vito R. Pitta |
| **Subject:** | Eric Adams 2021 & Eric Adams 2025 - November 15th Documentation Request Response |
| **Date:** | Monday, April 14, 2025 10:38:22 PM |
| **Attachments:** | Eric Adams 2025 - 20241115 Documentation Request Response - Signed.pdf |
| **Importance:** | High |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good evening,

On behalf of Vito R. Pitta, please see the attached response to the CFB's November 15, 2024 request for documentation.

Please confirm upon receipt and let me know if you have any questions.

Ardian Tagani, Esq.


Associate
Pitta LLP
ATagani@PittaLaw.com
www.pittalaw.com

Senior Government Relations Specialist
Pitta Bishop & Del Giorno LLC
ATagani@PittaBishop.com
http://www.pittabishop.com/

120 Broadway, 28th Floor
New York, New York 10271
(212) 652-3895 (Direct)
(212) 652-3890 (Office Main Line)



# PITTA LLP
### Attorneys at law

120 Broadway, 28th Floor
New York, New York 10271
Tel: (212) 652-3890
Facsimile: (212) 652-3891

**Vito R. Pitta**
**Co-Managing Partner**
Direct Dial: (212) 652-3881
VRPitta@PittaLaw.com

April 14, 2025

<u>**VIA ELECTRONIC MAIL**</u>
Jesse Schaffer
Director of Special Compliance
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, NY 10007

RE: Eric Adams 2021 & Eric Adams 2025 November 15 Documentation Request

Dear Mr. Schaffer:

This firm is counsel to Eric Adams 2021 ("the 2021 Committee") and Eric Adams 2025 ("the 2025 Committee") (collectively "the Committees"). Please accept this letter as a response to the New York City Campaign Finance Board's ("CFB") November 15, 2024 request for documentation.

The Committees have reviewed their records and have found no documentation responsive to the request that has not already been submitted to the CFB via the C-SMART system. Additionally, in preparing this response to the request for documentation, Counsel to the Committees identified past and current employees, consultants, and agents of the Committees who potentially could be in possession of documentation responsive to the CFB's request and on multiple occasions contacted the same to request the production of any such responsive documentation. These individuals all advised Counsel that they were in possession of no records which have not previously been provided to the CFB by the Committees.

Regarding the purported fundraiser held on either June 20, 2018 or June 22, 2018, the Committees have no records of this fundraiser. The 2021 Committee previously provided the CFB with a list of fundraising events as part of its response to the CFB's Initial Documentation Request. The Committees have no additional documentation beyond what has been previously provided to the CFB. The Committees are not in possession of any communications related to the event, including those to or from Reagan Ozgur, Cenk Ocal, or Rana Abbasova.

Regarding the purported fundraiser held on December 10, 2020, the Committees have no records of this fundraiser. The 2021 Committee previously provided the CFB with a list of fundraising events as part of its response to the CFB's Initial Documentation Request. The Committees have no additional documentation beyond what has been previously provided to the CFB. The Committees are not in possession of any communications related to the event, including those to or from Mohamad Bali or Ahsan Chughtai.

Regarding the May 7, 2021 fundraiser, the Committees are not in possession of any communications related to the event, including those to or from Rana Abbasova, Reagan Ozgur, or Erden Arkan.

Regarding Bay Atlantic University, the Committees are not in possession of any communications to or from Rana Abbassova and/or Enver Yucel.

Regarding the September 20, 2023 fundraiser, the Committees are not in possession of any communications related to the event, including those to or from Arda Sayiner.

Regarding the October 9, 2023 fundraiser, the Committees are not in possession of any communications related to the event, including those to or from Eyup "Peter" Ulu or Rana Abbasova, or regarding PortX Transportation Company.

Sincerely

Vito R. Pitta, Esq.

Cc:    Samantha Perez, Deputy Director of Candidate Services
Hon. Eric L. Adams
Sharon Adams
Ardian Tagani, Esq.

# Exhibit 25

CANDIDATE: ADAMS, ERIC L (ID: 1545)
COMMITTEE: ERIC ADAMS 2025
2025 EARLY PUBLIC FUNDS NONPAYMENT DETERMINATION

Based on a preliminary analysis, the Campaign Finance Board has determined that your campaign does not qualify for a public funds payment at this time. The specifics of our calculation are described in the attached Detail Payment Report. Please keep this notification and any attached report(s) for your records. If you have any questions, please contact the Payment Coordinators Maria Alvarez and Alyson Joa-Perez at PaymentCoordinator@nyccfb.info.

The reason(s) for nonpayment are as follows:

The Campaign is not eligible for payment because it has not demonstrated compliance with Admin. Code § 12-110, as determined by the Conflicts of Interest Board. See Admin. Code §§ 3-703(1)(m), 12-110; Board Rules 3-01(d)(ii)(D), 3-05.

This nonpayment of public funds is not a final determination by the Board, but rather is a preliminary determination subject to review of ongoing financial activity and final audit. See Admin. Code §§3-710; Board Rule 3-01(c).

YOU MAY PETITION THE BOARD IN WRITING for reconsideration of this public funds determination. Your petition must state the grounds for reconsideration and may include a request to appear before the Board. Do not include any documentation or information not already submitted to the Board, unless the Board specifically requests it or you can show in your petition a good reason for failing to submit it previously. The Board will review the petition within five business days of receiving it and issue a timely written determination. If the Board denies your petition, you may appeal, within four months, to the New York State Supreme Court pursuant to Article 78 of the Civil Practice Law and Rules. See Admin. Code § 3-705(4); Board Rules 7-09.

04/15/2025 6:35 PM         **New York City Campaign Finance Board**         **Page 1 of 2**
**Campaign Finance Information System**
**Detail Payment Report for 2025 Early Payment**
**Run:** 6      **Payment Date:** 04/15/2025

**Candidate:** Adams, Eric L (ID: 1545)
**Office:** Mayor

| | Statement Date | Claimed Matchable | Invalid Claims | Gross Matchable | Payment |
|---|---|---|---|---|---|
| *Detail* | | | | | |
| | 1 (07/15/2022) | 68,347 | 17,390 | 50,957 | |
| | 2 (01/17/2023) | 37,100 | 8,700 | 28,400 | |
| | 3 (07/17/2023) | 118,526 | 22,550 | 95,976 | |
| | 4 (01/16/2024) | 57,276 | 11,826 | 45,450 | |
| | 5 (07/15/2024) | 192,718 | 37,117 | 155,601 | |
| | 6 (10/11/2024) | 43,691 | 10,426 | 33,265 | |
| | 7 (01/15/2025) | 20,777 | 3,000 | 17,777 | |
| | 8 (03/17/2025) | 3,420 | 950 | 2,470 | |
| | Total: | 541,855 | 111,959 | 429,896 | |
| | | 541,855 | 111,959 | 429,896 | |
| Matchable Adjustment: | | | - | 0 | |
| Adjusted Gross Matchable: | | | | 429,896 | |
| *Regular Payment Calculation* | | | | | |
|     Adjusted Gross Matchable: | | | | 429,896 | |
|     General Regular Matchable: | | | - | 0 | |
|     Net Matchable: ( Threshold Met ) | | | | 429,896 | |
|     Matching Factor: | | | x | 8.0 | |
|     **EXTENDED NET REGULAR PAYABLE: (Limit: 7,050,667)** | | | | **3,439,168** | **3,439,168** |
|     Total Previous Regular Payable: | | | | - | 0 |
|     Early Payment: | | | | - | 0 |
|     **REGULAR PAYABLE:** | | | | | **3,439,168** |
| **MAX PAYABLE:** | | | | | **3,439,168** |
| Net Withholding: ( See Notes Below ) | | | | - | 17,848 |
| Reserve Amount: ( 5.00 % ) | | | | - | 171,066 |
| Reserve Applied: | | | | + | 0 |
| **ADJUSTED AMOUNT ELIGIBLE:** | | | | | 3,250,254 |
| Amount Payable: | | | | | 0 |
| Penalty Deduction: | | | | - | 0 |
| **PAYMENT DUE:** | | | | | **0** |

**New York City Campaign Finance Board**
**Campaign Finance Information System**
**Detail Payment Report for 2025 Early Payment**

**Run:** 6    **Payment Date:** 04/15/2025

**Candidate:** Adams, Eric L (ID: 1545)

**Office:** Mayor

---

| *Net Withholding* | | |
|---|---|---|
| Total Withholding: | | 17,848 |
| Previous Withholding: | - | 31,600 |
| Previous Unapplied Withholding: | + | 31,600 |
| **Net Withholding:** | | **17,848** |

---

| *Notes* | Withholding |
|---|---|
| OTL Contribution(s) | ( 9198 ) |
| Withholding for Excess Doing Business Contributions | ( 8650 ) |
| Withholding For Non Compliance | |

# Exhibit 26

CANDIDATE:   ADAMS, ERIC L (ID: 1545)
COMMITTEE:  ERIC ADAMS 2025
2025 EARLY PUBLIC FUNDS NONPAYMENT DETERMINATION

     Based on a preliminary analysis, the Campaign Finance Board has determined that your campaign does not qualify for a public funds payment at this time.  The specifics of our calculation are described in the attached Detail Payment Report.  Please keep this notification and any attached report(s) for your records.  If you have any questions, please contact the Payment Coordinators Maria Alvarez and Alyson Joa-Perez at PaymentCoordinator@nyccfb.info.

     The reason(s) for nonpayment are as follows:

     The Campaign is not eligible for payment because it has not demonstrated compliance with Admin. Code § 12-110, as determined by the Conflicts of Interest Board.  See Admin. Code §§ 3-703(1)(m), 12-110; Board Rules 3-01(d)(ii)(D), 3-05.

     The Campaign is not eligible for payment because of preliminary findings of substantial violations which may result in penalties.  Details regarding these findings will be sent to you shortly.  See generally Admin.  Code §§ 3-703; 3-705(1), 3-711; Board Rules 3-01(d)(i)(G), (ii)(H), 3-01(e).

     This nonpayment of public funds is not a final determination by the Board, but rather is a preliminary determination subject to review of ongoing financial activity and final audit.  See Admin. Code §§3-710; Board Rule 3-01(c).

          YOU MAY PETITION THE BOARD IN WRITING for reconsideration of this public funds determination.  Your petition must state the grounds for reconsideration and may include a request to appear before the Board.  Do not include any documentation or information not already submitted to the Board, unless the Board specifically requests it or you can show in your petition a good reason for failing to submit it previously. The Board will review the petition within five business days of receiving it and issue a timely written determination.  If the Board denies your petition, you may appeal, within four months, to the New York State Supreme Court pursuant to Article 78 of the Civil Practice Law and Rules.  See Admin. Code § 3-705(4); Board Rules 7-09.

**New York City Campaign Finance Board**
**Campaign Finance Information System**
**Detail Payment Report for 2025 Early Payment**
**Run:** 6    **Payment Date:** 04/15/2025

**Candidate:** Adams, Eric L (ID: 1545)
**Office:** Mayor

| | Statement Date | Claimed Matchable | Invalid Claims | Gross Matchable | Payment |
|---|---|---|---|---|---|
| *Detail* | | | | | |
| | 1 (07/15/2022) | 68,347 | 17,390 | 50,957 | |
| | 2 (01/17/2023) | 37,100 | 8,700 | 28,400 | |
| | 3 (07/17/2023) | 118,526 | 22,550 | 95,976 | |
| | 4 (01/16/2024) | 57,276 | 11,826 | 45,450 | |
| | 5 (07/15/2024) | 192,718 | 37,117 | 155,601 | |
| | 6 (10/11/2024) | 43,691 | 10,426 | 33,265 | |
| | 7 (01/15/2025) | 20,777 | 3,000 | 17,777 | |
| | 8 (03/17/2025) | 3,420 | 950 | 2,470 | |
| | Total: | 541,855 | 111,959 | 429,896 | |
| | | 541,855 | 111,959 | 429,896 | |
| Matchable Adjustment: | | | | - 0 | |
| Adjusted Gross Matchable: | | | | 429,896 | |

*Regular Payment Calculation*

| | | |
|---|---|---|
| Adjusted Gross Matchable: | | 429,896 |
| General Regular Matchable: | - | 0 |
| Net Matchable: ( Threshold Met ) | | 429,896 |
| Matching Factor: | x | 8.0 |
| **EXTENDED NET REGULAR PAYABLE:  (Limit: 7,050,667)** | **3,439,168** | **3,439,168** |
| Total Previous Regular Payable: | - | 0 |
| Early Payment: | - | 0 |
| **REGULAR PAYABLE:** | | **3,439,168** |
| **MAX PAYABLE:** | | **3,439,168** |
| Net Withholding: ( See Notes Below ) | - | 17,848 |
| Reserve Amount:  ( 5.00 % ) | - | 171,066 |
| Reserve Applied: | + | 0 |
| **ADJUSTED AMOUNT ELIGIBLE:** | | 3,250,254 |
| Amount Payable: | | 0 |
| Penalty Deduction: | - | 0 |
| **PAYMENT DUE:** | | **0** |

**Campaign Finance Information System**
**Detail Payment Report for 2025 Early Payment**
**Run:** 6      **Payment Date:** 04/15/2025

**Candidate:** Adams, Eric L (ID: 1545)
**Office:** Mayor

---

### *Net Withholding*

| | | |
|---|---|---|
| Total Withholding: | | 17,848 |
| Previous Withholding: | - | 31,600 |
| Previous Unapplied Withholding: | + | 31,600 |
| **Net Withholding:** | | **17,848** |

---

### *Notes*            Withholding

| | |
|---|---|
| OTL Contribution(s) | ( 9198 ) |
| Withholding for Excess Doing Business Contributions | ( 8650 ) |
| Withholding For Non Compliance | |

# Exhibit 27

**New York City Campaign Finance Board**
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
Chair

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
Members

Paul Seamus Ryan
Executive Director

April 15, 2025

Sharon Adams
Eric Adams 2025
1043 E 101 Street
Brooklyn, NY 11236

**RE: 2025 Public Funds Payment Determination Supplemental Notice**

Based on a preliminary analysis, and as set forth in the Public Funds Nonpayment Determination and the Detail Payment Report, which you have already received, pursuant to Board Rules 3-01(d)(i)(A)(2), 3-01(d)(ii)(A)(4), and 3-01(d)(ii)(B), the Campaign Finance Board (the "Board") has determined that the Eric Adams 2025 campaign (the "Campaign") has not demonstrated eligibility for a public funds payment. This letter provides the Campaign with additional information regarding the nonpayment determination.

The Board has reviewed the information contained in the September 26, 2024 indictment of Eric Adams (*see United States v. Adams*, 24 CR 556); a complaint alleging crimes committed by Adams' associate Mohamed Bahi in conjunction with an alleged straw donation scheme for Adams' 2021 mayoral campaign; a February 7, 2025 letter from former United States Attorney for the Southern District of New York Danielle Sassoon to Judges Dale E. Ho and Analisa Torres of the Southern District of New York, notifying them of Bahi's alleged intent to plead guilty to conspiracy to commit wire fraud; an information alleging that Adams' associate Erden Arkan committed wire fraud, in conjunction with an alleged straw donation scheme for Adams' 2021 mayoral campaign; the transcript of Arkan's allocution in which he pled guilty to that crime; Acting Deputy Attorney General Emil Bove's February 10, 2025 memorandum to the U.S. Attorney's Office for the Southern District of New York, instructing prosecutors to dismiss the charges against Adams; Sassoon's February 12, 2025 resignation letter; Bove's February 13, 2025 letter accepting Sassoon's resignation; and Judge Ho's April 2, 2025 Opinion and Order dismissing the charges against Adams with prejudice. The Board has reason to believe that Eric Adams has, in the course of public funds program participation, engaged in conduct detrimental to the Program that is in violation of federal, state, and/or City law, including the Campaign Finance Act and Board Rules.

Furthermore, campaigns must provide to the Board, upon its request, documents, records, or other information that verifies campaign activity and failure to respond can make a campaign ineligible for public funds pursuant to Board Rule 3-01(d)(i)(A)(2). On November 15, 2024, CFB staff made a request for documentation and information related to allegations in the indictment from the Campaign with a

response deadline of December 6, 2024. On December 5, 2024, an attorney for the Campaign called CFB Staff and left a voicemail stating that the Campaign would not respond to the CFB staff's request at this time because the requests were related to incidents referenced in the indictment. This failure to respond to a request for information is a basis for ineligibility for public funds. The Campaign sent a response on April 14, 2025 at 10:37 PM. This response was not reviewed prior to the 10 AM meeting of the Board on April 15, 2025.

Please be aware that certain types of activities can lead the Board to find a candidate in breach of certification. The issues raised in this letter may cause the Board to consider whether the Campaign has submitted a disclosure statement which the participant knew or should have known includes substantial fraudulent matchable contribution claims, which is one of the activities that can lead to a finding of breach of certification.[1] In addition, the Campaign may be assessed financial penalties and may be found ineligible to receive public funds based on a finding of fraud or material misrepresentation, whether or not it is found in breach.[2]

These preliminary findings are not a final determination by the Board, but rather, a preliminary determination subject to review of ongoing financial activity and final audit.

**You may petition the Board in writing** for reconsideration of this public funds determination. Your petition must state the grounds for reconsideration and may include a request to appear before the Board. The Board will review the petition and issue a written determination within 5 business days of receiving it, unless the Campaign wishes to appear at the next scheduled Board meeting. Do not include any documentation or information not already submitted to the Board, unless the Board specifically requests it or you can show in your petition a good reason for failing to submit it previously.[3] If the Board denies your petition, you have four months to challenge the Board's determination in New York State Supreme Court pursuant to Article 78 of the Civil Practice Law and Rules.

If you have any questions, please contact me at dwillemin@nyccfb.info.

Sincerely,

Danielle Willemin
Director of Auditing and Accounting

---

[1] *See* Admin. Code § 3-711; Board Rule 3-01(e).
[2] *See* Admin. Code § 3-711; Board Rule 3-01(d).
[3] *See* Admin. Code § 3-705(4); Board Rule 7-09.

# Exhibit 28

| | |
|---|---|
| **From:** | Holli Hellman |
| **To:** | Hannah Egerton |
| **Cc:** | Katherine Miller |
| **Subject:** | RE: Updated list of incumbents who have submitted 2024 annual disclosure reports |
| **Date:** | Monday, April 21, 2025 11:37:01 AM |
| **Attachments:** | 2025-04-21_Incumbent Elected Officials.xlsx |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning,

Attached is an updated list of incumbent candidates who have filed 2024 annual disclosure reports.
Thank you

Holli R. Hellman
Senior Annual Disclosure Analyst
NYC Conflicts of Interest Board
2 Lafayette St, Rm 1010
New York, NY 10007
212-437-0732 | hellman@coib.nyc.gov

**From:** Hannah Egerton <HEgerton@NYCCFB.INFO>
**Sent:** Monday, April 21, 2025 10:17 AM
**To:** Holli Hellman <Hellman@coib.nyc.gov>
**Cc:** Katherine Miller <kmiller@coib.nyc.gov>
**Subject:** [EXTERNAL] RE: Updated list of incumbents who have submitted 2024 annual disclosure reports

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspected phishing emails with the Phish Alert Button or forward them to phish@oti.nyc.gov as an attachment.

Good morning,

Hope you are doing well. Would you happen to have an updated list of incumbents in compliance with your office? I do not think I received an update last week.

Thank you for your help,

Hannah

**From:** Holli Hellman <Hellman@coib.nyc.gov>
**Sent:** Friday, April 11, 2025 9:51 AM
**To:** Hannah Egerton <HEgerton@NYCCFB.INFO>
**Cc:** Katherine Miller <kmiller@coib.nyc.gov>
**Subject:** Updated list of incumbents who have submitted 2024 annual disclosure reports

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Hannah,

Attached is an updated list of candidates who have submitted 2024 annual disclosure reports.
Thank you

Holli R. Hellman
Senior Annual Disclosure Analyst
NYC Conflicts of Interest Board
2 Lafayette St, Rm 1010
New York, NY 10007
212-437-0732 | hellman@coib.nyc.gov

| LAST NAME | FIRST NAME | DATE OF INITIAL FILING | STATUS (Accepted, Not Accepted or Amendment Accepted) | DATE ACCEPTED AS COMPLETE |
|---|---|---|---|---|
| Abreu | Shaun | 1/10/2025 | Accepted | 1/10/2025 |
| Adams | Adrienne | 4/13/2025 | Amendment Accepted | 4/17/2025 |
| Adams | Eric | 4/14/2025 | Not Accepted | |
| Ariola | Joann | 1/18/2025 | Amendment Accepted | 2/14/2025 |
| Arnwine | Dante | 3/5/2025 | Amendment Accepted | 3/24/2025 |
| Aviles | Alexa | 1/19/2025 | Accepted | 1/19/2025 |
| Banks | Christopher | 1/29/2025 | Amendment Accepted | 3/21/2025 |
| Bottcher | Erik | 1/21/2025 | Amendment Accepted | 1/24/2025 |
| Brannan | Justin | 1/2/2025 | Amendment Accepted | 1/21/2025 |
| Caban | Tiffany | 1/13/2025 | Accepted | 1/13/2025 |
| Dinowitz | Eric | 1/6/2025 | Amendment Accepted | 1/6/2025 |
| Farias | Amanda | 2/3/2025 | Amendment Accepted | 2/5/2026 |
| Feliz | Oswald | 1/7/2025 | Accepted | 1/7/2025 |
| Gennaro | James | 1/20/2025 | Not Accepted | |
| Gibson | Vanessa | 1/30/2025 | Amendment Accepted | 2/3/2025 |
| Gutierrez | Jennifer | 2/18/2025 | Accepted | 2/18/2025 |
| Hanif | Shahana | 1/11/2025 | Accepted | 1/11/2025 |
| Hanks | Kamillah | 1/10/2025 | Amendment Accepted | 2/19/2025 |
| Hudson | Crystal | 1/11/2025 | Accepted | 1/11/2025 |
| Joseph | Rita | 2/19/2025 | Accepted | 2/19/2025 |
| Krishnan | Shekar | 1/21/2025 | Accepted | 1/21/2025 |
| Lander | Brad | 1/21/2025 | Amendment Accepted | 1/21/2025 |
| Lee | Linda | 1/21/2025 | Accepted | 1/21/2025 |
| Levine | Mark | 1/21/2025 | Amendment Accepted | 1/23/2025 |
| Louis | Farah | 1/17/2025 | Accepted | 1/21/2025 |
| Marmorato | Kristy | 1/14/2025 | Accepted | 1/14/2025 |
| Marte | Christopher | 1/8/2025 | Amendment Accepted | 1/9/2025 |
| Mealy | Darlene | 1/14/2025 | Accepted | 1/14/2025 |
| Menin | Julie | 3/28/2025 | Not Accepted | |
| Narcisse | Mercedes | 1/21/2025 | Accepted | 1/21/2025 |
| Nurse | Sandy | 1/21/2025 | Accepted | 1/21/2025 |
| Osse | Chi | 2/7/2025 | Amendment Accepted | 4/8/2025 |
| Powers | Keith | 1/21/2025 | Amendment Accepted | 1/22/2025 |
| Reynoso | Antonio | 1/21/2025 | Amendment Accepted | 3/3/2025 |
| Restler | Lincoln | 1/15/2025 | Amendment Accepted | 1/17/2025 |
| Richards | Donovan | 1/16/2025 | Amendment Accepted | 1/23/2025 |
| Riley | Kevin | 1/17/2025 | Amendment Accepted | 1/23/2025 |
| Salaam | Yusef | 2/20/2025 | Not Accepted | |
| Salamanca | Rafael | 1/17/2025 | Amendment Accepted | 2/18/2025 |
| Sanchez | Pierina | 1/21/2025 | Not Accepted | |
| Schulman | Lynn | 1/3/2025 | Accepted | 1/3/2025 |
| Stevens | Althea | 2/7/2025 | Accepted | 2/7/2025 |
| Ung | Sandra | 1/13/2025 | Accepted | 1/13/2025 |
| Vernikov | Inna | 3/7/2025 | Accepted | 3/7/2025 |
| Williams | Jumaane | 3/20/2025 | Amendment Accepted | 4/1/2025 |
| Won | Julie | 1/10/2025 | Accepted | 1/10/2025 |
| Zhuang | Susan | 1/6/2025 | Amendment Accepted | 1/8/2025 |
| Malave | Ismael | 1/12/2025 | Accepted | 1/12/2025 |

# Exhibit 29

| **From:** | Holli Hellman |
| **To:** | Hannah Egerton |
| **Cc:** | Katherine Miller |
| **Subject:** | Updated list of incumbent candidates who have submitted 2024 annual disclosure reports |
| **Date:** | Friday, April 25, 2025 12:25:58 PM |
| **Attachments:** | 2025-04-25 Incumbent Elected Officials.xlsx |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Hannah,

Attached is an updated list of incumbent candidates who have submitted 2024 annual disclosure reports.
Thank you

Holli R. Hellman
Senior Annual Disclosure Analyst
NYC Conflicts of Interest Board
2 Lafayette St, Rm 1010
New York, NY 10007
212-437-0732 | hellman@coib.nyc.gov

| LAST NAME | FIRST NAME | DATE OF INITIAL FILING | STATUS (Accepted, Not Accepted or Amendment Accepted) | DATE ACCEPTED AS COMPLETE |
|---|---|---|---|---|
| Abreu | Shaun | 1/10/2025 | Accepted | 1/10/2025 |
| Adams | Adrienne | 4/13/2025 | Amendment Accepted | 4/17/2025 |
| Adams | Eric | 4/14/2025 | Not Accepted | |
| Ariola | Joann | 1/18/2025 | Amendment Accepted | 2/14/2025 |
| Arnwine | Dante | 3/5/2025 | Amendment Accepted | 3/24/2025 |
| Aviles | Alexa | 1/19/2025 | Accepted | 1/19/2025 |
| Banks | Christopher | 1/29/2025 | Amendment Accepted | 3/21/2025 |
| Bottcher | Erik | 1/21/2025 | Amendment Accepted | 1/24/2025 |
| Brannan | Justin | 1/2/2025 | Amendment Accepted | 1/21/2025 |
| Caban | Tiffany | 1/13/2025 | Accepted | 1/13/2025 |
| Dinowitz | Eric | 1/6/2025 | Amendment Accepted | 1/6/2025 |
| Farias | Amanda | 2/3/2025 | Amendment Accepted | 2/5/2026 |
| Feliz | Oswald | 1/7/2025 | Accepted | 1/7/2025 |
| Gennaro | James | 1/20/2025 | Not Accepted | |
| Gibson | Vanessa | 1/30/2025 | Amendment Accepted | 2/3/2025 |
| Gutierrez | Jennifer | 2/18/2025 | Accepted | 2/18/2025 |
| Hanif | Shahana | 1/11/2025 | Accepted | 1/11/2025 |
| Hanks | Kamillah | 1/10/2025 | Amendment Accepted | 2/19/2025 |
| Hudson | Crystal | 1/11/2025 | Accepted | 1/11/2025 |
| Joseph | Rita | 2/19/2025 | Accepted | 2/19/2025 |
| Krishnan | Shekar | 1/21/2025 | Accepted | 1/21/2025 |
| Lander | Brad | 1/21/2025 | Amendment Accepted | 1/21/2025 |
| Lee | Linda | 1/21/2025 | Accepted | 1/21/2025 |
| Levine | Mark | 1/21/2025 | Amendment Accepted | 1/23/2025 |
| Louis | Farah | 1/17/2025 | Accepted | 1/21/2025 |
| Marmorato | Kristy | 1/14/2025 | Accepted | 1/14/2025 |
| Marte | Christopher | 1/8/2025 | Amendment Accepted | 1/9/2025 |
| Mealy | Darlene | 1/14/2025 | Accepted | 1/14/2025 |
| Menin | Julie | 3/28/2025 | Amendment Accepted | 4/25/2025 |
| Narcisse | Mercedes | 1/21/2025 | Accepted | 1/21/2025 |
| Nurse | Sandy | 1/21/2025 | Accepted | 1/21/2025 |
| Osse | Chi | 2/7/2025 | Amendment Accepted | 4/8/2025 |
| Paladino | Vickie | 4/22/2025 | Accepted | 4/22/2025 |
| Powers | Keith | 1/21/2025 | Amendment Accepted | 1/22/2025 |
| Reynoso | Antonio | 1/21/2025 | Amendment Accepted | 3/3/2025 |
| Restler | Lincoln | 1/15/2025 | Amendment Accepted | 1/17/2025 |
| Richards | Donovan | 1/16/2025 | Amendment Accepted | 1/23/2025 |
| Riley | Kevin | 1/17/2025 | Amendment Accepted | 1/23/2025 |
| Salaam | Yusef | 2/20/2025 | Amendment Accepted | 4/24/2025 |
| Salamanca | Rafael | 1/17/2025 | Amendment Accepted | 2/18/2025 |
| Sanchez | Pierina | 1/21/2025 | Amendment Accepted | 3/26/2025 |
| Schulman | Lynn | 1/3/2025 | Accepted | 1/3/2025 |
| Stevens | Althea | 2/7/2025 | Accepted | 2/7/2025 |
| Ung | Sandra | 1/13/2025 | Accepted | 1/13/2025 |
| Vernikov | Inna | 3/7/2025 | Accepted | 3/7/2025 |
| Williams | Jumaane | 3/20/2025 | Amendment Accepted | 4/1/2025 |
| Won | Julie | 1/10/2025 | Accepted | 1/10/2025 |
| Zhuang | Susan | 1/6/2025 | Amendment Accepted | 1/8/2025 |

| Malave | Ismael | 1/12/2025 | Accepted | 1/12/2025 |

# Exhibit 30

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Hannah,

Eric Adams has filed his amendment, which COIB has accepted as complete.

Thanks,
Katherine

**Katherine J. Miller** (she/her)
Director of Annual Disclosure & Special Counsel | NYC Conflicts of Interest Board
2 Lafayette Street, Suite 1010 | New York, New York 10007
(212) 437-0730 | kmiller@coib.nyc.gov

---

**From:** Katherine Miller
**Sent:** Friday, April 25, 2025 1:02 PM
**To:** Hannah Egerton <HEgerton@NYCCFB.INFO>; Holli Hellman <hellman@coib.nyc.gov>
**Subject:** RE: Updated list of incumbent candidates who have submitted 2024 annual disclosure reports

Hi Hannah,

Eric Adams has not submitted his amendment yet.

Thanks,
Katherine

**Katherine J. Miller** (she/her)
Director of Annual Disclosure & Special Counsel | NYC Conflicts of Interest Board
2 Lafayette Street, Suite 1010 | New York, New York 10007
(212) 437-0730 | kmiller@coib.nyc.gov

---

**From:** Hannah Egerton <HEgerton@NYCCFB.INFO>
**Sent:** Friday, April 25, 2025 1:01 PM
**To:** Holli Hellman <Hellman@coib.nyc.gov>
**Cc:** Katherine Miller <kmiller@coib.nyc.gov>
**Subject:** [EXTERNAL] RE: Updated list of incumbent candidates who have submitted 2024 annual disclosure reports

**CAUTION:** This email originated from outside of the organization. Do not click links or open

attachments unless you recognize the sender and know the content is safe. Report suspected phishing emails with the Phish Alert Button or forward them to phish@oti.nyc.gov as an attachment.

Good afternoon,

Thank you for the update! As a follow-up, the Eric Adams campaign reached out saying they submitted an amendment yesterday, could you confirm?

Thank you,

Hannah

---

**From:** Holli Hellman <Hellman@coib.nyc.gov>
**Sent:** Friday, April 25, 2025 12:25 PM
**To:** Hannah Egerton <HEgerton@NYCCFB.INFO>
**Cc:** Katherine Miller <kmiller@coib.nyc.gov>
**Subject:** Updated list of incumbent candidates who have submitted 2024 annual disclosure reports

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Hannah,

Attached is an updated list of incumbent candidates who have submitted 2024 annual disclosure reports.
Thank you

Holli R. Hellman
Senior Annual Disclosure Analyst
NYC Conflicts of Interest Board
2 Lafayette St, Rm 1010
New York, NY 10007
212-437-0732 | hellman@coib.nyc.gov

# Exhibit 31



# PITTA LLP
### Attorneys at law

120 Broadway, 28th Floor
New York, New York 10271
Tel: (212) 652-3890
Facsimile: (212) 652-3891

**Vito R. Pitta**
**Co-Managing Partner**
Direct Dial: (212) 652-3881
VRPitta@PittaLaw.com

April 25, 2025

<u>**VIA ELECTRONIC MAIL**</u>
Danielle Willemin
Director of Auditing and Accounting
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, NY 10007

RE: Early Public Funds Nonpayment Determination

Dear Ms. Willemin:

This firm is counsel to Eric Adams 2025 ("the Committee"). Please accept this letter and the documents appended hereto as a response to and a petition for reconsideration, pursuant to CFB Rule §7-09, of the 2025 Early Public Funds Nonpayment Determination ("Nonpayment Determination") and 2025 Public Funds Payment Determination Supplemental Notice ("Supplemental Notice") issued by the New York City Campaign Finance Board ("CFB" or "Board") on April 15, 2025.

The Nonpayment Determination identifies two reasons for the CFB's finding that the Committee is not eligible for payment of early public funds for the 2025 election cycle: (1) noncompliance with Admin. Code §12-110; and (2) "preliminary findings of substantial violations." This petition for reconsideration challenges both of those reasons. Mayor Adams ("Candidate") waives his right to appear before the Board in connection with this petition.

*Administrative Code §12-110*

Mayor Eric Adams electronically filed his full calendar year 2024 Personal Financial Disclosure with the New York City Conflicts of Interest Board on April 14, 2025 at 8:03PM. Attached as Exhibit A is a copy of the filing receipt for the same. This submission supplemented his partial calendar year 2024 Personal Financial Disclosure which previously had been filed prior to the November 1, 2024 deadline. Pursuant to Admin. Code §3-703(m)(iii), submission of this filing satisfies the obligation under Admin. Code §12-110 and demonstrates eligibility for

payment of public funds. Accordingly, the reference to noncompliance with this requirement in the Nonpayment Determination is erroneous and must be reversed.

*Preliminary Findings of Substantial Violations*

Citing Admin. Code §§3-703; 3-705(1); and 3-711, as well as CFB Rules §§3-01(d)(i)(G); 3-01(d)(ii)(H); and 3-01(e),[1] the Nonpayment Determination indicates that the Committee is "not eligible for payment because of preliminary findings of substantial violations which may result in penalties." This vague rationale should have been clarified in the subsequently issued Supplemental Notice, however, the Supplemental Notice, in addition to citing different provisions of the administrative code and CFB Rules than were cited in the Nonpayment Determination, offers not a modicum of detail about the alleged "preliminary findings of substantial violations."[2] Additionally, the Supplemental Notice seems to suggest an additional basis for ineligibility (i.e., failure to respond to CFB inquiry) which is not referenced in the Nonpayment Determination.

While purporting to "provide[] the Campaign with additional information regarding the nonpayment determination,"[3] the Supplemental Notice affords very little in the way of "additional information"—certainly no information which offers the Committee the ability to dispute or challenge the CFB's determination—before concluding that the "Board has reason to believe that Eric Adams has, in the course of public funds program participation, engaged in conduct detrimental to the Program that is in violation of federal, state, and/or City law, including the Campaign Finance Act and Board Rules."[4] The Supplemental Notice only qualifies this conclusion, unsupported by any specific detail, by indicating that the CFB has reviewed:

"...the information contained in the September 26, 2024 indictment of Eric Adams (see United States v. Adams, 24 CR 556); a complaint alleging crimes committed by Adams' associate Mohamed Bahi in conjunction with an alleged straw donation scheme for Adams' 2021 mayoral campaign; a February 7, 2025 letter from former United States Attorney for the Southern District of New York Danielle Sassoon to Judges Dale E. Ho and Analisa Torres of the Southern District of New York, notifying them of Bahi's alleged intent to plead guilty to conspiracy to commit wire fraud; an information alleging that Adams' associate Erden Arkan committed wire fraud, in conjunction with an alleged straw donation scheme for Adams' 2021 mayoral campaign; the transcript of Arkan's allocution in which he pled guilty to that crime; Acting Deputy Attorney General Emil Bove's February 10, 2025 memorandum to the U.S. Attorney's Office for the Southern District of New York, instructing prosecutors to dismiss the charges against Adams; Sassoon's February 12, 2025 resignation letter; Bove's February 13, 2025 letter accepting

---

[1] It appears that reference is made to the version of the rules that was in effect for the 2021 election cycle. The current version of the rules no longer has sections that correspond to a number of these citations.
[2] 2025 Early Public Funds Nonpayment Determination, April 15, 2025, p. 1.
[3] 2025 Public Funds Payment Determination Supplemental Notice, April 15, 2025, p. 1.
[4] *Id.*

Sassoon's resignation; and Judge Ho's April 2, 2025 Opinion and Order dismissing the charges against Adams with prejudice…"[5]

The Supplemental Notice does not provide any further explanation of what, in particular, if anything, contained in the litany of documents identified supports the CFB's purported "reason to believe" that the candidate engaged in conduct in violation of applicable law. The CFB's failure to provide any specificity or factual basis for its preliminary determination of ineligibility to receive public funds frustrates the entire purpose of the requirement in CFB Rule §3-01(c) that the CFB provide "written notification to the candidate [of the preliminary determination of ineligibility]…[so that] the candidate may request reconsideration of such determination pursuant to section 7-09." It is a core principle of due process that a government agency provide sufficient notice and opportunity to be heard. The Committee's ability to petition for reconsideration pursuant to CFB Rule §7-09 is meaningless when the CFB's preliminary determination of ineligibility gives no notice of the alleged unlawful conduct that is the basis for the determination. Indeed, CFB Rule §7-09 requires that a "petition must state *one or more specific grounds* for reconsideration…" (emphasis added). By failing to provide specificity with respect to the alleged violations that are the basis for its determination, the CFB's notice makes it impossible for the Committee to comply with the requirements of CFB Rule §7-09 when seeking to petition the Board to reconsider its determination.

By contrast, this barebones, conclusory determination that the CFB has "reason to believe" that the candidate violated applicable law is a significant departure from the very detailed notices that the CFB provides in connection with its standard enforcement process. Chapter 10 of the CFB Rules provides specific requirements about detailed notice and the ability of a candidate to respond to and contest the same. For example, CFB Rule §10-03 requires that CFB provide a candidate "[n]otice and an opportunity to contest"[6] any alleged infractions or violations. Such notices must: "set forth in detail the factual and legal basis for staff's recommendation that a violation, infraction, or public funds repayment obligation be found."[7]

Notwithstanding the vagueness of the CFB's assertion that it has reason to believe that the candidate violated applicable law, any reliance on allegations contained in an indictment; complaint; or information (or any other unsubstantiated allegation) to reach such a conclusion is entirely inappropriate and should be an insufficient basis to determine ineligibility. Similarly, reliance on assertions of former prosecutors or dicta in a judicial order cannot be a basis for having "reason to believe" a violation has occurred.

The Supplemental Notice also cites CFB Rule §3-01(d)(i)(A)(2), relating to the Committee's obligation to provide to the CFB documents, records, and other information, upon request, and references a November 15, 2024 request made to the Committee for such documents, records, and information. Despite this reference in the Supplemental Notice, the

---

[5] *Id.*
[6] CFB Rule §10-03(a).
[7] *Id.* at §10-03(a)(i).

Nonpayment Determination does not include this as a basis for the determination that the Committee is ineligible for a public funds payment.[8] The inconsistent rationales offered in the Nonpayment Determination and Supplemental notice notwithstanding, inasmuch as this reference suggests that this is an additional basis for nonpayment, the Supplemental Notice acknowledges that the Committee did in fact submit a response to the information request on April 14, 2025. Therefore, its inclusion in the Supplemental Notice is gratuitous.

Ultimately, the entire basis for the CFB's determination is conclusory and insufficiently explained so as to prevent the Committee from challenging the same. The CFB's determination of ineligibility, given the timing of the 2025 election, is significantly detrimental to the Committee's operations and ability of the Candidate to campaign for reelection. It also is not the sole remedy available to the CFB. CFB Rule §7-06 provides the CFB the ability to withhold the payment of public funds for certain matching fund claims. Specifically, CFB Rule §7-06(b)(a) authorizes withholding of a percentage equal to the projected rate of invalid matching claims; Rule §7-06(b)(b) authorizes withholding of an amount equal to any contributions made, received, solicited, or otherwise obtained in violation of law; and Rule §7-06(b)(c) authorizes withholding of an amount up to an additional 5% if the CFB determines that there is reason to believe that the candidate has failed to comply with the Act. Notwithstanding this authority to fashion a narrower remedy for suspected violations, the CFB has determined, without sufficient notice of its basis for the same, that the Committee is entirely ineligible for public funds, during a most critical time of the election cycle. This arbitrary and capricious and overbroad determination, that is based only on a vague and conclusory statement that it has reason to believe violations have occurred, cannot stand.

Sincerely

Vito R. Pitta, Esq.

Cc:     Ms. Samantha Perez, Deputy Director of Candidate Services
        Hon. Eric L. Adams
        Ms. Sharon Adams, Treasurer
        Ardian Tagani, Esq.

---

[8] As noted in the second paragraph of this letter, *supra*, the 2025 Early Public Funds Nonpayment Determination dated April 15, 2025 identifies only two reasons for nonpayment, neither of which is related to CFB Rule §3-01(d)(i)(A)(2).

# EXHIBIT A

# COIB | Electronic Financial Disclosures

## Annual Filing Receipt For  Eric  Adams

| | |
|---|---|
| EMPLOYEE ID NUMBER: | 0382650 |
| FILING YEAR: | 2024 |
| DATE OF FILING: | 04/14/2025 at 8:03:13 PM EDT |

Any intentional violation of the Annual Disclosure Law (NYC Administrative Code Section 12-110), including, but not limited to, failure to include assets or liabilities, and misstatements of assets or liabilities, shall constitute a misdemeanor punishable by imprisonment for not more than one year or by a fine not to exceed $1,000, or by both, and shall constitute grounds for imposition of disciplinary penalties, including removal from office. In addition, any intentional violation of the provisions of the Annual Disclosure Law may subject the person reporting to assessment by the Conflicts of Interest Board of a civil penalty in an amount up to $10,000.

**This receipt contains two bar codes that each contain a "digital fingerprint" associated with your Electronic Financial Disclosure Report filed on 04/14/2025 at 8:03:13 PM EDT.**



**COIB Report Digital Fingerprint**



**COIB & E091 Combined Report Digital Fingerprint**

I, Eric  Adams, have affixed my electronic signature and certify that I have not shared my password with anyone and that I am responsible for the entries made in my COIB Electronic Financial Disclosure Report filed on Apr 14, 2025 at 8:03:13 PM EDT, and that I have personally reviewed all the information contained in that report and it is true, correct and complete to the best of my knowledge.

I, Eric  Adams, have affixed my electronic signature and certify that I have not shared my password with anyone and that I am responsible for the entries made in my Combined COIB and EO91 Electronic Financial Disclosure Report filed on Apr 14, 2025 at 8:03:13 PM EDT, and that I have personally reviewed all the information contained in that report and it is true, correct and complete to the best of my knowledge.

New York City Campaign Finance Board

# Contact Record

|  |  |
|---|---|
| | **Contact No:** 106881 |
| **Status:** Submitted | **Status Date:** 04/28/2025 |

|  |  |
|---|---|
| **Candidate:** Adams, Eric L ( ID: 1545 ) | **Election Cycle:** 2025 |
| **Contact Person:** Pitta, Vito | **Contact Phone:** |
| **Contact Email:** | **Type:** Outgoing Email |
| **CFB Contact:** Joseph Gallagher | **Unit:** Legal |
| **Contact Date:** 04/28/2025 | **Original Contact Date:** |

**Primary Category:** Legal    **Other Category:**    **Other Category:**

**Subject:** 7-09 petition confirmation

**Text:** From: Joseph Gallagher
Sent: Monday, April 28, 2025 5:27 PM
To: Vito R. Pitta <vrpitta@pittabishop.com>
Cc: bpericadams@gmail.com; salovespink@gmail.com; Ardian Tagani
<atagani@pittabishop.com>; Danielle Willemin <DWillemin@NYCCFB.INFO>; Samantha
Perez <SPerez@NYCCFB.INFO>
Subject: re: Eric Adams 2025 - Public Funds Payment Determination Petition for
Reconsideration
Importance: High

Good afternoon, Mr. Pitta,

I am confirming receipt of the Eric Adams 2025 Public Funds Payment Determination
Petition for Reconsideration ("7-09 Petition"). I will reach out by Friday, May 2 with a
response to the 7-09 Petition.

Thank you,

Joseph Gallagher
General Counsel
New York City Campaign Finance Board
100 Church Street, 12th floor
New York, NY 10007
212.409.1865
JGallagher@nyccfb.info
www.nyccfb.info | @NYCCFB | Full Disclosure Newsletter |Campaign Finance Handbook

From: Vito R. Pitta <vrpitta@pittabishop.com>
Sent: Friday, April 25, 2025 7:32 PM
To: Danielle Willemin <DWillemin@NYCCFB.INFO>
Cc: Samantha Perez <SPerez@NYCCFB.INFO>; Eric Adams
<bpericadams@gmail.com>; salovespink@gmail.com; Ardian Tagani
<atagani@pittabishop.com>
Subject: Eric Adams 2025 - Public Funds Payment Determination Petition for

Reconsideration
Importance: High

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Good evening,

On behalf of Eric Adams 2025 and Mayor Adams, please see the attached Petition for Reconsideration pursuant to CFB Rule 7-09.

Best,


Vito R. Pitta, Esq.

Co-Managing Partner
Pitta LLP
Attorneys at Law

Co-Managing Member
Pitta Bishop & Del Giorno LLC
Consulting & Government Relations

120 Broadway, 28th Floor
New York, NY 10271
(212) 652-3890 (Main)
(212) 652-3881 (Direct)
(212) 652-3891 (Facsimile)
(917) 545-7160 (Cellular)
vrpitta@pittalaw.com
vrpitta@pittabishop.com

---

**Follow Up Date:**                          **Follow Up Complete Date:**
  **Update Date:** 4/28/2025 5:27:14 PM                          **Update User:** jgall

# Exhibit 32

New York City Campaign Finance Board

# Contact Record

|  |  |  |  |
|---|---|---|---|
|  |  | **Contact No:** | 107023 |
| **Status:** | Submitted | **Status Date:** | 05/05/2025 |

|  |  |  |  |
|---|---|---|---|
| **Candidate:** | Adams, Eric L ( ID: 1545 ) | **Election Cycle:** | 2025 |
| **Contact Person:** | Pitta, Vito R | **Contact Phone:** |  |
| **Contact Email:** |  | **Type:** | Outgoing Email |
| **CFB Contact:** | Joseph Gallagher | **Unit:** | Legal |
| **Contact Date:** | 05/05/2025 | **Original Contact Date:** |  |

| | | |
|---|---|---|
| **Primary Category:** Legal | **Other Category:** | **Other Category:** |

**Subject:** Chair's Decision on 7-09 petition

**Text:** From: Joseph Gallagher
Sent: Friday, May 2, 2025 4:31 PM
To: Vito R. Pitta <vrpitta@pittabishop.com>
Cc: bpericadams@gmail.com; salovespink@gmail.com; Ardian Tagani
<atagani@pittabishop.com>
Subject: RE: Eric Adams 2025 - Public Funds Payment Determination Petition for
Reconsideration

Hello Mr. Pitta,

Thank you for submitting the Adams 2025 7-09 Petition asking the Board to reconsider its
April 15, 2025 non-payment determination. Because the Campaign has waived its
appearance before the Board to speak to the 7-09 Petition, Chair Frederick Schaffer is
using his authority, delegated by the Board, to deny the Campaign's Petition. The Board
will vote whether to affirm the Chair's decision at the May 12, 2025 Board hearing.

Thank you for pointing out the incorrect Board rules citations in the April 15 non-payment
determination letter. Please find attached a corrected April 15 non-payment determination
that properly cites to the CFB rules which were amended in December 2024.

A Rule 7-09 Petition is not an opportunity for the Campaign to show that they have
resolved their ineligibility for a public funds payment, rather the Petition must demonstrate
that at the time the payment determination was made, April 15, the Campaign was eligible
for payment.

Regarding the Conflicts of Interest Board ("COIB") disclosure, CFB Rule 3-05(b) sets the
due date for demonstrating compliance with the COIB disclosure requirement at "3 days
prior to the next payment date." Further, the rule states that "[f]ailure to demonstrate
compliance may result in a delay of any payment by the Board." The Candidate submitted
an incomplete COIB disclosure on April 14, 2025 at 8:03 PM, not the required three days
prior to the April 15, 2025 payment date. CFB understands that the disclosure was only
completed on April 25, 2025 – ten days after the payment determination date.
Furthermore, the Campaign did not submit proof of the incomplete April 14th filing until it
submitted the 7-09 Petition on April 25, 2025. The Campaign did not provide an

explanation for the delay nor state reasons why the Board should accept this late demonstration of compliance for the April 15 payment.

Additionally, CFB staff issued the Campaign a request for documentation and explanation on November 15, 2024 with a response deadline of December 6, 2024. On December 5, 2024, the Campaign stated that it would not respond to the CFB staff's request at the time due to the Candidate's ongoing federal litigation. The Campaign submitted a response on April 14, 2025 at 10:37 PM. The response was submitted 130 days after the initial due date and less than 12 hours before the payment determination. This late response gave CFB staff insufficient time to evaluate the sufficiency of the response or whether the contents might have an impact on the Campaign's eligibility, and the Campaign has not offered good cause for why it was unable to comply with the request earlier. Pursuant to Board Rule 3-01(d)(i)(A)(2), a pre-election public funds payment shall not be paid to a candidate if the candidate fails to provide to the Board, upon its request and by the deadline set forth by the Board, documents or records…or other information that verifies campaign activity.

Finally, in its Petition, the Campaign states that the payment determination and supplemental letter are insufficiently detailed for the Campaign to be able to effectively respond to the substance of the determination. New York City Administrative Code § 3-705 (1) prohibits the CFB from making a public funds payment to a Campaign unless the Board has determined that the Campaign has met the eligibility requirements of the Campaign Finance Act. The CFB provided the Campaign with a list of publicly available documents that contain information indicating possible violations of federal, state, and/or City law by the candidate during the 2021 and 2025 election cycles. Pursuant to the Campaign's request, CFB staff is providing the attached amended supplemental non-payment determination notice that provides the Campaign more detail on the violations of law to which the Campaign may respond.

Because the Candidate is not on the primary election ballot, the next opportunity for the Campaign to demonstrate its eligibility for public matching funds is the July 15, 2025 payment date. No campaign is entitled to public matching funds. It is incumbent on a campaign to demonstrate it is eligible to receive public matching funds. CFB staff will continue to review the Campaign's eligibility prior to the July 15 payment date, and welcomes the Campaign to provide any and all documentation and/or explanations to demonstrate to the Board that there is no reason to believe that the Candidate, in the course of public funds program participation, engaged in conduct detrimental to the public funds program that is in violation of Federal, State, and/or City Law, including the Campaign Finance Act and Board Rules.

Thank you,

Joseph Gallagher
General Counsel
New York City Campaign Finance Board
100 Church Street, 12th floor
New York, NY 10007
212.409.1865
JGallagher@nyccfb.info
www.nyccfb.info | @NYCCFB | Full Disclosure Newsletter |Campaign Finance Handbook

From: Vito R. Pitta <vrpitta@pittabishop.com>
Sent: Tuesday, April 29, 2025 2:00 AM
To: Joseph Gallagher <JGallagher@NYCCFB.INFO>
Cc: bpericadams@gmail.com; salovespink@gmail.com; Ardian Tagani <atagani@pittabishop.com>; Danielle Willemin <DWillemin@NYCCFB.INFO>; Samantha Perez <SPerez@NYCCFB.INFO>
Subject: Re: Eric Adams 2025 - Public Funds Payment Determination Petition for Reconsideration

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Thank you.

Get Outlook for iOS

_____
From: Joseph Gallagher <JGallagher@NYCCFB.INFO>
Sent: Monday, April 28, 2025 2:26:41 PM
To: Vito R. Pitta <vrpitta@pittabishop.com>
Cc: bpericadams@gmail.com <bpericadams@gmail.com>; salovespink@gmail.com <salovespink@gmail.com>; Ardian Tagani <atagani@pittabishop.com>; Danielle Willemin <DWillemin@NYCCFB.INFO>; Samantha Perez <SPerez@NYCCFB.INFO>
Subject: [EXTERNAL] re: Eric Adams 2025 - Public Funds Payment Determination Petition for Reconsideration

Good afternoon, Mr. Pitta,

I am confirming receipt of the Eric Adams 2025 Public Funds Payment Determination Petition for Reconsideration ("7-09 Petition"). I will reach out by Friday, May 2 with a response to the 7-09 Petition.

Thank you,

Joseph Gallagher
General Counsel
New York City Campaign Finance Board
100 Church Street, 12th floor
New York, NY 10007
212.409.1865
JGallagher@nyccfb.info
www.nyccfb.info | @NYCCFB | Full Disclosure Newsletter |Campaign Finance Handbook

**Follow Up Date:**                    **Follow Up Complete Date:**
**Update Date:** 5/5/2025 10:41:30 AM          **Update User:** jgall

# Exhibit 33

CANDIDATE: ADAMS, ERIC L (ID: 1545)
COMMITTEE: ERIC ADAMS 2025

AMENDED 2025 EARLY PUBLIC FUNDS NONPAYMENT DETERMINATION. Based on a preliminary analysis, the Campaign Finance Board has determined that your campaign does not qualify for a public funds payment at this time. See.generally Admin. Code §§ 3-703; 3-705(1). The specifics of our calculation are described in the attached Detail Payment Report. Please keep this notification and any attached report(s) for your records. If you have any questions, please contact the Payment Coordinators Maria Alvarez and Alyson Joa-Perez at PaymentCoordinator@nyccfb.info.

The reasons for nonpayment are as follows:

The Campaign is not eligible for payment because it has not demonstrated compliance with Admin. Code § 12-110, as determined by the Conflicts of Interest Board. See Admin. Code §§ 3-703(1)(m), 12-110; Board Rules 3-01(d)(ii)(A)(4), 3-05.

The Campaign is not eligible for payment because the Board has reason to believe that the Candidate has, in the course of public funds program participation, engaged in conduct detrimental to the Program that is in violation of law, including the Campaign Finance Act and Board Rules. Board Rule 3-01(d)(ii)(B).

The Campaign is not eligible for payment because it failed to provide to the Board, upon its request, documents, records, or other information that verifies campaign activity by the deadline set forth by the Board. Board Rule 3-01(d)(i)(A)(2).

Details regarding these findings will be sent to you shortly.

This nonpayment of public funds is not a final determination by the Board, but rather is a preliminary determination subject to review of ongoing financial activity and final audit. See Admin. Code §§3-710; Board Rule 3-01(c).

YOU MAY PETITION THE BOARD IN WRITING for reconsideration of this public funds determination. Your petition must state the grounds for reconsideration and may include a request to appear before the Board. Do not include any documentation or information not

already submitted to the Board, unless the Board specifically requests it or you can show in your petition a good reason for failing to submit it previously. The Board will review the petition within five business days of receiving it and issue a timely written determination. If the Board denies your petition, you may appeal, within four months, to the New York State Supreme Court pursuant to Article 78 of the Civil Practice Law and Rules. See.Admin. Code § 3-705(4); Board Rules 7-09; NY CPLR § 217.

# Exhibit 34

**New York City Campaign Finance Board**
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
Chair

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
Members

Paul Seamus Ryan
Executive Director

May 2, 2025

Sharon Adams
Eric Adams 2025
1043 E 101 Street
Brooklyn, NY 11236

**RE: 2025 Public Funds Payment Determination Amended Supplemental Notice**

Based on a preliminary analysis, and as set forth in the Amended Public Funds Nonpayment Determination and the Detail Payment Report, which you have already received, pursuant to Board Rules 3-01(d)(i)(A)(2), 3-01(d)(ii)(A)(4), and 3-01(d)(ii)(B), the Campaign Finance Board (the "Board") has determined that the Eric Adams 2025 campaign (the "Campaign") has not demonstrated eligibility for a public funds payment. This letter provides the Campaign with additional information regarding the nonpayment determination.

The Board has reviewed the information contained in the September 26, 2024 indictment of Eric Adams (*see United States v. Adams*, 24 CR 556); a complaint alleging crimes committed by Adams' associate Mohamed Bahi in conjunction with an alleged straw donation scheme for Adams' 2021 mayoral campaign; a February 7, 2025 letter from former United States Attorney for the Southern District of New York Danielle Sassoon to Judges Dale E. Ho and Analisa Torres of the Southern District of New York, notifying them of Bahi's alleged intent to plead guilty to conspiracy to commit wire fraud; an information alleging that Adams' associate Erden Arkan committed wire fraud, in conjunction with an alleged straw donation scheme for Adams' 2021 mayoral campaign; the transcript of Arkan's allocution in which he pled guilty to that crime; Acting Deputy Attorney General Emil Bove's February 10, 2025 memorandum to the U.S. Attorney's Office for the Southern District of New York, instructing prosecutors to dismiss the charges against Adams; Sassoon's February 12, 2025 resignation letter; Bove's February 13, 2025 letter accepting Sassoon's resignation; and Judge Ho's April 2, 2025 Opinion and Order dismissing the charges against Adams with prejudice. Based on this information, the Board has reason to believe that Eric Adams has, in the course of public funds program participation, engaged in conduct detrimental to the Program that is in violation of federal, state, and/or City law, including the Campaign Finance Act and Board Rules. Specifically, the Board has reason to believe that Adams violated one or more of the following:

1. Committed wire fraud, in violation of 18 U.S.C. § 1343;
2. Solicited, accepted, and/or received a contribution by a foreign national, in violation of 52 U.S.C. § 30121;
3. Obstructed justice and/or engaged in a conspiracy to obstruct justice, in violation of 18 U.S.C. §§ 1512(b) and 1512(c)(1), and 18 U.S.C. § 371;
4. Engaged in bribery, in violation of 18 U.S.C. § 666(a)(1)(B);
5. Engaged in a conspiracy to commit wire fraud, commit bribery, and receive contributions from a foreign national, in violation of 18 U.S.C. § 371;
6. Failed to accurately disclose campaign transactions and the true identity of contributors, in violation of NYS Election Law §§ 14–102(1), 14-104(1), 14-108, and 14–120 and NYS BOE Rules §§ 6200.1(a)(2) and 6200.2;
7. Accepted contributions from corporations doing business in New York State, in violation of NYS Election Law §§ 14–116(1);
8. Engaged in a conspiracy to promote his election through unlawful means, in violation of NYS Election Law § 17–152;
9. Defrauded the government, in violation of NYS Penal Law § 195.20;
10. Received bribes, in violation of NYS Penal Law §§ 200.10 and 200.12;
11. Failed to accurately disclose contributor and intermediary information to the Board, in violation of NYC Admin. Code §§ 3-703(1)(d)(i)-(iv), 3-703(1)(g), and 3-703(6) and Board Rules §§ 3-01(e)(i)(A)-(C), 3-01(e)(ii), 4-01(b)(ii), 4-04, and 4-05(c)(ii);
12. Accepted contributions in excess of the applicable limit, in violation of NYC Admin. Code § 3-703(1)(f) and Board Rule § 5-01(a);
13. Accepted corporate contributions, in violation of NYC Admin. Code § 3-703(1)(l) and Board Rule § 5-03(a);
14. Received contributions by a foreign national, in violation of Board Rule § 5-03(d);
15. Engaged in financial transactions in conflict with the proper discharge of his duties as a public official, in violation of NYC Charter § 2604(b)(2);
16. Failed to disclose gifts to the NYC Conflicts of Interest Board, in violation of NYC Admin. Code §§ 12-110(b)-(d) and 12-110(d)(1)(h)(4) and Board Rule § 3-01(d)(ii)(A)(4); and
17. Received prohibited gifts and used his position to obtain personal financial gain, in violation of NYC Charter §§ 2604(b)(3) and 2604(b)(5) and COIB Rules §§ 1-01(a) and 1-01(h)(l).

Furthermore, Campaigns must provide to the Board, upon its request, documents, records, or other information that verifies campaign activity and failure to respond can make a campaign ineligible for public funds pursuant to Board Rule 3-01(d)(i)(A)(2). On November 15, 2024, CFB staff made a request for documentation and information related to allegations in the indictment from the Campaign with a response deadline of December 6, 2024. On December 5, 2024, an attorney for the Campaign called CFB Staff and left a voicemail stating that the Campaign would not respond to the CFB staff's request at this time because the requests were related to incidents referenced in the indictment. This failure to respond to a request for information is a basis for ineligibility for public funds. The Campaign sent a response on April 14, 2025 at 10:37 PM. This response was not reviewed prior to the 10 AM meeting of the Board on April 15, 2025.

Please be aware that certain types of activities can lead the Board to find a candidate in breach of certification. The issues raised in this letter may cause the Board to consider whether the Campaign has submitted a disclosure statement which the participant knew or should have known includes substantial

fraudulent matchable contribution claims, which is one of the activities that can lead to a finding of breach of certification.[1]

In addition, the Campaign may be assessed financial penalties and may be found ineligible to receive public funds based on a finding of fraud or material misrepresentation, whether or not it is found in breach.[2]

These preliminary findings are not a final determination by the Board, but rather, a preliminary determination subject to review of ongoing financial activity and final audit.

**You may petition the Board in writing** for reconsideration of this public funds determination. Your petition must state the grounds for reconsideration and may include a request to appear before the Board. The Board will review the petition and issue a written determination within 5 business days of receiving it, unless the Campaign wishes to appear at the next scheduled Board meeting. Do not include any documentation or information not already submitted to the Board, unless the Board specifically requests it or you can show in your petition a good reason for failing to submit it previously.[3]

If the Board denies your petition, you have four months to challenge the Board's determination in New York State Supreme Court pursuant to Article 78 of the Civil Practice Law and Rules.

If you have any questions, please contact me at jgallagher@nyccfb.info.

Thank you,

Joseph Gallagher
General Counsel

---

[1] *See* Admin. Code § 3-711; Board Rule 3-01(e).
[2] *See* Admin. Code § 3-711; Board Rule 3-01(d)(ii)(A)(9).
[3] *See* Admin. Code § 3-705(4); Board Rule 7-09.

# Exhibit 35



**New York City Campaign Finance Board**
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
Chair

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
Members

Paul Seamus Ryan
Executive Director

May 13, 2025

<u>**By CFB Portal and Email**</u>

Eric Adams
Bpericadams@gmail.com

Sharon Adams
salovespink@gmail.com

Eric Adams 2025
Vrpitta@pittalaw.com

Vito Pitta
Vrpitta@pittalaw.com

<u>**FINAL BOARD DETERMINATION – EC2025 CAMPAIGN**</u>

On April 25, 2025, Eric Adams 2025 (the "Campaign") submitted a petition for reconsideration of the New York City Campaign Finance Board (the "CFB" or "Board") staff's determination, dated April 15, 2025, that the Campaign was not eligible to receive public funds.

Board Rule 7-09 requires that the Board review petitions within five business days. If the Board is unable to convene within that time, the Board may delegate to the Chair or the Chair's designee authority to make a determination regarding the petition. Because the Board did not have a meeting scheduled within five business days of April 25, 2025, the authority to make a determination was delegated to Chair Frederick Schaffer.

Acting on his delegated authority, Chair Schaffer denied the Campaign's petition. The petition did not demonstrate that the nonpayment determination was erroneous based on the information and documentation available to the Board at the time the determination was made. At its May 12, 2025, meeting, the Board voted to ratify Chair Schaffer's determination.

You may challenge this final determination, within four months, in the New York State Supreme Court pursuant to Article 78 of the Civil Practice Law and Rules.

Candidate ID:  1545-P

If you have any questions concerning this Final Board Determination, please contact Joseph Gallagher, General Counsel, at jgallagher@nyccfb.info.

_____
Joseph Gallagher
General Counsel

**NEW YORK CITY**
**CAMPAIGN FINANCE BOARD**

Candidate ID: 1545-P

# Exhibit 36



# PITTA LLP
### Attorneys at law

120 Broadway, 28th Floor
New York, New York 10271
Tel: (212) 652-3890
Facsimile: (212) 652-3891

**Ardian Tagani**
**Associate**
Direct Dial: (212) 652-3895
ArdianTagani@PittaLaw.com

May 16, 2025

<u>**VIA ELECTRONIC MAIL**</u>
Jesse Schaffer
Director of Special Compliance
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, NY 10007

RE: Eric Adams 2021 & Eric Adams 2025 April 11th Documentation Request

Dear Mr. Schaffer:

This firm is counsel to Eric Adams 2021 ("the 2021 Committee") and Eric Adams 2025 ("the 2025 Committee") (collectively "the Committees"). Please accept this letter as a response to the New York City Campaign Finance Board's ("CFB") April 11, 2025 request for documentation.

The Committees have reviewed their records and have found no documentation responsive to the request that has not already been submitted to the CFB via the C-SMART system. Additionally, in preparing this response to the request for documentation, Counsel to the Committees identified past and current employees, consultants, and agents of the Committees who potentially could be in possession of documentation responsive to the CFB's request and on multiple occasions contacted the same to request the production of any such responsive documentation. None of these individuals have produced any relevant documentation, which have not previously been provided to the CFB by the Committees.

Regarding the purported 2021 Committee campaign office in Flushing, Queens, the 2021 Committee has reported a lease with Northern Star Management for the operation of an office at 36-35 Main Street, Flushing, NY 11354 for a portion of June 2021. A copy of the associated lease was uploaded under Transaction ID 46212.

Regarding the fundraiser held on August 8, 2021, the Committees are not in possession of any communications related to the event, including those to or from Lian Wu Shao.

Regarding the fundraiser held on October 10, 2019, the Committees are not in possession of any communications related to the event, including those to or from Hai Mo Zhong, or any owner, operator, or employee of AC & Appliances Center, Affable Eatery, or Phoenix Grand Restaurant.

Regarding the April 18 and June 18, 2021 fundraisers, the Committees are not in possession of any communications related to the events, including those to or from any owner, operator, or employee of Royal Queen, New World Mall, Renhe Market, or JMart.

Regarding Weihong Hu, Xiaoxhuang Ge, and Lan Me, and fundraisers on June 3, 2021, September 2021, June 9, 2023, the Committees are not in possession of any requested documentation or communications to or from the above-mentioned individuals or any owner or employee of the Wyndham Garden Hotel in Fresh Meadows.

Regarding Hui Qin, the 2021 Committee previously disclosed a contribution from Mr. Qin, with documentation, under Transaction ID 31724. The 2021 Committee disclosed a contribution from Mr. Liu, with documentation, under Transaction ID 31122. The 2021 Committee also disclosed a contribution from Mr. Chau, with documentation, under Transaction ID 62266. The Committees are not in possession of any other documentation or communications related to contributions solicited, intermediated, or delivered by Qin, Duo Liu, or Jonathan Chau.

Regarding the SB HVAC Services Corporation, the Committees are not in possession of any documentation or communications related to contributions solicited, intermediated, or delivered by Hung Yao, or any other owner or employee of SB HVAC Services, except for the contributions made by Mr. Yao himself. These were previously disclosed under Transaction IDs 84075, 84077, and 84079.

Sincerely

Ardian Tagani, Esq.

Cc:     Samantha Perez, Deputy Director of Candidate Services
        Hon. Eric L. Adams
        Sharon Adams
        Vito R. Pitta, Esq.

# Exhibit 37



New York City Campaign Finance Board
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
Chair

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
Members

Paul Seamus Ryan
Executive Director

June 16, 2025
By CFB Portal

Vito Pitta
Eric Adams 2021
Eric Adams 2025

Dear Vito Pitta:

The Campaign Finance Board ("CFB") requires information from the 2021 and 2025 campaigns of Eric Adams (the 2021 Campaign and 2025 Campaign; collectively the Campaigns). As you are counsel to both campaigns, we are making a single request and sending it to both Portal accounts. Please respond jointly or individually as you prefer. A response is required by July 11, 2025.

CFB staff is reviewing the public funds eligibility of the Eric Adams 2025 Campaign. The CFB has reason to believe that the Campaigns committed violations of various federal statutes, Campaign Finance Act provisions, and/or Board Rules. In connection with the Board's consideration of this issue, please provide the documents listed below.

On November 15, 2024, the CFB sent a letter requiring information from the Campaigns with a December 6, 2024 response date. On December 5, you responded by phone, declining to provide the requested information. On April 11, 2025, the CFB repeated its request for information contained in the November 15 letter and made an additional document request. On April 14, 2025, the Campaigns responded to the November 15 letter, stating that the Campaigns found no documentation responsive to the request that had not already been submitted to the CFB. On May 16, 2025, the Campaigns responded in substantially the same way to the April 11 letter. The Campaigns' responses stated that past and current employees, consultants, and agents of the committees were contacted to request the production of responsive documentation, but they did not produce any relevant documentation. Please provide a list of the current and past employees, consultants and agents that were contacted by the Campaigns in connection to these requests.

However, the Campaigns' responses did not indicate that Eric Adams (the "Candidate") was contacted and asked for relevant documentation responsive to these requests. Therefore, the documentation requests from the November 15 and April 11 letters are restated in sections 1 and 2 below in full and the Campaigns must provide any responsive documentation from the Candidate. Additionally, the CFB has reviewed documents related to *United States. v. Eric Adams* (24-cr-556) released by the Department of Justice on May 9, 2025 ("DOJ Documents") and has additional document requests based on that review. Additional specific documentation requests relating to previous CFB requests are in italics. New document requests have been included in a separate section. For the additional (italicized in section 1) and new (section 3) requests, the Campaigns must provide responsive documentation from the Candidate as well as current and past employees, consultants, and agents of the Campaigns.

I.    **November 15, 2024 Documentation Requests Including Additional Requests (*Italicized*) Based on DOJ Document Review**

Regarding the alleged June 22, 2018 fundraiser referenced in ¶19 of the indictment, which was not reported to the CFB:

- Documents associated with the event, including promotional materials, fundraiser documentation, and a list of contributions associated with the event. In addition, state whether any of the contributions were intermediated and if so, provide an intermediary statement.
- All campaign communications relating to the event, including but not limited to those to or from the Turkish Official (Reyhan Özgür), the Airline Manager (Cenk Öcal) and/or the Adams Staffer (Rana Abbasova).
  - *Communications between Eric Adams and Rana Abbasova on or about June 22, 2018 in which Eric Adams directed and/or encouraged Abbasova, either directly or implied, to pursue the contribution scheme with the Promoter (Arda Sayiner).*
  - *Communications and any associated attachments to/from the Adams Fundraiser (Brianna Suggs), Rana Abbasova or any other representative of the 2021 Campaign on or about June 28, 2018, including a list titled "The list for 6/22/18".*

Regarding the alleged December 10, 2020 fundraiser referenced in ¶28, which was not reported to the CFB:

- Documents associated with the event, including promotional materials, fundraiser documentation, and a list of contributions associated with the event. In addition, state whether any of the contributions were intermediated and if so, provide an intermediary statement.
- All campaign communications relating to the event, including but not limited to those to or from Adams Employee-1 (Mohamed Bahi) and Adams Employee-2 (Ahsan Chughtai).

- *Communications between Mohamed Bahi, Ahsan Chughtai, and/or Businessman-4 (Tolib Mansurov) in December 2020 requesting a $10,000 contribution from Tolib Mansurov, explaining the benefits of providing such a contribution, and/or instructing and/or advising Tolib Mansurov on how to go about making contributions and/or straw donations through Tolib Mansurov's employees.*

Regarding the May 7, 2021 fundraiser referenced in ¶30:

- All campaign communications relating to the event, including but not limited to those to or from Rana Abbasova, Brianna Suggs, Reyhan Özgür and/or Businessman-5 (Erden Arkan).
  - *Communications between Eric Adams, Brianna Suggs, Erden Arkan, and/or Reyhan Özgür regarding plans for the fundraising event for the 2021 Campaign made between April 11, 2021 and May 7, 2021 or thereabouts.*
  - *Communications on or about May 7, 2021 between Brianna Suggs and/or Rana Abbasova and any individual regarding contribution forms and/or other forms.*
  - *Communications that occurred after the fundraising event to and/or from Rana Abbasova and/or between Eric Adams and Rana Abbasova in which she relayed Reyhan Özgür's pledge to continue supporting Eric Adams.*
  - *Communications, including accompanying documents and/or attachments, between Erden Arkan, Rana Abbasova, and/or other individuals associated with the 2021 Campaign regarding invoices and/or receipts for food, drinks, and/or other items related to the fundraising event for the 2021 Campaign.*
  - *Communications, including accompanying documents and/or attachments, sent to and/or by Erden Arkan on or about May 10, 2021, including a handwritten document entitled "Eric Adams 2021 Donation" or similar language.*

Regarding contributions from employees of Bay Atlantic University referenced in ¶31:

- All campaign communications to or from Rana Abbasova and/or Businessman-1 (Enver Yucel) relating to contributions received from employees of Bay Atlantic University on or around September 27, 2021.
  - *Communications between Rana Abbasova, Brianna Suggs, and/or Eric Adams on or about August 27, 2021 regarding the creation of a fundraising link for collecting contributions and/or straw donations from and/or through Bay Atlantic University, and/or Enver Yucel.*
  - *Communications between Rana Abbasova, Brianna Suggs, and/or Eric Adams between October 10 and October 12, 2021 regarding contributions from and/or through employees of Bay Atlantic University.*

Regarding the Sept 20, 2023 fundraiser referenced in ¶45:

- All campaign communications relating to the event, including but not limited to those to or from Arda Sayiner.

Regarding the October 9, 2023 fundraiser referenced in ¶46:

- All campaign communications relating to the event, including but not limited to those to or from Businessman-6 (Eyup "Peter" Ulu) and Rana Abbasova.
    - *Communications between Rana Abbasova and Brianna Suggs in or about August and September 2023 regarding processes, logistics, and/or mechanisms for the fundraising event for the 2025 Campaign, including the creation of a fundraising link for the event.*
    - *Communications between Rana Abbasova and Brianna Suggs on or about September 29, 2023 and afterward regarding fundraising tallies.*
    - *Communications between Rana Abbasova and Brianna Suggs on or about October 8, 2023 regarding whether or not the fundraising event for the 2025 Campaign would hit the fundraising goal.*
- All communications with Rana Abbasova regarding Eyup Ulu and/or fundraising by employees or owners of PortX Transportation Company.
    - *Communications between Rana Abbasova, Eric Adams, and/or Eyup Ulu on or about October 9, 2023 regarding plans for a dinner intended to take place in November 2023 and include Eric Adams and Eyup Ulu.*


## II.    April 11, 2025 Documentation Requests

Regarding an alleged 2021 Campaign office in the New World Mall and/or elsewhere in Flushing used by Winnie Greco, Tian Ji Li and/or other representatives of the 2021 Campaign:

- Documents associated with the office(s), including any lease, invoices, receipt of payment, and any expenditures related to the operation of the office(s).
- All campaign communications relating to the use of the office(s), including but not limited to all communications to or from Winnie Greco, Tian Ji Li and/or other representatives of the 2021 Campaign and any owner, operator, or employee of New World Mall.

Regarding the August 8, 2021, fundraising event at or near Lian Wu Shao's home reported by the 2021 Campaign:

- All documentation and communications related to contributions and/or expenditures associated with the fundraiser.
- All campaign communications to or from any Campaign staff and/or volunteers with Lian Wu Shao.

Regarding contributions associated with the October 10, 2019 fundraising event at Affable Eatery Inc/Phoenix Grand Restaurant reported by the 2021 Campaign:

- All documentation and communications related to contributions associated with the fundraiser.

- All campaign communications to or from any Campaign staff and/or volunteers with Hai Mo Zhong or any owner, operator, or employee of AC & Appliances Center, Affable Eatery, and/or Phoenix Grand Restaurant.

Regarding the April 18 and June 18, 2021 fundraising events held at Royal Queen reported by the 2021 Campaign:

- All documentation and communications related to contributions associated with either fundraiser.
- All campaign communications to or from any Campaign staff and/or volunteers with any owner, operator, or employee of Royal Queen, New World Mall, Renhe Market and/or Jmart.

Regarding contributions associated with fundraisers hosted by Weihong Hu, Xiaozhuang Ge and/or Lan Mei for the Campaigns:

- Any and all documentation and communications related to fundraising events hosted by Hu, Ge or Mei, including all communications between campaign staff and/or volunteers to or from Hu, Ge or Mei relating to fundraising. These documents and communications should include, but are not limited to fundraisers:
  - held on or about June 3, 2021;
  - held in or about September 2021;
  - held on or about June 9, 2023 at Hudson Yards;
  - held at any property owned by Hu.
- All documentation and communications related to contributions solicited, intermediated and/or delivered by Ge, Hu, Mei, and/or any owner and/or employee of Wyndham Garden Hotel in Fresh Meadows, Queens.

Regarding any contributions solicited, intermediated, and/or delivered by Hui Qin:

- All documentation and communications related to contributions solicited, intermediated, and/or delivered by Hui Qin, including information on any reimbursements.
- All documentation and communication related to contributions made by Hui Qin or Duo Liu, including information on any reimbursements.
- All documentation and communication related to contributions made by Jonathan Chau, including information on any reimbursements.

Regarding any contributions solicited, intermediated, and/or delivered by owners and/or employees of SB HVAC Services Corporation:

- All documentation and communications related to contributions solicited, intermediated and/or delivered by Hung Yau, and any other owner and/or employee of SB HVAC Services Corporation.
- All campaign communications to or from any Campaign staff and/or volunteers with Hung Yau, and any other owner and/or employee of SB HVAC Services Corporation.

**III.    Additional Documentation Requests Based on DOJ Document Review**

- Communications between Rana Abbasova and Eric Adams in October and/or November 2018 regarding meetings with individuals associated with Turkey, including communications on or about November 6, 2018 in which Eric Adams stated that "we should move to the next level" or similar language.

- Communications between Rana Abbasova and Eric Adams in or about January 2019 regarding confirming Enver Yucel's willingness to support the 2021 Campaign.

- Regarding an alleged February 22, 2019 event for the 2021 Campaign which was not reported to the CFB:
   - Documents associated with the event, including promotional materials, fundraiser documentation, and a list of contributions associated with the event. In addition, state whether any of the contributions were intermediated and if so, provide an intermediary statement.
   - All campaign communications relating to the event, including but not limited to those to or from Reyhan Özgür, Cenk Öcal and/or Rana Abbasova.

- Regarding contributions from employees of DHCare NY LLC made to the Campaigns in or about October 2020, March 2021, and March 2023:
   - All documentation and communications from any Campaign staff and/or volunteers, including but not limited to Mohamed Bahi and Ahsan Chughtai, with Shahriar Rahman and/or any employees of DHCare NY LLC.

- Communications between Rana Abbasova and Eric Adams on or about July 9, 2021 regarding a potential fundraising event for the 2021 Campaign and/or whether Adams would appear at this event personally.

- Communications between Rana Abbasova and Eric Adams after her communications with Arda Sayiner on or about July 11, 2021, regarding potential net donations that the 2021 Campaign could receive from and/or through Arda Sayiner.

- Communications between Rana Abbasova and Eric Adams in or about August 2021 informing Eric Adams of a plan for obtaining contributions and/or straw donations from and/or through Enver Yucel, and/or Eric Adams approving of said plan.

- Regarding an alleged March 17, 2023 event for the 2025 Campaign which was not reported to the CFB:

- o Documents associated with the event, including promotional materials, fundraiser documentation, and a list of contributions associated with the event. In addition, state whether any of the contributions were intermediated and if so, provide an intermediary statement.
- o All campaign communications relating to the event to or from any Campaign staff and/or volunteers, including but not limited to Mohamed Bahi, Brianna Suggs, and Rana Abbasova and Shahriar Rahman and/or any employees of DHCare NY LLC.
  - ▪ Communications on or about March 7, 2023 between Brianna Suggs and Shahriar Rahman and/or any employees of DHCare NY LLC regarding the coordination of the event and/or associated contributions.

- Communications between Tolib Mansurov and Eric Adams in 2023, including those made on or about June 13, 2023 and June 14, 2023.

- Regarding the June 16, 2023 fundraising event held at the St. James Theater for the 2025 Campaign:
  - o Documents associated with the event, including promotional material and fundraiser documentation. In addition, state whether any of the contributions were intermediated and if so, provide an intermediary statement.
  - o All campaign communications related to the event to or from any Campaign staff and/or volunteers, including but not limited to Mohamed Bahi and Ahsan Chughtai, with Tolib Mansurov and/or any employees of United Elite Group LLC or Global Industries LLC.
    - ▪ Communications on or about June 14, 2023, between Tolib Mansurov, Ahsan Chughtai, Mohamed Bahi or any Campaign staff and/or volunteers, including those regarding donating tickets.
    - ▪ Any and all communications on or about June 16, 2023, between Tolib Mansurov, Ahsan Chughtai, Mohamed Bahi or any Campaign staff and/or volunteers, including those regarding donating tickets.

- Communications between Rana Abbasova, Brianna Suggs and/or Eric Adams in or about the summer of 2023 regarding Arda Sayiner's offer to procure contributions and/or straw donations in exchange for Eric Adams' appearance at a fundraising event for the 2025 Campaign, and/or Eric Adams' direction of Rana Abbasova to work with Brianna Suggs to obtain these contributions.

- Communications on or about October 10, 2023 between Tolib Mansurov and Rana Abbasova, Brianna Suggs and/or any other representative of the 2025 Campaign regarding scheduling a fundraiser.
  - o Any other communications between Tolib Mansurov, Brianna Suggs, and/or any other individual associated with the 2021 Campaign and/or 2025 Campaign in or about October 2023.

- Communications between Eric Adams, Tolib Mansurov, and/or Mohamed Bahi on or about May 2024 regarding the potential provision and/or organization of twenty $250 contributions and/or a $5,000 contribution to the 2025 Campaign.

In addition to the foregoing requests, please provide a list of all contributions that the Campaigns have knowledge of that were not obtained in compliance with the Charter, Act, and Rules.

Please submit this information by Friday, July 11, 2025 via email to me at jschaffer@nyccfb.info. Failure to respond timely or adequately may result in ineligibility for public funds payments. If you have any questions about this request, please contact me. Thank you for your cooperation in this matter.

Sincerely,

Jesse Schaffer
Director of Special Compliance

# Exhibit 38

# Eric Adams 2021 and Eric Adams 2025 Document Request Response

---

**From:** Vito R. Pitta vrpitta@pittabishop.com
**To:** Jesse Schaffer JSchaffer@NYCCFB.INFO
**Cc:** Ardian Tagani atagani@pittabishop.com
**Sent:** Wednesday, July 2 at 05:08

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jesse,

Please see the attached letter in response to the CFB's most recent document request.

Best,

Vito

# PITTA LLP

### Attorneys at Law

120 Broadway
28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Vito R. Pitta**
**Co-Managing Partner**
Direct Dial: (212) 652-3881
VRPitta@PittaLaw.com

July 1, 2025

<u>**VIA ELECTRONIC MAIL**</u>
Jesse Schaffer
Director of Special Compliance
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, NY 10007

Re: Eric Adams 2025 Denial of Public Funds

Dear Mr. Schaffer:

This firm is counsel to Eric Adams 2021 ("the 2021 Committee") and to Eric Adams 2025 ("the 2025 Committee") (jointly "the Committees"). I write to request that the Campaign Finance Board ("CFB") withdraw its June 16, 2025 letter requesting additional documents with respect to the Committees' fundraising during the 2021 and 2025 citywide election cycles. The letter is a blatant attempt to create a pretext for denying public funds once again for failure to comply with a request from the CFB after the denial on the basis of the now-dismissed indictment of Mayor Adams was set aside by the United States District Court.

The indictment contains no factual allegations which would support the CFB's conclusion that either Mayor Adams or anyone else now involved in the Committees has violated any campaign finance law. The indictment mentions only $51,500 in allegedly illegal contributions to the 2021 Committee, of which the 2021 Committee had refunded $17,300 before the indictment, and another $6,300 in allegedly illegal contributions to the 2025 Committee. The match claims associated with such contributions (not all of which were eligible for matching), if accepted, would have resulted in approximately $40,000 of public funds to the 2021 Committee, less than 0.4% percent of the $10,135,914 in total public funds received by the 2021 Committee, and approximately $6,000 in public funds to the 2025 committee, which is 0.1% of the

$4,686,512 in public funds the CFB has determined are preliminarily valid but nonetheless has denied the 2025 Committee.

As you know, the CFB staff decided in November 2024, and the CFB Board decided in December 2024, to deny campaign matching funds to the 2025 Committee because the indictment, in its view, gave "reason to believe" that Mayor Adams had committed campaign finance violations and therefore, under a rule the CFB created without authority to do so, justified denying campaign matching funds to the Adams Campaign.

After reaching that conclusion, and during the pendency of the Government's case against Mayor Adams, the CFB made a request for documents to justify its conclusion. Although the Committees could not respond to that document request while the case was proceeding, they responded as soon as the indictment was dismissed; however, the CFB refused to consider that response, even though it had the response for nearly a month before making a final decision. Now that the 2025 Committee is in federal court seeking to set aside the CFB's decision to deny public funds because it is illegal, arbitrary, capricious, and in violation of the constitutional rights of the 2025 Committee and its supporters, the CFB is once again demanding information, this time in an eight-page, single-spaced letter that, if you count all of the subparts, requires the Committees to provide documents regarding 60 discrete items of information by July 11, 2025. The letter is obviously intended to harass the Committees and create a false basis for denying public funds on the ground that the Committees have not responded to a request by the CFB for information.

We hope that you will reconsider the wisdom of your letter. If you refuse to withdraw the letter, however, the 2025 Committee will likely raise it in the pending litigation as further proof of the CFB's intent to deny public funds without regard to the facts.

Sincerely,

Vito R. Pitta, Esq.

# Exhibit 39

**Eric Adams 2021 and Eric Adams 2025 Document Request Response--REVISED**

---

**From:** Vito R. Pitta vrpitta@pittabishop.com
**To:** Jesse Schaffer JSchaffer@NYCCFB.INFO
**Cc:** Ardian Tagani atagani@pittabishop.com
**Sent:** Wednesday, July 2 at 15:28

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jesse,

Please see the attached REVISED letter in response to the CFB's most recent document request.

Best,

Vito

# PITTA LLP

### Attorneys at Law

120 Broadway
28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Vito R. Pitta**
**Co-Managing Partner**
Direct Dial: (212) 652-3881
VRPitta@PittaLaw.com

July 1, 2025

<u>**VIA ELECTRONIC MAIL**</u>
Jesse Schaffer
Director of Special Compliance
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, NY 10007

Re: Eric Adams 2025 Denial of Public Funds

Dear Mr. Schaffer:

This firm is counsel to Eric Adams 2021 ("the 2021 Committee") and to Eric Adams 2025 ("the 2025 Committee") (jointly "the Committees"). I write to request that the Campaign Finance Board ("CFB") withdraw its June 16, 2025 letter requesting additional documents with respect to the Committees' fundraising during the 2021 and 2025 citywide election cycles. The letter is a blatant attempt to create a pretext for denying public funds once again for failure to comply with a request from the CFB after the denial on the basis of the now-dismissed indictment of Mayor Adams was set aside by the United States District Court.

The indictment contains no factual allegations which would support the CFB's conclusion that either Mayor Adams or anyone else now involved in the Committees has violated any campaign finance law. The indictment mentions only $51,500 in allegedly illegal contributions to the 2021 Committee, of which the 2021 Committee had refunded $17,300 before the indictment, and another $6,300 in allegedly illegal contributions to the 2025 Committee. The match claims associated with such contributions (not all of which were eligible for matching), if accepted, would have resulted in approximately $40,000 of public funds to the 2021 Committee, less than 0.4% percent of the $10,135,914 in total public funds received by the 2021 Committee, and approximately $6,000 in public funds to the 2025 committee, which is 0.1% of the

$4,686,512 in public funds payable to the 2025 Committee based upon matching claims submitted.

As you know, the CFB staff decided in November 2024, and the CFB Board decided in December 2024, to deny campaign matching funds to the 2025 Committee because the indictment, in its view, gave "reason to believe" that Mayor Adams had committed campaign finance violations and therefore, under a rule the CFB created without authority to do so, justified denying campaign matching funds to the Adams Campaign.

After reaching that conclusion, and during the pendency of the Government's case against Mayor Adams, the CFB made a request for documents to justify its conclusion. Although the Committees could not respond to that document request while the case was proceeding, they responded as soon as the indictment was dismissed; however, the CFB refused to consider that response, even though it had the response for nearly a month before making a final decision. Now that the 2025 Committee is in federal court seeking to set aside the CFB's decision to deny public funds because it is illegal, arbitrary, capricious, and in violation of the constitutional rights of the 2025 Committee and its supporters, the CFB is once again demanding information, this time in an eight-page, single-spaced letter that, if you count all of the subparts, requires the Committees to provide documents regarding 60 discrete items of information by July 11, 2025. The letter is obviously intended to harass the Committees and create a false basis for denying public funds on the ground that the Committees have not responded to a request by the CFB for information.

We hope that you will reconsider the wisdom of your letter. If you refuse to withdraw the letter, however, the 2025 Committee will likely raise it in the pending litigation as further proof of the CFB's intent to deny public funds without regard to the facts.

Sincerely,

Vito R. Pitta, Esq.

**Exhibit 40**



**New York City Campaign Finance Board**
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
*Chair*

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
*Members*

Paul Seamus Ryan
*Executive Director*

July 3, 2025
By Electronic Mail and CFB Portal

Vito Pitta
Eric Adams 2021
Eric Adams 2025

Dear Vito Pitta:

The New York City Campaign Finance Board (the "Board") is in receipt of your letter and revised letter to Jesse Schaffer dated July 1, 2025. We appreciate your communication. However, the Board will not be withdrawing or revising its June 16, 2025 request for information at this time.

As you are aware, the Board has a duty to ensure the proper administration of the Matching Funds Program, *see* NYC Admin. Code §§ 3-703, 3-705, 3-705(1), 3-709, including the lawful obtainment and use of taxpayer-funded matching funds by candidates for public office and their committees. *See, e.g.,* NYC Charter Chapter 46, § 1052(a)(13); NYC Admin. Code §§ 3-702(3)-(4), 3-702(21)(b), 3-703, 3-704. In order to fulfill this duty, the Board is authorized by law to request information from candidates and committees, and candidates and committees participating in the Program from which the Board requests such information are required by law to comply with such requests. NYC Charter Chapter 46, § 1052(a)(5); NYC Admin. Code §§ 3-703(1)(d), 3-703(11), 3-708(5); Board Rules §§ 3-01(d)(i)(A)(2), 4-04.

We understand that your letters submitted on April 14, 2025, May 16, 2025, and July 1, 2025, are submitted on behalf of Mayor Adams (as a member of the Adams Campaign, to whom our requests were addressed). Please confirm that you represent the candidate, Mayor Adams, and write on his behalf.

Sincerely,

Joseph Gallagher
General Counsel
New York City Campaign Finance Board
100 Church Street, Floor 12
New York, New York 10007

# Exhibit 41

# PITTA LLP

Attorneys at Law

120 Broadway
28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Vito R. Pitta**
**Co-Managing Partner**
Direct Dial: (212) 652-3881
vrpitta@pittalaw.com

July 11, 2025

Joseph Gallagher, Esq.
General Counsel
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, NY 10007

> **Re:** **June 16, 2025 Document Requests submitted to Eric Adams**
> **2021 and Eric Adams 2025**

Dear Mr. Gallagher:

I am in receipt of your July 3, 2025 letter denying the request submitted on behalf of Eric Adams 2021 and Eric Adams 2025 ("Committees") to withdraw or to revise the June 16, 2025 document request ("Request") made by the New York City Campaign Finance Board ("Board"). Please accept this as a partial response and request for additional time to produce the documents requested.

As noted in the Request, the undersigned, on behalf of the Committees, previously responded to prior requests for information made by the Board on November 15, 2024 and April 11, 2025. In preparing the responses to those requests, the Committees contacted the following list of past and current employees, consultants, and agents of the Committees to obtain any responsive documentation, in addition to any documentation that was in the possession of undersigned counsel:

1. Eric L. Adams
2. Brianna Suggs
3. Sharon Adams
4. Gladys Miranda
5. Denise Felipe-Adams
6. Michael Giaccio
7. Evan Thies

8. Katie Moore
9. Nathan Smith
10. Frank Carone
11. Jesse Hamilton IV

     Given the extensive new documentation sought in the Request, which, in some cases, dates back some nearly seven (7) years, the Committees require additional time to continue reviewing documentation in their possession; obtaining documentation from their past and current employees, consultants, and agents; and preparing any responsive documentation for production. Accordingly, the Committees request that such date for production be extended three (3) weeks until August 1, 2025.

Sincerely,

Vito R. Pitta, Esq.

# Exhibit 42



**New York City Campaign Finance Board**
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
Chair

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
Members

Paul Seamus Ryan
Executive Director

July 14, 2025
<u>By Electronic Mail</u>

Vito Pitta
Eric Adams 2021
Eric Adams 2025

Hello Mr. Pitta,

Thank you for your July 11, 2025 letter, submitted at 9:45 PM on behalf of the Eric Adams 2021 and Eric Adams 2025 Campaigns, requesting an extension until August 1, 2025 to respond to the Board's June 16, 2025 request for documentation and information.

The request for additional time is granted. Please be advised that while it has been granted, the submission of a request for extension does not constitute the provision of documents, records or other information requested by the CFB on June 16, 2025 as required by the Rules of the Campaign Finance Board and the N.Y.C. Campaign Finance Act. *See* N.Y.C. Campaign Finance Board Rules, Rule § 3-01(d)(i)(A)(2); N.Y.C. Administrative Code § 3-703(1)(d).  It is incumbent upon the Campaigns to retain the records necessary to ensure compliance with the Campaign Finance Act and Board rules including, among other things, those related to contributions and fundraising events. Until the Campaigns provide a full and adequate response, including all responsive documentation and clarifications noted below, CFB staff will recommend that the Adams 2025 Campaign has not demonstrated eligibility for a public funds payment.  The Adams 2025 Campaign will next be eligible for matching funds on August 6, 2025.

In addition, CFB staff has concerns about inconsistencies in prior representations made by the Campaigns, which raise questions regarding the adequacy and reliability of the Campaigns' past responses and their current efforts to comply with Board requests.

First, in litigation before the Eastern District of New York, counsel for Mayor Adams stated that Mayor Adams had not been asked by the CFB to provide any responsive records. This statement appears to conflict directly with the Campaigns' current assertion—via your July 11 letter—that Mayor Adams was among the individuals contacted by Counsel to obtain responsive documentation. The Board requests clarification as to why these statements differ and which account accurately reflects the Campaigns' actions.  Please state when Mayor Adams was asked to provide responsive documents, when he completed his search, and confirm that his search for responsive documents included documents provided to him by the government as part of discovery in *United States v. Adams*, No. 24-CR-556 (S.D.N.Y.).

Second, we remain concerned about the Campaigns' refusal to respond to the November 15, 2024 document request based on advice of criminal counsel, given that the requests related specifically to events that were referenced in the indictment. Following dismissal of the indictment, the Campaigns' subsequently responded by claiming that no responsive documents existed. This change in position raises serious questions about the initial basis for non-compliance. If no responsive documents existed, on what actual ground did you refuse to respond to our November 15 request?

Additionally, the list of individuals identified in your July 11 letter as having been contacted by Counsel does not appear to be a complete or sufficient accounting of all agents, consultants, or others who may have had relevant knowledge of or access to records concerning the Campaigns' activities. For example, your letter does not indicate that Winnie Greco, Mohamed Bahi, Ahsan Chughtai, or Rana Abbasova were contacted by Counsel. A more comprehensive identification of such individuals is necessary to ensure the completeness of any document production.

We look forward to your complete and timely response by **5 p.m.** on August 1, 2025.

Thank you,

Joseph Gallagher
General Counsel
New York City Campaign Finance Board
100 Church Street, Floor 12
New York, New York 10007

# Exhibit 43

July 15, 2025                                              New York City Campaign Finance Board

CANDIDATE:   ADAMS, ERIC L (ID: 1545)
COMMITTEE:  ERIC ADAMS 2025
2025 GENERAL ELECTION PUBLIC FUNDS NONPAYMENT DETERMINATION

     Based on a preliminary analysis, the Campaign Finance Board has determined that your campaign does not qualify for a public funds payment at this time.  The specifics of our calculation are described in the attached Detail Payment Report.  Please keep this notification and any attached report(s) for your records.  If you have any questions, please contact the Payment Coordinators Maria Alvarez and Alyson Joa-Perez at PaymentCoordinator@nyccfb.info.

     The reason(s) for nonpayment are as follows:

     The Campaign is not eligible for payment because of preliminary findings of substantial violations which may result in penalties.  Details regarding these findings will be sent to you shortly.  See generally Admin.  Code §§ 3-703; 3-705(1), 3-711; Board Rules 3-01(d)(i)(G), (ii)(H), 3-01(e).

     This nonpayment of public funds is not a final determination by the Board, but rather is a preliminary determination subject to review of ongoing financial activity and final audit.  See Admin. Code §§3-710; Board Rule 3-01(c).

     YOU MAY PETITION THE BOARD IN WRITING for reconsideration of this public funds determination.  Your petition must state the grounds for reconsideration and may include a request to appear before the Board.  Do not include any documentation or information not already submitted to the Board, unless the Board specifically requests it or you can show in your petition a good reason for failing to submit it previously. The Board will review the petition within five business days of receiving it and issue a timely written determination.  If the Board denies your petition, you may appeal, within four months, to the New York State Supreme Court pursuant to Article 78 of the Civil Practice Law and Rules.  See Admin. Code § 3-705(4); Board Rules 7-09.

**New York City Campaign Finance Board**
**Campaign Finance Information System**
**Detail Payment Report for 2025 General Election**
**Run:** 12    **Payment Date:** 07/15/2025

**Candidate:** Adams, Eric L (ID: 1545)
**Office:** Mayor

| | Statement Date | Claimed Matchable | Invalid Claims | Gross Matchable | Payment |
|---|---|---|---|---|---|
| *Detail* | | | | | |
| | 1 (07/15/2022) | 67,597 | 14,640 | 52,957 | |
| | 2 (01/17/2023) | 36,850 | 8,200 | 28,650 | |
| | 3 (07/17/2023) | 117,526 | 18,450 | 99,076 | |
| | 4 (01/16/2024) | 56,826 | 10,976 | 45,850 | |
| | 5 (07/15/2024) | 192,218 | 32,467 | 159,751 | |
| | 6 (10/11/2024) | 42,866 | 9,101 | 33,765 | |
| | 7 (01/15/2025) | 20,527 | 2,500 | 18,027 | |
| | 8 (03/17/2025) | 3,170 | 250 | 2,920 | |
| | 9 (05/23/2025) | 16,597 | 3,045 | 13,552 | |
| | 10 (06/13/2025) | 26,161 | 3,435 | 22,726 | |
| | Total: | 580,338 | 103,064 | 477,274 | |
| | | 580,338 | 103,064 | 477,274 | |

| | | |
|---|---|---|
| Matchable Adjustment: | - | 0 |
| Adjusted Gross Matchable: | | 477,274 |
| *Regular Payment Calculation* | | |
| Adjusted Gross Matchable: | | 477,274 |
| Early / Primary Regular Matchable: | - | 0 |
| Net Matchable: ( Threshold Met ) | | 477,274 |
| Matching Factor: | x | 8.0 |
| **EXTENDED NET REGULAR PAYABLE:  (Limit: 7,050,667)** | **3,818,192** | **3,818,192** |
| Total Previous Regular Payable: | - | 0 |
| Early Payment: | - | 0 |
| **REGULAR PAYABLE:** | | **3,818,192** |
| **MAX PAYABLE:** | | **3,818,192** |
| Net Withholding: ( See Notes Below ) | - | 34,699 |
| Reserve Amount:  (   5.00 % ) | - | 189,175 |
| Reserve Applied:  ( Voter Guide Submitted: N  ) | + | 0 |
| **ADJUSTED AMOUNT ELIGIBLE:** | | 3,594,318 |
| Amount Payable:  (Do not pay. ) | | 0 |
| Penalty Deduction: | - | 0 |
| **PAYMENT DUE:** | | **0** |

**New York City Campaign Finance Board**
**Campaign Finance Information System**
**Detail Payment Report for 2025 General Election**
**Run:** 12     **Payment Date:** 07/15/2025

**Candidate:** Adams, Eric L (ID: 1545)
**Office:** Mayor

| *Net Withholding* | | |
|---|---|---|
| Total Withholding: | | 34,699 |
| Previous Withholding: | - | 17,848 |
| Previous Unapplied Withholding: | + | 17,848 |
| **Net Withholding:** | | **34,699** |

| *Notes* | Withholding |
|---|---|
| OTL Contribution(s) | ( 21699 ) |
| Withholding for Excess Doing Business Contributions | ( 13000 ) |
| Withholding For Non Compliance | |

# Exhibit 44



**New York City Campaign Finance Board**
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
Chair

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
Members

Paul Seamus Ryan
Executive Director

July 15, 2025

Sharon Adams
Eric Adams 2025
1043 E 101 Street
Brooklyn, NY 11236

**RE: 2025 Public Funds Payment Determination Supplemental Notice**

Based on a preliminary analysis, and as set forth in the Public Funds Nonpayment Determination and the
Detail Payment Report, which you have already received, pursuant to Board Rule 3-01(d)(i)(A)(2) and
New York City Administrative Code § 3-703(1)(d), the Campaign Finance Board (the "Board") has
determined that the Eric Adams 2025 campaign (the "Campaign") has not demonstrated eligibility for a
public funds payment. This letter provides the Campaign with additional information regarding the
nonpayment determination.

Campaigns must provide to the Board, upon its request, documents, records, or other information that
verifies campaign activity, and failure to do so can make a campaign ineligible for public funds pursuant
to Board Rule 3-01(d)(i)(A)(2). On June 16, 2025, CFB staff made a request for documentation and
information related to potential violations of various federal statutes, Campaign Finance Act provisions,
and/or Board Rules from the Campaign, with a response deadline of July 11, 2025. On July 11, 2025, at
approximately 9:45 PM, an attorney for the Campaign emailed CFB Staff requesting additional time to
respond and proposing a new deadline of August 1, 2025. CFB Staff granted the request but noted that
the Campaign's failure to provide the requested documents might result in a finding of ineligibility for
public funds. This failure to provide the requested documents is a basis for ineligibility for public funds.

These preliminary findings are not a final determination by the Board, but rather, a preliminary
determination subject to review of ongoing financial activity and final audit.[1]

**You may petition the Board in writing** for reconsideration of this public funds determination. Your
petition must state the grounds for reconsideration and may include a request to appear before the Board.
The Board will review the petition and issue a written determination within 5 business days of receiving
it, unless the Campaign wishes to appear at the next scheduled Board meeting. Do not include any
documentation or information not already submitted to the Board, unless the Board specifically requests

---

[1] See Admin. Code § 3-710; Board Rule 3-01(c).

it or you can show in your petition a good reason for failing to submit it previously.[2] If the Board denies your petition, you have four months to challenge the Board's determination in New York State Supreme Court pursuant to Article 78 of the Civil Practice Law and Rules. *See* Admin. Code § 3-705(4); Board Rules 7-09.

If you have any questions, please contact me at SChapman@nyccfb.info.

Sincerely,

Sauda S. Chapman
Assistant Executive Director
Campaign Finance Administration

---

[2] *See* Admin. Code § 3-705(4); Board Rule 7-09.

# Exhibit 45



# NYC Campaign Finance Board Approves Pre-General Matching Funds Payments to 2025 Candidates

**07/08/2025**

**July 15, 2025** – Today, the NYC Campaign Finance Board (CFB) voted to approve public matching funds payments for the November general election totaling **$3,334,194 to 40 candidates**. This payment is the [ninth payment](#) of the 2025 election cycle. Today's payment determinations were based on corrections made to disclosure statement #10 filings.

In today's meeting the Board also voted on non-payment determinations for participating candidates who have not yet demonstrated eligibility to receive a public funds payment, as of today's meeting. Candidates not receiving public funds in today's payment can demonstrate their eligibility for a future payment. After today, there will be four payment dates before the general election in November.

The Board also made a brief statement regarding today's no-payment to the Eric Adams 2025 campaign:

*"On December 16, 2024, after reviewing all available information, including details of the indictment of Mayor Eric Adams, the Board determined there is reason to believe the Adams campaign engaged in conduct detrimental to the matching funds program, in violation of law. His campaign had also failed to provide documents and information requested by the Board. Accordingly, Mayor Adams' campaign failed to demonstrate eligibility for public funds at that time. Subsequently the Board has continued to deny Mayor Adams public funds for these reasons, as well as for his failure to timely file Conflicts of Interest Board disclosure.*

*In May, Mayor Adams sued the Board, challenging the grounds on which the Board had deemed his campaign ineligible for public funds. On July 11, the court ruled in favor of the Board and dismissed Mayor Adams' lawsuit, concluding the Board had two valid reasons to deny payment: (1) Mayor Adams' failure to timely respond to the Board's request for information and (2) his failure to timely file COIB disclosure,"* **said Board Chair Frederick Schaffer.** *"However, the court called into question the Board's reliance on the indictment of Mayor Adams as a basis for its reason to believe the Adams campaign violated the law, and stressed the importance of independent fact finding by the Board.*

*The Board's investigation of the Adams campaign is ongoing, including into whether there is reason to believe the campaign violated the law. On July 11, the campaign asked to extend to August 1 its deadline to respond to a Board request for documents and information as part of the Board's investigation. Because the documents and information requested from the Adams campaign are still outstanding, the Board determined today that Mayor Adams' campaign has failed to demonstrate eligibility for public funds payment at this time. Our priority remains achieving an equitable and transparent democracy that is accountable to all New Yorkers."*

New York City's matching funds program eliminates barriers to participation by providing access to resources New Yorkers in every community can use to run for office. The candidates receiving payment today have met all the requirements of the Campaign Finance Act and Board Rules, have at least one opponent, and achieved a threshold level of public support by raising small-dollar contributions from the city residents they are seeking to represent.

Please visit the CFB website to find information on the two-part threshold candidates must meet to qualify for public funds, as well as additional information on the legal requirements to qualify for public funds.

The table below lists all candidates who have received a public funds pre-general payment for the 2025.

**2025 PUBLIC FUNDS PRE-GENERAL PAYMENTS CHART**

| Candidate | Office | Today's Payment | Primary | General | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|---|
| Adams, Adrienne | Mayor | $0 | $2,481,020 | $0 | $610,684 | 86.50% | 92.90% |
| Blake, Michael | Mayor | $0 | $2,096,907 | $0 | $560,921 | 63.70% | 88.40% |
| Cuomo, Andrew * | Mayor | $0 | $4,255,530 | $0 | $3,984,322 | 63.60% | 52.30% |
| Lander, Brad | Mayor | $0 | $6,417,738 | $0 | $1,773,518 | 92.60% | 82.40% |
| Mamdani, Zohran * † | Mayor | $1,097,653 | $7,050,417 | $1,097,653 | $1,699,643 | 78.80% | 96.10% |
| Myrie, Zellnor * | Mayor | $0 | $3,532,810 | $0 | $940,355 | 88.80% | 87.30% |
| Stringer, Scott | Mayor | $0 | $4,418,651 | $0 | $1,116,739 | 90.40% | 86.20% |
| Tilson, Whitney * | Mayor | $0 | $2,349,364 | $0 | $798,930 | 64.90% | 83.70% |
| Walden, James * | Mayor | $135,386 | $1,903,504 | $135,386 | $963,540 | 74.30% | 75.70% |

| Candidate | Office | Today's Payment | Primary | General | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|---|
| Rajkumar, Jenifer | Public Advocate | $0 | $1,577,680 | $0 | $477,103 | 76.50% | 84.30% |
| Williams, Jumaane | Public Advocate | $4,256 | $1,280,072 | $4,256 | $366,149 | 72.00% | 87.90% |
| Brannan, Justin | Comptroller | $0 | $3,038,200 | $0 | $902,775 | 91.00% | 81.50% |
| Levine, Mark | Comptroller | $36,670 | $3,903,648 | $36,670 | $1,270,756 | 83.20% | 79.30% |
| Hoylman-Sigal, Brad | Manhattan Borough President | $1,330 | $1,327,152 | $1,330 | $446,962 | 84.70% | 69.10% |
| Powers, Keith | Manhattan Borough President | $0 | $1,171,279 | $0 | $499,629 | 64.40% | 63.90% |
| Sun, Calvin * | Manhattan Borough President | $0 | $435,704 | $0 | $136,109 | 67.50% | 72.30% |
| Gibson, Vanessa | Bronx Borough President | $9,714 | $781,564 | $9,714 | $438,085 | 55.80% | 67.70% |
| Salamanca, Rafael | Bronx Borough President | $0 | $444,234 | $0 | $308,810 | 44.60% | 56.30% |
| Edwards, Khari | Brooklyn Borough President | $0 | $782,960 | $0 | $209,708 | 67.00% | 74.50% |
| Reynoso, Antonio | Brooklyn Borough President | $0 | $988,556 | $0 | $382,071 | 66.10% | 66.10% |

| Candidate | Office | Today's Payment | Primary | General | Total Amount Raised | Percent in-district | Percent small donors |
|-----------|--------|-----------------|---------|---------|---------------------|---------------------|----------------------|
| Richards, Donovan | Queens Borough President | $405,421 | $0 | $405,421 | $285,262 | 65.70% | 56.50% |
| Colombo, Michael * | Staten Island Borough President | $77,892 | $97,061 | $77,892 | $32,642 | 49.40% | 94.80% |
| Coleman, Jess * † | City Council (District 01) | $0 | $202,667 | $0 | $65,524 | 28.40% | 85.10% |
| Marte, Christopher † | City Council (District 01) | $161,454 | $202,247 | $161,454 | $87,169 | 40.20% | 84.80% |
| Qiu, Helen | City Council (District 01) | $3,514 | $44,620 | $21,090 | $10,276 | 48.70% | 96.80% |
| Yu, Eric * | City Council (District 01) | $0 | $53,152 | $0 | $11,470 | 68.30% | 90.30% |
| Batchu, Sarah * † | City Council (District 02) | $0 | $202,667 | $0 | $87,843 | 29.10% | 80.70% |
| Epstein, Harvey * † | City Council (District 02) | $48,134 | $202,667 | $48,134 | $91,690 | 43.90% | 84.90% |
| Gordillo, Andrea * † | City Council (District 02) | $0 | $202,667 | $0 | $83,619 | 21.50% | 84.00% |
| Ryan, Allie | City Council (District 02) | $0 | $90,176 | $0 | $15,158 | 52.90% | 91.10% |
| Weiner, Anthony | City Council (District 02) | $0 | $189,264 | $0 | $55,993 | 33.30% | 77.90% |
| Bottcher, Erik † | City Council (District 03) | $48,134 | $200,017 | $48,134 | $145,424 | 54.40% | 65.70% |

| Candidate | Office | Today's Payment | Primary | General | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|---|
| Lara, Jacqueline * | City Council (District 03) | $0 | $53,184 | $0 | $10,408 | 76.90% | 90.40% |
| Aronson, Vanessa † | City Council (District 04) | $0 | $202,667 | $0 | $106,184 | 36.90% | 65.60% |
| Bondy, Faith * † | City Council (District 04) | $0 | $202,667 | $0 | $84,831 | 60.00% | 61.40% |
| Maloney, Virginia * † | City Council (District 04) | $48,134 | $202,567 | $48,134 | $194,192 | 25.30% | 66.70% |
| Wetzler, Benjamin * † | City Council (District 04) | $0 | $201,617 | $0 | $86,803 | 25.70% | 77.30% |
| Abreu, Shaun † | City Council (District 07) | $48,134 | $200,837 | $48,134 | $109,339 | 49.00% | 76.70% |
| Okporo, Edafe * † | City Council (District 07) | $0 | $202,467 | $0 | $47,296 | 35.80% | 90.80% |
| Alayeto, Clarisa * | City Council (District 08) | $0 | $163,392 | $0 | $40,503 | 30.90% | 90.90% |
| Colon, Federico * | City Council (District 08) | $0 | $54,280 | $0 | $10,445 | 57.10% | 98.00% |
| Encarnacion, Elsie * † | City Council (District 08) | $8,497 | $202,667 | $8,497 | $62,011 | 35.40% | 79.00% |
| Lopez, Wilfredo * | City Council (District 08) | $0 | $181,816 | $0 | $41,889 | 37.60% | 88.90% |
| Reyes, Nicholas * | City Council (District 08) | $0 | $50,092 | $0 | $11,216 | 46.60% | 93.20% |
| Santana, Raymond * | City Council (District 08) | $0 | $88,160 | $0 | $30,450 | 35.10% | 89.10% |

| Candidate | Office | Today's Payment | Primary | General | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|---|
| De La Rosa, Carmen | City Council (District 10) | $48,134 | $50,667 | $48,134 | $37,537 | 51.00% | 90.00% |
| Dinowitz, Eric † | City Council (District 11) | $4,697 | $202,667 | $4,697 | $82,621 | 51.80% | 59.30% |
| Herbert-Guggenheim, Danielle * | City Council (District 11) | $0 | $78,040 | $0 | $17,433 | 52.90% | 92.90% |
| Riley, Kevin | City Council (District 12) | $1,292 | $156,251 | $1,292 | $76,961 | 45.40% | 76.70% |
| Aldebol, Shirley * | City Council (District 13) | $1,558 | $170,076 | $1,558 | $48,733 | 30.70% | 85.90% |
| Diaz, David * | City Council (District 13) | $0 | $53,200 | $0 | $13,822 | 70.10% | 92.30% |
| Marmorato, Kristy | City Council (District 13) | $48,134 | $0 | $48,134 | $44,081 | 65.10% | 78.90% |
| Rivera, Joel | City Council (District 13) | $0 | $98,920 | $0 | $18,980 | 43.40% | 97.70% |
| Torres, Jacqueline * | City Council (District 13) | $0 | $68,880 | $0 | $12,953 | 54.90% | 96.50% |
| Cabrera, Fernando † | City Council (District 14) | $0 | $201,320 | $0 | $32,915 | 41.00% | 93.90% |
| Hodge Vasquez, Bryan * | City Council (District 14) | $0 | $167,392 | $0 | $27,263 | 28.30% | 92.80% |
| Sanchez, Pierina † | City Council (District 14) | $0 | $202,667 | $0 | $96,178 | 20.90% | 84.80% |

| Candidate | Office | Today's Payment | Primary | General | Total Amount Raised | Percent in-district | Percent small donors |
|-----------|--------|-----------------|---------|---------|---------------------|---------------------|----------------------|
| Feliz, Oswald | City Council (District 15) | $46,004 | $0 | $46,004 | $35,269 | 54.50% | 84.40% |
| Ortiz, Antirson * | City Council (District 17) | $0 | $170,816 | $0 | $24,989 | 31.90% | 96.40% |
| Perez Jr., Freddy * | City Council (District 17) | $0 | $126,894 | $0 | $39,786 | 30.00% | 84.80% |
| Sanchez, Justin † | City Council (District 17) | $20,406 | $202,667 | $20,406 | $68,349 | 16.40% | 86.40% |
| Santana, Elvis * † | City Council (District 17) | $0 | $202,667 | $0 | $42,991 | 27.70% | 86.70% |
| Caruso, Alexander * | City Council (District 19) | $0 | $62,032 | $0 | $8,814 | 54.20% | 99.40% |
| Chou, Benjamin * | City Council (District 19) | $760 | $151,512 | $760 | $28,247 | 39.20% | 95.60% |
| Paladino, Vickie | City Council (District 19) | $48,134 | $0 | $48,134 | $106,897 | 47.50% | 56.60% |
| Ung, Sandra | City Council (District 20) | $48,134 | $0 | $48,134 | $73,196 | 40.30% | 60.50% |
| Wang, Steven * | City Council (District 20) | $44,422 | $0 | $44,422 | $7,980 | 60.10% | 99.30% |
| Aiken, David * | City Council (District 21) | $0 | $110,720 | $0 | $18,315 | 36.50% | 97.20% |
| Henriquez, Yanna * | City Council (District 21) | $0 | $108,280 | $0 | $33,204 | 47.50% | 88.70% |
| Montoya, Erycka * † | City Council (District 21) | $0 | $201,944 | $0 | $43,869 | 20.60% | 88.50% |

| Candidate | Office | Today's Payment | Primary | General | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|---|
| Navarro, Sandro * | City Council (District 21) | $0 | $0 | $106,651 | $21,311 | 25.80% | 93.10% |
| Thomas-Henry, Shanel * † | City Council (District 21) | $1,140 | $193,928 | $1,140 | $58,783 | 38.50% | 79.10% |
| Lee, Linda | City Council (District 23) | $10,374 | $153,832 | $10,374 | $36,671 | 48.10% | 86.50% |
| Krishnan, Shekar † | City Council (District 25) | $28,766 | $202,667 | $28,766 | $75,331 | 39.30% | 74.70% |
| Pacheco, Ricardo | City Council (District 25) | $0 | $69,863 | $0 | $11,220 | 62.20% | 91.50% |
| Hankerson, Tyrell * † | City Council (District 28) | $0 | $202,667 | $0 | $65,011 | 32.20% | 81.70% |
| Hitlall, Romeo * † | City Council (District 28) | $0 | $202,167 | $0 | $44,082 | 61.10% | 84.60% |
| LeGrand, Latoya * | City Council (District 28) | $0 | $105,768 | $0 | $20,287 | 44.30% | 89.90% |
| Singh, Japneet * † | City Council (District 28) | $0 | $202,667 | $0 | $31,863 | 44.80% | 96.00% |
| Wills, Ruben | City Council (District 28) | $0 | $82,720 | $0 | $14,205 | 53.80% | 95.50% |
| Schulman, Lynn ‡ | City Council (District 29) | $192,534 | $0 | $192,534 | $94,056 | 25.10% | 64.40% |
| Pogozelski, Paul * † | City Council (District 30) | $0 | $194,584 | $0 | $25,900 | 63.80% | 94.30% |
| Smyth, Dermot * † | City Council (District 30) | $0 | $202,667 | $0 | $87,488 | 31.30% | 72.90% |

| Candidate | Office | Today's Payment | Primary | General | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|---|
| Vaichunas, Alicia * | City Council (District 30) | $0 | $164,540 | $7,182 | $32,035 | 75.60% | 91.40% |
| Wong, Phil * | City Council (District 30) | $0 | $177,040 | $0 | $27,930 | 38.80% | 94.40% |
| Gates, Sabrina * | City Council (District 33) | $0 | $113,688 | $0 | $18,967 | 51.50% | 96.30% |
| Restler, Lincoln † | City Council (District 33) | $0 | $202,667 | $0 | $99,875 | 58.10% | 68.30% |
| Ashman, Dion * † | City Council (District 35) | $0 | $197,368 | $0 | $41,152 | 46.80% | 73.70% |
| Hudson, Crystal † | City Council (District 35) | $48,609 | $196,977 | $48,609 | $141,767 | 38.70% | 65.60% |
| Osse, Chi | City Council (District 36) | $0 | $48,134 | $0 | $67,532 | 31.80% | 95.60% |
| Aviles, Alexa † | City Council (District 38) | $48,134 | $202,667 | $48,134 | $83,136 | 27.60% | 88.40% |
| Ye, Ling * † | City Council (District 38) | $0 | $202,640 | $0 | $36,783 | 38.20% | 92.30% |
| Hanif, Shahana † | City Council (District 39) | $48,134 | $202,667 | $48,134 | $101,410 | 46.40% | 87.00% |
| Kornberg, Maya * † | City Council (District 39) | $0 | $202,667 | $0 | $97,085 | 47.90% | 78.90% |
| Arnwine, Dante * | City Council (District 41) | $0 | $66,424 | $0 | $11,876 | 34.00% | 95.20% |
| Cunningham, Bianca * | City Council (District 41) | $0 | $72,912 | $0 | $30,276 | 28.10% | 91.60% |

| Candidate | Office | Today's Payment | Primary | General | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|---|
| Lynch, Lawman * | City Council (District 41) | $0 | $106,326 | $0 | $23,595 | 38.70% | 86.80% |
| Mealy, Darlene | City Council (District 41) | $0 | $75,130 | $0 | $25,600 | 61.90% | 90.20% |
| Felder, Simcha | City Council (District 44) | $48,134 | $0 | $48,134 | $14,572 | 57.30% | 95.40% |
| Tischler, Harold | City Council (District 44) | $154,828 | $0 | $154,828 | $25,357 | 54.60% | 95.00% |
| Louis, Farah | City Council (District 45) | $45,592 | $0 | $45,592 | $43,164 | 48.50% | 73.90% |
| Narcisse, Mercedes † | City Council (District 46) | $4,378 | $202,667 | $4,378 | $129,542 | 30.50% | 62.40% |
| Willabus, Dimple | City Council (District 46) | $0 | $140,040 | $0 | $30,982 | 54.20% | 87.10% |
| Barsamian, Dikran * | City Council (District 47) | $0 | $165,320 | $0 | $39,000 | 54.40% | 84.00% |
| Santosuosso, Kayla * † | City Council (District 47) | $0 | $202,667 | $0 | $48,404 | 42.30% | 81.90% |
| Sarantopoulos, George * | City Council (District 47) | $0 | $184,672 | $0 | $28,040 | 42.70% | 92.90% |
| Usmanov, Fedir * | City Council (District 47) | $0 | $114,600 | $0 | $15,575 | 53.70% | 98.90% |
| Kagan, Ari | City Council (District 48) | $0 | $156,611 | $0 | $30,340 | 53.30% | 89.70% |
| Vernikov, Inna | City Council (District 48) | $0 | $179,196 | $0 | $43,449 | 36.60% | 82.60% |

| Candidate | Office | Today's Payment | Primary | General | Total Amount Raised | Percent in-district | Percent small donors |
|---|---|---|---|---|---|---|---|
| Blas, Sarah * | City Council (District 49) | $0 | $68,308 | $0 | $13,367 | 63.10% | 93.50% |
| Brown, Telee * | City Council (District 49) | $0 | $90,120 | $0 | $16,560 | 94.40% | 99.60% |
| Diakhate, Abou * | City Council (District 49) | $0 | $90,685 | $0 | $15,596 | 73.60% | 93.30% |
| Hanks, Kamillah | City Council (District 49) | $0 | $162,890 | $0 | $234,560 | 41.60% | 49.60% |
| Shea, John * | City Council (District 49) | $48,134 | $0 | $48,134 | $15,190 | 67.90% | 93.10% |
| Carr, David | City Council (District 50) | $143,798 | $0 | $143,798 | $46,575 | 55.80% | 66.20% |
| Mohan, Radhakrishna | City Council (District 50) | $64,691 | $0 | $64,691 | $12,277 | 56.80% | 89.40% |
| Buthorn, John * | City Council (District 51) | $0 | $64,240 | $0 | $19,000 | 70.80% | 85.40% |
| Morano, Frank * | City Council (District 51) | $950 | $162,230 | $950 | $45,264 | 48.20% | 69.70% |
| **All Candidates** | **All Offices** | **$3,334,194** | **$62,747,843** | **$3,465,603** | **$23,027,871** | - | - |

\* indicates candidates have not received public funds in a prior election

† indicates that candidate has received the maximum public funds payment

**Key to the Candidates Receiving Public Funds Payments Table:**

- **Today's Payment:** The amount of public funds paid to the candidate on July 15th.
- **Total Payments to Date:** The total amount of public funds paid to the candidate for the 2025 elections. The maximum public funds payment for each election can be found here.

- **Total Amount Raised:** The total dollar amount raised from individual, organizational, and all other contribution sources, as of June 9th.
- **Percent In-District:** The percent of the number of contributions reported from individual residents in the candidate's district, as of June 9th, excluding organizational and other contribution sources.
- **Percent Small Donors:** The percent of aggregate contributions from individuals that totaled $250 or less (for candidates for Mayor, Public Advocate, or Comptroller), or $175 or less (for candidates for Borough President or City Council) as of June 9th, excluding organizational and other contribution sources. Aggregate contributions refer to the total dollar value of all contributions reported from a donor. For example, the aggregate contribution from a donor who made two $5 contributions is $10.

Complete information about candidates' fundraising and spending is available on the CFB website, through the Follow the Money Database and the Campaign Finance Summary.

**2025 PARTICIPATING CANDIDATES NOT RECEIVING PRE-GENERAL PUBLIC FUNDS PAYMENTS**

The table below lists candidates who are participating in the matching funds program and have filed a disclosure statement with the CFB, but have not yet demonstrated their eligibility for payment, as of today. The table also lists candidates who have declined to accept public funds in today's payment. Explanations of the reasons for ineligibility for payment can be found in the key below.

| Candidate | Office | Reason(s) for Ineligibility |
|---|---|---|
| Adams, Eric | Mayor | COM |
| Cuomo, Andrew | Mayor | NAC |
| Estrada, Irene | Mayor | PFD, THR, TRA |
| Sliwa, Curtis | Mayor | THR, VAR |
| Duran, Gonzalo | Public Advocate | PFD, THR, VAE |
| Brannan, Justin | Comptroller | NAC |
| Kefalas, Peter | Comptroller | THR, VAR, VAE |

| | | |
|---|---|---|
| Malave, Ismael | Comptroller | THR, VAR, NAC |
| Marrero, Grace | Bronx Borough President | THR, VAE |
| Acquafredda, Janine | Brooklyn Borough President | THR |
| Ikezi, Henry | Queens Borough President | SON, THR |
| Fossella, Vito | Staten Island Borough President | SON, TRA |
| Murillo, Jason | City Council (District 02) | THR |
| Ryan, Allie | City Council (District 02) | NAC |
| Romeo, Dominick | City Council (District 03) | THR, VAR |
| Aronson, Vanessa | City Council (District 04) | NAC |
| Athayde, Kyle | City Council (District 04) | THR |
| Bonsell, Alina | City Council (District 05) | THR, ERR |
| Brewer, Gale | City Council (District 06) | SON, THR |
| Okporo, Edafe | City Council (District 07) | NAC |
| Williams, Jomo | City Council (District 07) | PFD, THR |

| | | |
|---|---|---|
| Colon, Federico | City Council (District 08) | NAC |
| Rivera, Joel | City Council (District 13) | SON, NAC |
| Ortiz, Antirson | City Council (District 17) | NAC |
| Wang, Allen | City Council (District 20) | THR |
| Montoya, Erycka | City Council (District 21) | NAC |
| Caban, Tiffany | City Council (District 22) | SON |
| Chow, Bernard | City Council (District 23) | PFD, SON, THR |
| Gennaro, James | City Council (District 24) | SON, THR |
| Frias, Ramses | City Council (District 25) | THR |
| Haque, Shah | City Council (District 25) | PFD, THR, ERR, MEI |
| Pacheco, Ricardo | City Council (District 25) | NAC |
| Won, Julie | City Council (District 26) | SON, DPF |
| LeGrand, Latoya | City Council (District 28) | NAC |
| Rinaldi, Jonathan | City Council (District 29) | PFD, SON, THR, VAR, VAE, ERR, MDS |

| | | |
|---|---|---|
| Vaichunas, Alicia | City Council (District 30) | OVR |
| Ariola, Joann | City Council (District 32) | SON |
| Restler, Lincoln | City Council (District 33) | SON |
| Gutierrez, Jennifer | City Council (District 34) | SON, THR |
| Robertson, Hector | City Council (District 35) | THR, VAR, NAC |
| Rosenberger, Benny | City Council (District 35) | THR |
| Osse, Chi | City Council (District 36) | SON |
| Nurse, Sandy | City Council (District 37) | SON, THR |
| Quero, Luis | City Council (District 38) | THR |
| Kane, Nickie | City Council (District 39) | THR, TRA, MDS, NAC |
| Joseph, Rita | City Council (District 40) | SON |
| Shaffer, Yehuda | City Council (District 41) | THR |
| Banks, Christopher | City Council (District 42) | SON, THR |
| Zhuang, Susan | City Council (District 43) | SON |

| | | |
|---|---|---|
| Diaz, Elijah | City Council (District 45) | THR |
| El-Gamasy, Hatem | City Council (District 45) | THR |
| Clarke, Athena | City Council (District 46) | THR |
| Willabus, Dimple | City Council (District 46) | NAC |
| Barsamian, Dikran | City Council (District 47) | NAC |
| Santosuosso, Kayla | City Council (District 47) | NAC |
| Sarantopoulos, George | City Council (District 47) | NAC |
| Blas, Sarah | City Council (District 49) | NAC |
| Hanks, Kamillah | City Council (District 49) | VAR |
| Buthorn, John | City Council (District 51) | NAC |
| Hagen, Clifford | City Council (District 51) | THR |

**Ineligibility Reasons Key**

- **COM:** Withholding for non-compliance
- **DPF:** Declined public funds
- **ERR:** High percentage (20% or more) of documentation errors for contributions
- **MDS:** Missing disclosure statement
- **MEI:** Missing employer information for 25% or more of contributions greater than $99

- **NAC:** Not actively campaigning
- **OUT:** Outstanding penalties or repayment obligations from a previous election
- **OVR:** Previous overpayment
- **PFD:** Did not submit personal financial disclosure to COIB before the deadline
- **SON:** Did not submit Statement of Need before the deadline
- **THR:** Did not meet threshold
- **TRA:** Did not complete compliance training before the deadline
- **UNP:** Unopposed
- **VAE:** Variance between reported and documented expenditures greater than 40%
- **VAR:** Variance between reported and documented receipts greater than 10%
- **XPL:** Exceeded expenditure limit

## DISCLOSURE AND PAYMENT CALENDAR

Candidates in the 2025 New York City elections filed their disclosures with the CFB on June 13th. The above payments are based on campaign financial data provided by this deadline. The next filing disclosure reports are due today, July 15th.

## HOW THE CAMPAIGN FINANCE PROGRAM WORKS

The CFB provides matching funds out of the city's General Fund to qualifying candidates at a rate of $8 for every $1 received from New York City residents, up to the first $175 for donations to City Council candidates and $250 for citywide offices.

To qualify for matching funds, candidates must demonstrate support from within their communities by meeting a two-part fundraising threshold and abide by the other requirements set in the Campaign Finance Act. For instance, to qualify for public funding in City Council races, candidates must raise at least $5,000 from city residents. Only the first $175 contributed per city resident counts towards meeting the threshold. Additionally, City Council candidates must receive at least 75 contributions from residents of the district where they are running. Candidates also must comply with all program rules, including individual contribution limits and a prohibition on collecting contributions from corporations, limited liability companies, and partnerships.

## CANDIDATE SERVICES

The CFB's Candidate Services staff offers candidates extensive support by providing access to trainings, resources, and one-on-one guidance to help campaigns navigate their disclosure requirements and compliance obligations. For the 2025 elections, the agency published a detailed guidance documents with the payment schedule, requirements, and applicable deadlines for candidates to follow.

## FOLLOW THE MONEY

More information about the candidates' campaign finance data is available on the CFB website in the Campaign Finance Summary portal. Individual contributions, campaign spending, intermediaries, and independent PAC expenditures are available in the CFB's Follow the Money database.

# Exhibit 46



# PITTA LLP
### Attorneys at law

120 Broadway, 28th Floor
New York, New York 10271
Tel: (212) 652-3890
Facsimile: (212) 652-3891

**Vito R. Pitta**
**Co-Managing Partner**
Direct Dial: (212) 652-3881
VRPitta@PittaLaw.com

July 25, 2025

<u>**BY ELECTRONIC MAIL**</u>
Joseph Gallagher, Esq.
General Counsel
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, New York 10007

Re:  Eric Adams 2021 & Eric Adams 2025 Document Requests

Dear Mr. Gallagher:

This firm is counsel to Eric Adams 2021 ("the 2021 Committee") and Eric Adams 2025 ("the 2025 Committee") (collectively, "the Committees"). Please accept this letter on behalf of both Committees as a response to the New York City Campaign Finance Board's ("CFB") June 16, 2025 requests for documentation ("the Requests"). This is the first letter the Committees will submit in response to the Requests in advance of the August 1, 2025 deadline. By providing information and documents on a rolling basis, the Committees seek to provide the CFB with ample time for review prior to its August 6, 2025 meeting.

To ensure a comprehensive and complete response to the Requests, we are working closely with counsel at WilmerHale who represented Mayor Adams and the Committees in connection with the Southern District of New York U.S. Attorney's Office ("SDNY") investigation and prosecution. According to those firms, despite the dismissal of the criminal case against Mayor Adams with prejudice, the protective order limiting the parties' use of certain discovery provided by SDNY to Mayor Adams for any purpose other than the defense of the case remains in place. As a result, Mayor Adams is not permitted to provide the CFB with third-party documents or communications received from SDNY in discovery that remain subject to the protective order. For your reference, a copy of the protective order is attached as Exhibit 1.

As requested, please find attached as Exhibit 2 a list of current and past employees, consultants and agents of the Committees that we have contacted as part of our efforts to identify

and collect responsive documents and communications. The list is comprehensive in scope and includes Mayor Adams, who has devoted substantial time in assisting with the responses to the Requests, as well as anyone else who may reasonably have relevant knowledge about the topics identified in the Requests. As the Committees receive documents from those contacted, we will produce them on a rolling basis.

Regarding the concerns regarding inconsistencies in prior representations made by the Campaigns described in the CFB's July 14, 2025 letter, we can assure the CFB that there were no inconsistencies in the positions expressed by counsel.

First, both the April 11, 2025 and November 15, 2024 document requests were addressed to counsel and requested "information from the 2021 and 2025 campaigns of Eric Adams." While "campaign" is not a defined term in the Campaign Finance Act ("CFA"), it is generally understood to be synonymous with "principal committee."[1] That term is defined as "the authorized committee designated by a candidate pursuant to paragraph (e) of subdivision 1 of section 3-703 or paragraph (a) of subdivision one of section 3-717 of this chapter."[2] Eric Adams 2021 and Eric Adams 2025 are principal committees, and counsel represents those entities. Counsel understood the requests for information to be requests for documents in possession of the Committees, not any specific individuals associated with the Committees. If the CFB intended its request to include documents in the individual possession of Mayor Adams, it could have explicitly stated so and/or addressed requests to him as a "participating candidate."[3] Indeed, prior communications from the CFB have been directed to Mayor Adams individually.[4] In any event, as part of its due diligence in responding to the document requests, counsel included Mayor Adams in the list of individuals contacted about the requests. Counsel contacted those individuals, including Mayor Adams, on January 3, 2025, January 13, 2025, and March 30, 2025. Mayor Adams advised counsel on March 31, 2025 that he did not have any documentation responsive to the document requests that had not previously been submitted to the CFB.

Second, there was no change in position relating to Mayor's Adams' invocation of his rights in response to the CFB's November 15, 2024 document request, as your July 14, 2025 letter alleges. Immediately following receipt of the November 15, 2024 document request, counsel conferred with criminal counsel for Mayor Adams2025 and shared a copy of the document request on November 16, 2024. At that time, though a search of responsive documents had not yet been completed, it was clear to criminal counsel that any documents or communications responsive to the CFB's requests – to the extent they existed – could implicate Mayor Adams' Fifth Amendment rights. As a result, criminal counsel advised that no responsive documents should be produced until the criminal case concluded. Subsequent to that advice, the Committees searched for responsive documents and identified none. The change in position was the natural result of a change in facts, including the conclusion of the search and the dismissal of the criminal case.

---

[1] CFA §3-702(2).
[2] *Ibid.*
[3] *Id.* at §3-702(1).
[4] *See, e.g.*, November 25, 2024 Letter regarding the submission of a Certified Statement of Need from Mayor Adams.

Joseph Gallagher, Esq.
July 25, 2025
p. 3


       The Committees are continuing to gather material responsive to the Requests and anticipate producing documents on a rolling basis in advance of the August 1, 2025 deadline.

                  Sincerely,

                  Vito R. Pitta, Esq.

Encl.

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | |
| v. | |
| Eric Adams, | |
| *Defendant.* | |

Protective Order
**24 Cr. 556 (DEH)**

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendant having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

## Categories

1. **Disclosure Material.** The Government will make disclosure to the defendant of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "Disclosure Material." The Government's Disclosure Material may include material that (i) affects the privacy and confidentiality of individuals and entities; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; (iv) may be produced with more limited redactions than would otherwise be necessary; and (v) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

2. **Sealed Material.** Certain of the Government's Disclosure Material, referred to herein as "Sealed Material," contains information that (i) affects the privacy and confidentiality of third

parties; (ii) identifies, or could lead to the identification of, witnesses who may be subject to harassment, intimidation or obstruction, absent the protective considerations set forth herein; (iii) could jeopardize the ongoing criminal investigations; or (iv) otherwise implicates the privacy of other individuals and/or non-public federal, state, or local governmental matters. Disclosure Material that includes a Bates label or otherwise is identified on the document or any accompanying discovery index or other written communication by the Government as "Sealed Material" shall be deemed "Sealed Material."

3. **Attorney's Possession Only ("APO") Material.** Certain materials in this case raise a particular risk of affecting the privacy of witnesses or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to the defendant or his counsel that is either (1) designated in whole or in part as "Attorney's Possession Only" by the Government in emails or communications to defense counsel, or (2) that includes a Bates or other label stating "Attorney's Possession Only" or "APO" shall be deemed "APO Material." Any material designated as APO Material shall also be deemed Sealed Material.

4. **Attorney's Eyes Only ("AEO") Material.** Certain materials in this case raise a more significant risk of affecting the privacy or safety of witnesses or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to the defendant or his counsel that is either (1) designated in whole or in part as "Attorney's Eyes Only" by the Government in emails or communications to defense counsel, or (2) that includes a Bates or other label stating "Attorney's Eyes Only" or "AEO" shall be deemed "AEO Material." Any material designated as AEO Material shall also be deemed Sealed Material.

2023.11.26

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

**Disclosure and Treatment**

5.  Disclosure Material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any Disclosure Material on any Internet site or network site, including any social media site such as Facebook or Twitter, to which persons other than the parties hereto have access, and shall not disclose any Disclosure Material to the media.  Nothing in this Order limits the defense's use of ESI obtained from the defendant's own devices or accounts or documents produced by the defendant to the Government in his individual capacity.  However, any such use must comply with applicable federal and local criminal rules.

6.  Sealed Material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court, and may be disclosed by defense counsel to:

   a.  The defendant;

   b.  Personnel for whose conduct defense counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action; and

   c.  Prospective witnesses for purposes of defending this action.

7.  APO Material received by defense counsel shall be maintained in a safe and secure manner by defense counsel and any personnel for whose conduct defense counsel is responsible; shall not be possessed by the defendant, except in the presence of the defendant's counsel and any personnel for whose conduct defense counsel is responsible; and shall not be disclosed in any form

by the defendant, his counsel, or any personnel for whose conduct defense counsel is responsible except as set forth herein.

8.  AEO Material received by defense counsel shall be maintained on an attorney's eyes only basis, and the defense shall not share any AEO Material or the content of the AEO Material with any other persons, including the defendant, except for any personnel for whose conduct defense counsel is responsible.

## **Other Provisions**

9.  This Order does not prevent the disclosure of any Disclosure Material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1 and the above provisions.

10. The Government's designation of material will be controlling absent contrary order of the Court. The parties shall meet and confer regarding any dispute over such designations, after which the defense may seek de-designation by the Court. The Government may authorize, in writing, disclosure of Disclosure Material beyond that otherwise permitted by this Order without further Order of this Court.

11. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Disclosure Material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

12. Except for Disclosure Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Disclosure Material, including any ESI, within 30 days of the expiration of the period for direct appeal from any verdict

4

in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; and the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is provided to any personnel for whose conduct defense counsel is responsible or prospective witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

2023.11.26

### <u>Retention of Jurisdiction</u>

13. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____          Date: ____9/30/24_____
   Celia V. Cohen
   Andrew Rohrbach
   Hagan Scotten
   Derek Wikstrom
   Assistant United States Attorneys

_____          Date: ____10/01/2024_____
   Avi Perry
   Alex Spiro
   William A. Burck
   John F. Bash
   Counsel for Eric Adams

   The Clerk of Court is respectfully requested to close ECF No. 26.

SO ORDERED:

Dated:  New York, New York
     October _3_ , 2024

_____
THE HONORABLE DALE E. HO
UNITED STATES DISTRICT JUDGE

2023.11.26

# EXHIBIT 2

### Exhibit 2: Campaign Outreach

| |
|---|
| Eric Adams |
| Briana Suggs |
| Gladys Miranda |
| Rana Abbasova |
| Evan Thies |
| Winnie Grecco |
| Tracey Collins |
| Mohamed Bahi |
| Angel Chen |
| Connor Martinez |
| Denise Felipe-Adams |
| Jake Capistran |
| Katie Moore |
| Michael Giaccio |
| Pragya Nandini |
| Rachel Atcheson |
| Rose Guerrier |
| Roslin Spigner |
| Tiffany Raspberry |
| Sharon Adams |
| Edu Hermelyn |
| Jonah Allon |
| Jose Bayona |
| Stefan Ringel |
| Vito Pitta |
| Ardian Tagani |
| Nathan Smith |
| Sarana Purcell |
| Karen McConney |
| Karen Ford |
| Jesse Hamilton |

CONFIDENTIAL – FOIL Exempt

I.      November 15, 2024 Documentation Requests Including Additional Requests
        (*Italicized*) Based on DOJ Document Review

        May 7, 2021 fundraiser referenced in ¶30 of the indictment

# CONTRIBUTION CARD

To comply with New York City Campaign Finance Board reporting requirements, contributors should complete and review the card in its entirety.

Committee Use Only

Transaction ID:

## ERIC ADAMS 2021

**Contribution Type**  ☐ Check    ☐ Money Order    ☐ Cash (maximum of $100 per contributor)

**Contribution Amount**  ☐ $50    ☐ $150    ☐ $250    ☐ $500    ☐ $1,000    ☐ $2,000    ☐ Other $

If a contributor has business dealings with the City as defined in the Campaign Finance Act, such contributor may contribute only up to $250 for city council, $320 for borough president, and $400 for mayor, comptroller, or public advocate.

**Contributor Name**

**Home Address**                                                    **City/State/ZIP**

**Optional: Tel.**                              **Email**

Provide your employment information below. If you are not employed, indicate what best describes your employment status (e.g., "homemaker", "retired", "student," or "unemployed"). If self-employed, indicate employer as "self" and provide your occupation and employment address.

**Employer**                                              **Occupation**

**Business Address**                                        **City/State/ZIP**

I understand that State law requires that a contribution be in my name and be from my own funds. I hereby affirm that I was not, nor, to my knowledge, was anyone else, reimbursed in any manner for this contribution; that this contribution is not being made as a loan; and that this contribution is being made from my personal funds or my personal account, which has no corporate or business affiliation.

_____     _____
**Contributor's Signature**                    **Date of Contribution**

### DOING BUSINESS CONTRIBUTION INFORMATION

An individual is generally considered to be "doing business" with the City if he/she is a registered NYC lobbyist or is a principal owner, principal officer, or senior manager of an entity that has engaged in, held, applied for, or proposed on any of the following during the prior 12 months:

- Contracts, concessions, franchises, or grants that total over $100,000 ($500,000 for construction contracts) other than contracts awarded by competitive sealed bid.
- Economic development agreements, including payments in lieu of taxes, City tax incentives, and City financing.
- Contracts for the investment of pension funds or related services.
- The sale, purchase, or lease of real property with or by the City, unless by public auction or competitive sealed bid.
- Uniform Land Use Review Procedure (ULURP) actions, or City Charter office lease or zoning change applications.

Contributions from or intermediated by individuals doing business with the City will not be matched with public funds. For more information, see www.nyccfb.info/candidate-services/doing-business-faqs.

## Please make checks payable to: ERIC ADAMS 2021

MAILING ADDRESS: Eric Adams 2021, P.O. Box 23723, Brooklyn, NY  11202

**www.ERICADAMS2021.com**



## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

## Native Messages (1)

### briannasuggs03@gmail.com (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** +171■■ <br> **Start Time:** 11/11/2020 2:21:07 AM(UTC+0) <br> **Last Activity:** 5/23/2023 7:10:56 PM(UTC+0) <br> **Number of attachments:** 14 <br> **Source:** Native Messages <br> **Account:** briannasuggs03@gmail.com <br> **Source file:** 00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8DB356E (Table: chat, message, handle; Size: 162328576 bytes) <br> **Source Extraction:** Legacy <br> **Body file:** chat-1.txt <br><br> **Participants:** <br><br> briannasuggs03@gmail.com <br> Brianna Suggs* (owner) <br><br> +1917■■ <br> Brianna Suggs* (owner) <br><br> +1718■■ <br> Rana Abbasova* | |



**From:** +1917■■ Brianna Suggs (owner)
**To:** +171■■ Rana Abbasova

Hey Rana,

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718■■ Rana Abbasova | | | |

**Status:** Sent

5/12/2021 3:35:09 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2563667 (Table: message, handle; Size: 162328576 bytes)



From: +1917 [REDACTED] Brianna Suggs (owner)
To: +1718 [REDACTED] Rana Abbasova

I'm not in the building

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [REDACTED] Rana Abbasova | | | |

Status: Sent

5/12/2021 3:35:20 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25634A2 (Table: message, handle; Size: 162328576 bytes)



From: +1917 [REDACTED] Brianna Suggs (owner)
To: +1718 [REDACTED] Rana Abbasova

do you have to leave something for me?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [REDACTED] Rana Abbasova | | | |

Status: Sent

5/12/2021 3:35:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25632BD (Table: message, handle; Size: 162328576 bytes)

From: +1718 [REDACTED] Rana Abbasova
To: +1917 [REDACTED] Brianna Suggs (owner)

No I have to ask you something

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [REDACTED] Brianna Suggs | | 5/12/202 1 3:40:47 PM(UTC +0) | |

Status: Read

5/12/2021 3:35:51 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2564F83 (Table: message, handle; Size: 162328576 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)
To: +1718 [REDACTED] Rana Abbasova

Ok, you want to call me later?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [REDACTED] Rana Abbasova | 5/12/2021 3:41:10 PM(UTC+0) | | |

**Status:** Sent

5/12/2021 3:40:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2564D70 (Table: message, handle; Size: 162328576 bytes)

From: +1718 [REDACTED] Rana Abbasova
To: +1917 [REDACTED] Brianna Suggs (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [REDACTED] Brianna Suggs | | 5/13/2021 6:41:23 PM(UTC+0) | |

**Status:** Read

5/12/2021 3:41:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2564B24 (Table: message, handle; Size: 162328576 bytes)

From: +1718 [REDACTED] Rana Abbasova
To: +1917 [REDACTED] Brianna Suggs (owner)

What tome is good for you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [REDACTED] Brianna Suggs | | 5/13/2021 6:41:23 PM(UTC+0) | |

**Status:** Read

5/12/2021 3:42:05 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x256493D (Table: message, handle; Size: 162328576 bytes)

From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

**Can I call you ?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 5/13/2021 6:41:23 PM(UTC+0) | |

**Status:** Read

5/12/2021 8:59:42 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25731D3 (Table: message, handle; Size: 162328576 bytes)

From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

**Hi Brianna**
**Please call**
**Me when you have a chance**
**Need to talk regarding Alibaba's event**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 5/13/2021 6:41:23 PM(UTC+0) | |

**Status:** Read

5/13/2021 6:41:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2590DA0 (Table: message, handle; Size:
162328576 bytes)

From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

**Good morning Brianna**
**Alibaba just called me**
**He is asking to reschedule the May 17 event to another day**
**He said we are not ready**
**Without flyer it's hard to do the announcement**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 5/17/2021 4:23:27 PM(UTC+0) | |

**Status:** Read

5/14/2021 12:10:40 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2593798 (Table: message, handle; Size: 162328576
bytes)



From: +1718[redacted] Rana Abbasova
To: +1917[redacted] Brianna Suggs (owner)

**Brianna did you you rcv my message**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[redacted] Brianna Suggs | | 5/17/202 1 4:23:27 PM(UTC +0) | |

**Status:** Read

5/14/2021 8:03:39 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x259E62E (Table: message, handle; Size: 162328576 bytes)

From: +1718[redacted] Rana Abbasova
To: +1917[redacted] Brianna Suggs (owner)

**Hi Brianna**
**Please can you share the link with me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[redacted] Brianna Suggs | | 5/17/2021 4:23:27 PM(UTC+ 0) | |

**Status:** Read

5/17/2021 4:10:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x25ED574 (Table:
message, handle; Size: 162328576 bytes)

From: +1917 ███████ Brianna Suggs (owner)
To: +1718 ███████ Rana Abbasova

https://ericadams2021.com

Attachments:



Title: 22240A04-7EF1-4417-B720-C1B420E6E659.pluginPayloadAttachment
Size: 451
File name: ~/Library/SMS/Attachments/cb/11/E732AB08-3A81-4D0B-9493-
F9928696BEED/22240A04-7EF1-4417-B720-
C1B420E6E659.pluginPayloadAttachment
~/Library/SMS/Attachments/cb/11/E732AB08-3A81-4D0B-9493-
F9928696BEED/22240A04-7EF1-4417-B720-
C1B420E6E659.pluginPayloadAttachment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 ███████ Rana Abbasova | 5/17/2021 4:23:35 PM(UTC+0) | | |

Status: Sent

5/17/2021 4:23:34 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25EEADD (Table: message, attachment, handle, Size: 162328576 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/cb/11/E732AB
08-3A81-4D0B-9493-F9928696BEED/22240A04-7EF1-4417-B720-
C1B420E6E659.pluginPayloadAttachment :  (Size: 451 bytes)

From: +1718 ███████ Rana Abbasova
To: +1917 ███████ Brianna Suggs (owner)

Attachments:



Title: d7937ad6-9536-44d2-8047-3de29ab14c83.heic
Size: 71181
File name: ~/Library/SMS/Attachments/33/03/7B1C6257-C742-4B4C-AA46-
ED1756A11E67/d7937ad6-9536-44d2-8047-3de29ab14c83.heic
Path: https://p66-
content.icloud.com/M687E13E887E3B2039B95F6E86C506CA034006C26CBBDB30C
5DE3A908EE22BEAD.C01USN00
~/Library/SMS/Attachments/33/03/7B1C6257-C742-4B4C-AA46-
ED1756A11E67/d7937ad6-9536-44d2-8047-3de29ab14c83.heic

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ███████ Brianna Suggs | | 5/17/2021 4:38:43 PM(UTC+0) | |

Status: Read

5/17/2021 4:28:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25EFF83 (Table: message, handle, attachment; Size: 162328576 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/33/03/7B1C62
57-C742-4B4C-AA46-ED1756A11E67/d7937ad6-9536-44d2-8047-3de29ab14c83.heic :
(Size: 71181 bytes)



From: +1718▮▮▮▮▮ Rana Abbasova
To: +1917▮▮▮▮▮ Brianna Suggs (owner)

**Is this happing today?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917▮▮▮ Brianna Suggs | | 5/17/2021 4:38:43 PM(UTC +0) | |

**Status:** Read

5/17/2021 4:28:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25EFD16 (Table: message, handle; Size: 162328576 bytes)

From: +1718▮▮▮▮▮ Rana Abbasova
To: +1917▮▮▮▮▮ Brianna Suggs (owner)

**Did you find out ?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917▮▮▮ Brianna Suggs | | 5/17/2021 8:34:37 PM(UTC +0) | |

**Status:** Read

5/17/2021 5:06:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x25F1415 (Table: message, handle; Size: 162328576 bytes)



From: +1718▮▮▮▮▮ Rana Abbasova
To: +1917▮▮▮▮▮ Brianna Suggs (owner)

Good morning Brianna
BP confirmed June 10 breakfast with Dr.Oz
Please add to his calendar
June 10 at 7 am
Turkish consulate general
605 3rd Ave 30 floor
New York NY

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917▮▮▮ Brianna Suggs | | 5/18/2021 1:59:36 PM(UTC+0) | |

**Status:** Read

5/18/2021 1:59:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2619F83 (Table: message, handle; Size: 162328576 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)
To: +1718 [REDACTED] Rana Abbasova

**Good morning**
**Ok thanks**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [REDACTED] Rana Abbasova | 5/18/2021 1:59:53 PM(UTC+0) | | |

**Status:** Sent

5/18/2021 1:59:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2618479 (Table: message, handle; Size: 162328576 bytes)

From: +1718 [REDACTED] Rana Abbasova
To: +1917 [REDACTED] Brianna Suggs (owner)

**Thank you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [REDACTED] Brianna Suggs | | 5/18/2021 2:01:35 PM(UTC+0) | |

**Status:** Read

5/18/2021 2:00:00 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x261823D (Table: message, handle; Size: 162328576 bytes)

From: +1718 [REDACTED] Rana Abbasova
To: +1917 [REDACTED] Brianna Suggs (owner)

**List of attendees**
**CG Reyhan Ozgur**
**Ambassador Murat Mercan**
**Dr Oz**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [REDACTED] Brianna Suggs | | 5/18/2021 2:01:40 PM(UTC+0) | |

**Status:** Read

5/18/2021 2:01:40 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x261A3A7 (Table: message, handle; Size: 162328576 bytes)

From: +1917      Brianna Suggs (owner)
To: +1718      Rana Abbasova

Yw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718      Rana Abbasova | 5/18/2021 2:01:43 PM(UTC+0) | | |

**Status:** Sent

5/18/2021 2:01:42 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x261BF8D (Table: message, handle; Size: 162328576 bytes)

From: +1917      Brianna Suggs (owner)
To: +1718      Rana Abbasova

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718      Rana Abbasova | 5/18/2021 2:01:45 PM(UTC+0) | | |

**Status:** Sent

5/18/2021 2:01:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x261BD85 (Table: message, handle; Size: 162328576 bytes)

From: +1718      Rana Abbasova
To: +1917      Brianna Suggs (owner)

**Attachments:**

Title: 20210520135336183.pdf
Size: 500397
File name: ~/Library/SMS/Attachments/df/15/C3E70C98-A77A-435D-810B-
E320F20C2096/20210520135336183.pdf
Path: https://p67-
content.icloud.com/M687E13E887E3B2039B95F6E86C506CA034006C26CBBDB30C
5DE3A908EE22BEAD.C01USN00
~/Library/SMS/Attachments/df/15/C3E70C98-A77A-435D-810B-
E320F20C2096/20210520135336183.pdf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917      Brianna Suggs | | 5/20/2021 6:55:04 PM(UTC+0) | |

**Status:** Read

5/20/2021 6:54:59 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2663411 (Table: message, handle, attachment; Size: 162328576 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/df/15/C3E70C
98-A77A-435D-810B-E320F20C2096/20210520135336183.pdf :  (Size: 500397 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)
To: +1718[REDACTED] Rana Abbasova

Thank you!!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[REDACTED] Rana Abbasova | 5/20/2021 6:55:15 PM(UTC+0) | | |

**Status:** Sent

5/20/2021 6:55:14 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2664F8D (Table: message, handle; Size: 162328576 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)
To: +1718[REDACTED] Rana Abbasova

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[REDACTED] Rana Abbasova | 5/20/2021 6:55:18 PM(UTC+0) | | |

**Status:** Sent

5/20/2021 6:55:17 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2664D6F (Table: message, handle; Size: 162328576 bytes)

From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 5/21/2021 2:51:44 PM(UTC+0) | |

**Status:** Read

5/20/2021 6:55:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2664B49 (Table: message, handle; Size: 162328576 bytes)

From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

**Brianna**
**Can you please send me**
**The contribution form**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 5/26/2021 9:02:29 PM(UTC+0) | |

**Status:** Read

5/26/2021 9:02:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x26DF4EE (Table: message, handle; Size: 162328576 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)
To: +1718[REDACTED] Rana Abbasova

**Here you go**

**Attachments:**



Title: Contribution Card revised.pdf
Size: 133258
File name: ~/Library/SMS/Attachments/85/05/76DDE1BE-1BF8-4C06-82E1-D2C6631C2EA9/Contribution Card revised.pdf
Path: https://p53-content.icloud.com/M232E16B48674FE97F03756533502A16B30B93E888D0C5F940C9E99462C22C89B C01USN00
~/Library/SMS/Attachments/85/05/76DDE1BE-1BF8-4C06-82E1-D2C6631C2EA9/Contribution Card revised.pdf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[REDACTED] Rana Abbasova | 5/26/2021 10:03:22 PM(UTC+0) | | |

**Status:** Sent

5/26/2021 10:03:14 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x26DF2AB (Table: message, attachment, handle; Size: 162328576 bytes)
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/85/05/76DDE1BE-1BF8-4C06-82E1-D2C6631C2EA9/Contribution Card revised.pdf : (Size: 133258 bytes)



From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | 5/26/2021 10:53:04 PM(UTC+0) | 5/26/2021 10:53:04 PM(UTC+0) | |

**Status:** Read

5/26/2021 10:09:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x26E0F7B (Table: message, handle; Size: 162328576 bytes)



From: +1917[REDACTED] Brianna Suggs (owner)
To: +1718[REDACTED] Rana Abbasova

yw!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[REDACTED] Rana Abbasova | | | |

**Status:** Sent

5/26/2021 10:53:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x26E186D (Table: message, handle; Size: 162328576 bytes)



## Chats (1)

⚠️ * These details are cross-referenced from this device's contacts

## Native Messages (1)

### briannasuggs03@gmail.com (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** +1718▮▮▮ <br> **Start Time:** 11/11/2020 2:21:07 AM(UTC+0) <br> **Last Activity:** 5/23/2023 7:10:56 PM(UTC+0) <br> **Number of attachments:** 14 <br> **Source:** Native Messages <br> **Account:** briannasuggs03@gmail.com <br> **Source file:** 00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x8DB356E (Table: chat, message, handle; Size: 162328576 bytes) <br> **Source Extraction:** Legacy <br> **Body file:** chat-1.txt <br><br> **Participants:** <br><br> briannasuggs03@gmail.com <br> Brianna Suggs* (owner) <br><br> +1917▮▮▮ <br> Brianna Suggs* (owner) <br><br> +1718▮▮▮ <br> Rana Abbasova* | |



From: +1917▮▮▮ Brianna Suggs (owner)
To: +1718▮▮▮ Rana Abbasova

Hey Rana,
Thanks so much!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718▮▮▮ Rana Abbasova | 4/1/2021 12:30:54 AM(UTC+0) | | |

**Status:** Sent

4/1/2021 12:30:53 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2143356 (Table: message, handle; Size: 162328576 bytes)



From: +1718[redacted] Rana Abbasova
To: +1917[redacted] Brianna Suggs (owner)

Do you know who else will attend?
BP
Me
Are you planning to attend ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[redacted] Brianna Suggs | | 4/1/2021 12:33:10 AM(UTC+0) | |

Status: Read

4/1/2021 12:32:41 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2144F83 (Table: message, handle;
Size: 162328576 bytes)

From: +1718[redacted] Rana Abbasova
To: +1917[redacted] Brianna Suggs (owner)

Liked "Hey Rana,
Thanks so much! "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[redacted] Brianna Suggs | | 4/1/2021 12:33:10 AM(UTC +0) | |

Status: Read

4/1/2021 12:32:56 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2144CC5 (Table: message, handle; Size: 162328576 bytes)



From: +1917[redacted] Brianna Suggs (owner)
To: +1718[redacted] Rana Abbasova

I will be there as well

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[redacted] Rana Abbasova | 4/1/2021 12:33:20 AM(UTC+0) | | |

Status: Sent

4/1/2021 12:33:19 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2144A74 (Table: message, handle; Size: 162328576 bytes)

From: +1917 ████ Brianna Suggs (owner)
To: +1718 ████ Rana Abbasova

**But that's it**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17188644380 Rana Abbasova | 4/1/2021 12:33:23 AM(UTC+0) | | |

**Status:** Sent

4/1/2021 12:33:23 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2144842 (Table: message, handle; Size: 162328576 bytes)

From: +1718 ████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

**Great**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 4/1/2021 12:33:45 AM(UTC +0) | |

**Status:** Read

4/1/2021 12:33:32 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2144618 (Table: message, handle; Size: 162328576 bytes)

From: +1718 ████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

**See you on Friday**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 4/1/2021 12:33:45 AM(UTC +0) | |

**Status:** Read

4/1/2021 12:33:41 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2145F83 (Table: message, handle; Size: 162328576 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)
To: +1718[REDACTED] Rana Abbasova

Loved "See you on Friday "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[REDACTED] Rana Abbasova | 4/1/2021 12:33:49 AM(UTC+0) | | |

**Status:** Sent

4/1/2021 12:33:49 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2145982 (Table: message, handle; Size: 162328576 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)
To: +1718[REDACTED] Rana Abbasova

Looking forward to it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[REDACTED] Rana Abbasova | 4/1/2021 12:33:59 AM(UTC+0) | | |

**Status:** Sent

4/1/2021 12:33:59 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x21453D1 (Table: message, handle; Size: 162328576 bytes)

From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

Loved "Looking forward to it"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 4/1/2021 8:07:00 PM(UTC +0) | |

**Status:** Read

4/1/2021 12:34:12 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2146F1F (Table: message, handle; Size: 162328576 bytes)

From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

Hi Brianna
List of people who will attend the meeting
-TR CG Reyhan Ozgur
-Murat Agirnasli, AGIME Group LLc
-Barbaros Karaahmet, Chief Operating Partner, Herrick Feinstein LLC
-Erden Arkan, KSK Construction, Owner
-Christopher Pompa, Principle, CARO Enterprises

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 4/1/2021 8:07:00 PM(UTC+0) | |

**Status:** Read

4/1/2021 8:06:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2154F83 (Table: message, handle; Size: 162328576 bytes)

From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

Hi Brianna
How are you?
When you have a chance can you give me the dates for the event?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 4/5/2021 11:48:09 PM(UTC+0) | |

**Status:** Read

4/5/2021 11:11:47 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2189958 (Table: message, handle; Size: 162328576 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)
To: +1718[REDACTED] Rana Abbasova

Hi Rana,
Can you please give them 5/7 at 5:00 pm-7:00 pm?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[REDACTED] Rana Abbasova | 4/5/2021 11:49:08 PM(UTC+0) | | |

**Status:** Sent

4/5/2021 11:49:06 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x218AF8D (Table: message, handle; Size: 162328576 bytes)

From: +1917 ████ Brianna Suggs (owner)
To: +1718 █████ Rana Abbasova

Sorry 5:00 pm-6:30 pm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 █████ Rana Abbasova | 4/5/2021 11:50:19 PM(UTC+0) | | |

**Status:** Sent

4/5/2021 11:50:18 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x218BF8D (Table: message, handle; Size: 162328576 bytes)

From: +1718 █████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

Good morning Brianna
Thank you for the dates
I will confirm with you shortly
Please give me date for the zoom meeting with lawyers group
Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 4/6/2021 1:22:04 PM(UTC+0) | |

**Status:** Read

4/6/2021 1:19:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21908EE (Table: message, handle; Size: 162328576 bytes)

From: +1718 █████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

Brianna hi
How are you
Are you available?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 4/8/2021 4:48:45 PM(UTC +0) | |

**Status:** Read

4/8/2021 4:48:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21B7F83 (Table: message, handle; Size: 162328576 bytes)



From: +1917██████ Brianna Suggs (owner)
To: +1718██████ Rana Abbasova

Hi Rana,
I can call you in a few,
And I'm sorry I didn't see the text above. Let me get you a date

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718██████ Rana Abbasova | 4/8/2021 4:49:14 PM(UTC+0) | | |

Status: Sent

4/8/2021 4:49:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21B7D56 (Table: message, handle; Size: 162328576 bytes)



From: +1718██████ Rana Abbasova
To: +1917██████ Brianna Suggs (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917██████ Brianna Suggs | | 4/8/2021 5:14:06 PM(UTC+0) | |

Status: Read

4/8/2021 4:49:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21B7A81 (Table: message, handle; Size: 162328576 bytes)



From: +1718██████ Rana Abbasova
To: +1917██████ Brianna Suggs (owner)

I was going to ask you the dates

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917██████ Brianna Suggs | | 4/8/2021 5:14:06 PM(UTC+0) | |

Status: Read

4/8/2021 4:49:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x21B789A (Table: message, handle; Size: 162328576 bytes)



From: +1718[redacted] Rana Abbasova
To: +1917[redacted] Brianna Suggs (owner)

**Hi Brianna**
**Are you available?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[redacted] Brianna Suggs | | 4/12/202 1 7:15:17 PM(UTC +0) | |

**Status:** Read

4/9/2021 2:34:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x21C86F0 (Table: message, handle; Size: 162328576 bytes)



From: +1718[redacted] Rana Abbasova
To: +1917[redacted] Brianna Suggs (owner)

**Hi Brianna**
**For the event you gave me 5/7 5-5:30 pm**
**Is it possible to switch the date to**
**5/5 or 5/6**
**Please let me know**
**Thank you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[redacted] Brianna Suggs | | 4/12/2021 7:15:17 PM(UTC+0) | |

**Status:** Read

4/12/2021 7:08:48 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x220DF83 (Table: message, handle; Size: 162328576 bytes)



From: +1917[redacted] Brianna Suggs (owner)
To: +1718[redacted] Rana Abbasova

**i can only do 5/7 at 8:30 pm**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[redacted] Rana Abbasova | 4/12/2021 7:16:01 PM(UTC+0) | | |

**Status:** Sent

4/12/2021 7:16:00 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x220EF8D (Table: message, handle; Size: 162328576 bytes)



From: +1917 ████ Brianna Suggs (owner)
To: +1718 ████ Rana Abbasova

Also, here are the time for Barborous:
4/22 at 12:30 pm-1:00 pm or 4/23 at 3:30 pm-4:00 pm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 ████ Rana Abbasova | 4/12/2021 7:19:46 PM(UTC+0) | | |

Status: Sent

4/12/2021 7:19:38 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x220FF8D (Table: message, handle; Size:
162328576 bytes)



From: +1718 ████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

Can I call you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 4/12/202 1 8:08:04 PM(UTC +0) | |

Status: Read

4/12/2021 7:54:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22114D8 (Table: message, handle; Size: 162328576 bytes)



From: +1917 ████ Brianna Suggs (owner)
To: +1718 ████ Rana Abbasova

Not right now, I'm on a call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 ████ Rana Abbasova | 4/12/2021 8:08:14 PM(UTC+0) | | |

Status: Sent

4/12/2021 8:08:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22112E1 (Table: message, handle; Size: 162328576 bytes)

From: +1718 [redacted] Rana Abbasova
To: +1917 [redacted] Brianna Suggs (owner)

**Please call me when you have a chance**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [redacted] Brianna Suggs | | 4/12/2021 8:09:20 PM(UTC+0) | |

Status: Read

4/12/2021 8:08:30 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2212F83 (Table: message, handle; Size: 162328576 bytes)

From: +1917 [redacted] Brianna Suggs (owner)
To: +1718 [redacted] Rana Abbasova

**Ok**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [redacted] Rana Abbasova | 4/12/2021 8:09:25 PM(UTC+0) | | |

Status: Sent

4/12/2021 8:09:24 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2212959 (Table: message, handle; Size: 162328576 bytes)

From: +1718 [redacted] Rana Abbasova
To: +1917 [redacted] Brianna Suggs (owner)

**For the event they prefer the weekdays**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [redacted] Brianna Suggs | | 4/12/2021 8:32:08 PM(UTC+0) | |

Status: Read

4/12/2021 8:32:03 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2213F83 (Table: message, handle; Size: 162328576 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)
To: +1718 [REDACTED] Rana Abbasova

**Call me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [REDACTED] Rana Abbasova | 4/12/2021 8:32:54 PM(UTC+0) | | |

**Status:** Sent

4/12/2021 8:32:53 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2213B22 (Table: message, handle; Size: 162328576 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)
To: +1718 [REDACTED] Rana Abbasova

**I don't know who just answered your call**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [REDACTED] Rana Abbasova | 4/12/2021 8:33:13 PM(UTC+0) | | |

**Status:** Sent

4/12/2021 8:33:12 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22390E (Table: message, handle; Size: 162328576 bytes)

From: +1718 [REDACTED] Rana Abbasova
To: +1917 [REDACTED] Brianna Suggs (owner)

**Also please inform BP regarding testing site in BK**
**Still not get any answers from Nathan**
**Why it's taking that long**
**It's been more than month**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [REDACTED] Brianna Suggs | | 4/12/2021 8:39:20 PM(UTC+0) | |

**Status:** Read

4/12/2021 8:38:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22136B0 (Table: message, handle; Size: 162328576 bytes)



From: +1917 ████ Brianna Suggs (owner)
To: +1718 ████ Rana Abbasova

Ok, let me find out on both

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 ████ Rana Abbasova | 4/12/2021 8:39:35 PM(UTC+0) | | |

Status: Sent

4/12/2021 8:39:33 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22133B0 (Table: message, handle; Size: 162328576 bytes)

From: +1718 ████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

5/6 at 7:30 right?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 4/12/2021 8:40:40 PM(UTC+0) | |

Status: Read

4/12/2021 8:40:35 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22148BE (Table: message, handle; Size: 162328576 bytes)



From: +1917 ████ Brianna Suggs (owner)
To: +1718 ████ Rana Abbasova

8:30 pm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 ████ Rana Abbasova | 4/12/2021 8:40:45 PM(UTC+0) | | |

Status: Sent

4/12/2021 8:40:43 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2215F8D (Table: message, handle; Size: 162328576 bytes)



From: +1718 [redacted] Rana Abbasova
To: +1917 [redacted] Brianna Suggs (owner)

Ok
Thank you
I will confirm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [redacted] Brianna Suggs | | 4/12/202 1 8:59:35 PM(UTC +0) | |

Status: Read

4/12/2021 8:42:37 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22159BD (Table: message, handle; Size: 162328576 bytes)

From: +1917 [redacted] Brianna Suggs (owner)
To: +1718 [redacted] Rana Abbasova

Can you please tell barbarous I news 4/22 back it doesn't work I need to put something else there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [redacted] Rana Abbasova | 4/12/2021 10:25:40 PM(UTC+0) | | |

Status: Sent

4/12/2021 10:25:38 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22166D9 (Table: message, handle; Size: 162328576 bytes)



From: +1718 [redacted] Rana Abbasova
To: +1917 [redacted] Brianna Suggs (owner)

Sure

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [redacted] Brianna Suggs | | 4/13/202 1 10:33:40 AM(UTC +0) | |

Status: Read

4/12/2021 10:26:19 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2217F83 (Table: message, handle; Size: 162328576 bytes)

From: +1718 [redacted] Rana Abbasova
To: +19174 [redacted] Brianna Suggs (owner)

## 4/23 at 3:30 pm confirmed with Barborous group

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [redacted] Brianna Suggs | | 4/13/202 1 10:34:26 PM(UTC +0) | |

**Status:** Read

4/13/2021 9:55:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x222AF83
(Table: message, handle; Size: 162328576 bytes)

From: +1718 [redacted] Rana Abbasova
To: +1917 [redacted] Brianna Suggs (owner)

## They will share zoom details shortly

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [redacted] Brianna Suggs | | 4/13/202 1 10:34:26 PM(UTC +0) | |

**Status:** Read

4/13/2021 9:56:30 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x222A6EF (Table: message, handle; Size: 162328576 bytes)

From: +1718 [redacted] Rana Abbasova
To: +1917 [redacted] Brianna Suggs (owner)

**Attachments:**

Title: CAL_1439.ics
Size: 2723
File name: ~/Library/SMS/Attachments/8c/12/101988AF-016C-401A-80E0-
059FDF032297/CAL_1439.ics
Path: https://p38-
content.icloud.com/M687E13E887E3B2039B95F6E86C506CA034006C26CBBDB30C
5DE3A908EE22BEAD.C01USN00
~/Library/SMS/Attachments/8c/12/101988AF-016C-401A-80E0-
059FDF032297/CAL_1439.ics

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [redacted] Brianna Suggs | | 4/13/202 1 10:34:26 PM(UTC +0) | |

**Status:** Read

4/13/2021 10:32:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x222A4C6 (Table: message, handle, attachment; Size: 162328576 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/8c/12/101988A
F-016C-401A-80E0-059FDF032297/CAL_1439.ics :  (Size: 2723 bytes)



From: +1718 ▓▓▓▓ Rana Abbasova
To: +1917 ▓▓▓▓ Brianna Suggs (owner)

**I forwarded Zoom invite to you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ▓▓▓▓ Brianna Suggs | | 4/13/2021 10:34:41 PM(UTC +0) | |

**Status:** Read

4/13/2021 10:34:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x222A259 (Table: message, handle; Size: 162328576 bytes)



From: +1917 ▓▓▓▓ Brianna Suggs (owner)
To: +1718 ▓▓▓▓ Rana Abbasova

**I can't see this forward you can just email it to me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 ▓▓▓▓ Rana Abbasova | 4/13/2021 10:35:15 PM(UTC+0) | | |

**Status:** Sent

4/13/2021 10:35:14 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x222BF8D (Table:
message, handle; Size: 162328576 bytes)



From: +1718 ▓▓▓▓ Rana Abbasova
To: +1917 ▓▓▓▓ Brianna Suggs (owner)

**I emailed**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ▓▓▓▓ Brianna Suggs | | 4/13/2021 10:35:33 PM(UTC +0) | |

**Status:** Read

4/13/2021 10:35:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x222BD15 (Table: message, handle; Size: 162328576 bytes)



From: +1718█████ Rana Abbasova
To: +1917█████ Brianna Suggs (owner)

Hi Brianna
Sorry to bother you
Did you inform BP regarding testing site

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917█████ Brianna Suggs | | 4/14/2021 10:05:41 PM(UTC+0) | |

Status: Read

4/14/2021 10:04:47 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2240DA0 (Table: message, handle;
Size: 162328576 bytes)



From: +1917█████ Brianna Suggs (owner)
To: +1718█████ Rana Abbasova

Hi Rana,
I spoke with BP about it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718█████ Rana Abbasova | 4/14/2021 10:37:22 PM(UTC+0) | | |

Status: Sent

4/14/2021 10:37:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2242F8D (Table: message, handle; Size: 162328576 bytes)

From: +1718█████ Rana Abbasova
To: +1917█████ Brianna Suggs (owner)

Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917█████ Brianna Suggs | | 4/15/2021 7:57:44 PM(UTC+0) | |

Status: Read

4/14/2021 10:51:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22426AF (Table: message, handle; Size: 162328576 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)
To: +1718 [REDACTED] Rana Abbasova

Hey can you call me?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [REDACTED] Rana Abbasova | 4/15/2021 7:57:50 PM(UTC+0) | | |

**Status:** Sent

4/15/2021 7:57:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x224CF8D (Table: message, handle; Size: 162328576 bytes)

From: +1718 [REDACTED] Rana Abbasova
To: +1917 [REDACTED] Brianna Suggs (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [REDACTED] Brianna Suggs | | 4/15/2021 7:58:43 PM(UTC+0) | |

**Status:** Read

4/15/2021 7:58:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x224CD55 (Table: message, handle; Size: 162328576 bytes)

From: +1718 [REDACTED] Rana Abbasova
To: +1917 [REDACTED] Brianna Suggs (owner)

May 7 at 5:30pm is confirmed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [REDACTED] Brianna Suggs | | 4/15/2021 10:52:58 PM(UTC+0) | |

**Status:** Read

4/15/2021 10:52:42 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x224EB7A (Table: message, handle; Size: 162328576 bytes)

From: +1917 ▮▮▮▮ Brianna Suggs (owner)
To: +1718 ▮▮▮▮ Rana Abbasova

Okay what's the location?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 ▮▮▮▮ Rana Abbasova | 4/15/2021 10:53:38 PM(UTC+0) | | |

Status: Sent

4/15/2021 10:53:38 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x224E366 (Table: message, handle; Size: 162328576 bytes)

From: +1718 ▮▮▮▮ Rana Abbasova
To: +1917 ▮▮▮▮ Brianna Suggs (owner)

In Williamsburg
I will share the location shortly

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ▮▮▮▮ Brianna Suggs | | 4/15/2021 10:55:22 PM(UTC+0) | |

Status: Read

4/15/2021 10:54:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x224FF83 (Table:
message, handle; Size: 162328576 bytes)

From: +1718 ▮▮▮▮ Rana Abbasova
To: +1917 ▮▮▮▮ Brianna Suggs (owner)

Hi Brianna
How are you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ▮▮▮▮ Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

Status: Read,

4/21/2021 2:15:53 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22C7429 (Table: message, handle; Size: 162328576 bytes)

From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

## KSK Construction Group - Headquarters
(718)[REDACTED]

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

**Status:** Read

4/21/2021 2:15:56 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-0019150E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22C8F83 (Table:
message, handle; Size: 162328576 bytes)

From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

### https://goo.gl/maps/dEJxHkAD6APe7U95A

**Attachments:**

Title: 91FAAE94-48F7-45E9-96F7-97D8D35D8710.pluginPayloadAttachment
Size: 4286
File name: ~/Library/SMS/Attachments/23/03/E3C2D707-8796-44D9-B413-
2378ACB04C86/91FAAE94-48F7-45E9-96F7-
97D8D35D8710.pluginPayloadAttachment
~/Library/SMS/Attachments/23/03/E3C2D707-8796-44D9-B413-
2378ACB04C86/91FAAE94-48F7-45E9-96F7-
97D8D35D8710.pluginPayloadAttachment



Title: 8ACE0416-C68B-4D81-8E3B-1D5ABC38FD8E.pluginPayloadAttachment
Size: 23608
File name: ~/Library/SMS/Attachments/49/09/06815B08-D440-486C-933F-
1155D7545978/8ACE0416-C68B-4D81-8E3B-
1D5ABC38FD8E.pluginPayloadAttachment
~/Library/SMS/Attachments/49/09/06815B08-D440-486C-933F-
1155D7545978/8ACE0416-C68B-4D81-8E3B-
1D5ABC38FD8E.pluginPayloadAttachment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

**Status:** Read

4/21/2021 2:16:00 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-0019150E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22C96B5 (Table: message, handle, attachment; Size: 162328576 bytes)
00008110-
0019150E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/23/03/E3C2D7
07-8796-44D9-B413-2378ACB04C86/91FAAE94-48F7-45E9-96F7-
97D8D35D8710.pluginPayloadAttachment :  (Size: 4286 bytes)
00008110-
0019150E91E99801E_files_full.zip/private/var/mobile/Library/SMS/Attachments/49/09/06815B
08-D440-486C-933F-1155D7545978/8ACE0416-C68B-4D81-8E3B-
1D5ABC38FD8E.pluginPayloadAttachment :  (Size: 23608 bytes)



From: +1718█████ Rana Abbasova
To: +1917█████ Brianna Suggs (owner)

**Location for May 7 event**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917█████ Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC +0) | |

**Status:** Read

4/21/2021 2:16:18 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22CAF83 (Table: message, handle; Size: 162328576 bytes)

From: +1718█████ Rana Abbasova
To: +1917█████ Brianna Suggs (owner)

**Also I gave your number to one of the gentleman from last time dinner**
**He has questions regarding campaigns**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917█████ Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

**Status:** Read

4/21/2021 2:18:43 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x22CA987 (Table: message, handle; Size: 162328576 bytes)



From: +1718█████ Rana Abbasova
To: +1917█████ Brianna Suggs (owner)

**His name is Erden Arkan**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917█████ Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC +0) | |

**Status:** Read

4/21/2021 2:19:05 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x22CA6D1 (Table: message, handle; Size: 162328576 bytes)

From: +1917 ████ Brianna Suggs (owner)
To: +171 ████ Rana Abbasova

Sorry, I can't talk right now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 ████ Rana Abbasova | 4/23/2021 3:39:26 PM(UTC+0) | | |

Status: Sent

4/23/2021 3:39:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2311F8D (Table: message, handle; Size: 162328576 bytes)

From: +1718 ████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

Ok
Please call me when you have a chance

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

Status: Read

4/23/2021 3:39:44 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x2311D43 (Table: message, handle; Size: 162328576 bytes)

From: +1718 ████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

Do you need anything else for Today 3:30 pm Zoom meeting with Barborous group?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 4/23/2021 6:49:16 PM(UTC+0) | |

Status: Read

4/23/2021 3:41:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x231176A (Table: message, handle; Size:
162328576 bytes)



From: +1917 [REDACTED] Brianna Suggs (owner)
To: +1718 [REDACTED] Rana Abbasova

Bsuggs@ericadams2021.com

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [REDACTED] Rana Abbasova | 4/23/2021 6:49:47 PM(UTC+0) | | |

**Status:** Sent

4/23/2021 6:49:47 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x231A93E (Table: message, handle; Size: 162328576 bytes)

From: +1718 [REDACTED] Rana Abbasova
To: +1917 [REDACTED] Brianna Suggs (owner)

Brianna they are ready

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 [REDACTED] Brianna Suggs | 4/23/2021 7:35:05 PM(UTC+0) | | |

**Status:** Read

4/23/2021 7:34:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x231B5F7 (Table: message, handle; Size: 162328576 bytes)



From: +1917 [REDACTED] Brianna Suggs (owner)
To: +1718 [REDACTED] Rana Abbasova

He's logging on

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 [REDACTED] Rana Abbasova | 4/23/2021 7:35:13 PM(UTC+0) | | |

**Status:** Sent

4/23/2021 7:35:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x231B3F4 (Table: message, handle; Size: 162328576 bytes)



From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

Ok
Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 4/23/2021 7:40:59 PM(UTC +0) | |

Status: Read

4/23/2021 7:35:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x231B1C2 (Table: message, handle; Size: 162328576 bytes)



From: +1917[REDACTED] Brianna Suggs (owner)
To: +1718[REDACTED] Rana Abbasova

Yw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[REDACTED] Rana Abbasova | 4/23/2021 7:41:03 PM(UTC+0) | | |

Status: Sent

4/23/2021 7:41:02 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x231DF8D (Table: message, handle; Size: 162328576 bytes)



From: +1917[REDACTED] Brianna Suggs (owner)
To: +1718[REDACTED] Rana Abbasova

Please text me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718[REDACTED] Rana Abbasova | 5/7/2021 9:28:56 PM(UTC+0) | | |

Status: Sent

5/7/2021 9:28:55 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B23C9 (Table: message, handle; Size: 162328576 bytes)



From: +1917 ████ Brianna Suggs (owner)
To: +1718 ████ Rana Abbasova

**BP is doing a zoom**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 ████ Rana Abbasova | 5/7/2021 9:29:03 PM(UTC+0) | | |

**Status:** Sent

5/7/2021 9:29:02 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B3F8D (Table: message, handle; Size: 162328576 bytes)

From: +1718 ████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

**Do you have forms**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 5/7/2021 9:29:09 PM(UTC+0) | |

**Status:** Read

5/7/2021 9:29:06 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B3D59 (Table: message, handle; Size: 162328576 bytes)



From: +1917 ████ Brianna Suggs (owner)
To: +1718 ████ Rana Abbasova

**Yes**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1718 ████ Rana Abbasova | 5/7/2021 9:29:11 PM(UTC+0) | | |

**Status:** Sent

5/7/2021 9:29:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B3B60 (Table: message, handle; Size: 162328576 bytes)

From: +1917 ████ Brianna Suggs (owner)
To: +1718 ████ Rana Abbasova

?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +171 ████ Rana Abbasova | 5/7/2021 9:29:13 PM(UTC+0) | | |

**Status:** Sent

5/7/2021 9:29:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B3956 (Table: message, handle; Size: 162328576 bytes)

From: +1718 ████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

Can you give me the forms

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 5/11/2021 2:23:09 AM(UTC+0) | |

**Status:** Read

5/7/2021 9:29:25 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B3744 (Table: message, handle; Size: 162328576 bytes)

From: +1718 ████ Rana Abbasova
To: +1917 ████ Brianna Suggs (owner)

They already collect the checks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917 ████ Brianna Suggs | | 5/11/2021 2:23:09 AM(UTC+0) | |

**Status:** Read

5/7/2021 9:29:35 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x24B3533 (Table: message, handle; Size: 162328576 bytes)



From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

Hi Brianna
Sorry to bother you so late

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 5/11/2021 2:23:09 AM(UTC+0) | |

Status: Read

5/11/2021 1:51:20 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x251E725 (Table: message, handle; Size: 162328576 bytes)



From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

Is BP available?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | | 5/11/2021 2:23:09 AM(UTC+0) | |

Status: Read

5/11/2021 1:52:34 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db :
0x251E4F4 (Table: message, handle; Size: 162328576 bytes)



From: +1718[REDACTED] Rana Abbasova
To: +1917[REDACTED] Brianna Suggs (owner)

Hi Brianna
How are you
Are you in the building?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1917[REDACTED] Brianna Suggs | 5/12/2021 3:35:04 PM(UTC+0) | 5/12/2021 3:35:04 PM(UTC+0) | |

Status: Read

5/12/2021 3:25:37 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x2562B85 (Table:
message, handle; Size: 162328576 bytes)

Start Time: 11/11/2020 2:21:07 AM(UTC+0)
Last Activity: 5/23/2023 7:10:56 PM(UTC+0)
Participants: briannasuggs03@gmail.com Brianna Suggs, +1917███████ Brianna Suggs, +1718███████
Rana Abbasova

From: +1917███████ Brianna Suggs (owner)
Timestamp: 5/12/2021 3:35:09 PM(UTC+0)
Source App: Native Messages
Body:
Hey Rana,
------------------------------
From: +1917███████ Brianna Suggs (owner)
Timestamp: 5/12/2021 3:35:20 PM(UTC+0)
Source App: Native Messages
Body:
I'm not in the building
------------------------------
From: +1917███████ Brianna Suggs (owner)
Timestamp: 5/12/2021 3:35:31 PM(UTC+0)
Source App: Native Messages
Body:
do you have to leave something for me?
------------------------------
From: +1718███████ Rana Abbasova
Timestamp: 5/12/2021 3:35:51 PM(UTC+0)
Source App: Native Messages
Body:
No I have to ask you something
------------------------------
From: +1917███████ Brianna Suggs (owner)
Timestamp: 5/12/2021 3:40:58 PM(UTC+0)
Source App: Native Messages
Body:
Ok, you want to call me later?
------------------------------
From: +1718███████ Rana Abbasova
Timestamp: 5/12/2021 3:41:58 PM(UTC+0)
Source App: Native Messages
Body:
Yes
------------------------------
From: +1718███████ Rana Abbasova
Timestamp: 5/12/2021 3:42:05 PM(UTC+0)
Source App: Native Messages
Body:
What tome is good for you?
------------------------------
From: +1718███████ Rana Abbasova
Timestamp: 5/12/2021 8:59:42 PM(UTC+0)
Source App: Native Messages
Body:
Can I call you ?
------------------------------
From: +1718███████ Rana Abbasova
Timestamp: 5/13/2021 6:41:13 PM(UTC+0)
Source App: Native Messages
Body:

Hi Brianna
Please call
Me when you have a chance
Need to talk regarding Alibaba's event
------------------------------
From: +1718█████ Rana Abbasova
Timestamp: 5/14/2021 12:10:40 PM(UTC+0)
Source App: Native Messages
Body:
Good morning Brianna
Alibaba just called me
He is asking to reschedule the May 17 event to another day
He said we are not ready
Without flyer it's hard to do the announcement

------------------------------
From: +1718█████ Rana Abbasova
Timestamp: 5/14/2021 8:03:39 PM(UTC+0)
Source App: Native Messages
Body:
Brianna did you rcv my message
------------------------------
From: +1718█████ Rana Abbasova
Timestamp: 5/17/2021 4:10:57 PM(UTC+0)
Source App: Native Messages
Body:
Hi Brianna
Please can you share the link with me

------------------------------
From: +1917█████ Brianna Suggs (owner)
Timestamp: 5/17/2021 4:23:34 PM(UTC+0)
Source App: Native Messages
Attachments:
#1: chats\Native Messages_briannasuggs03@gmail.com\attachments1\__Libr_1
Body:
https://ericadams2021.com
------------------------------
From: +1718█████ Rana Abbasova
Timestamp: 5/17/2021 4:28:13 PM(UTC+0)
Source App: Native Messages
Attachments:
#1: chats\Native Messages_briannasuggs03@gmail.com\attachments1\__Libr_1.heic
Body:

------------------------------
From: +1718█████ Rana Abbasova
Timestamp: 5/17/2021 4:28:21 PM(UTC+0)
Source App: Native Messages
Body:
Is this happing today?
------------------------------
From: +1718█████ Rana Abbasova
Timestamp: 5/17/2021 5:06:57 PM(UTC+0)
Source App: Native Messages
Body:
Did you find out ?

------------------------------

From: +1718█████ Rana Abbasova
Timestamp: 5/18/2021 1:59:31 PM(UTC+0)
Source App: Native Messages
Body:
Good morning Brianna
BP confirmed June 10 breakfast with Dr.Oz
Please add to his calendar
June 10 at 7 am
Turkish consulate general
605 3rd Ave 30 floor
New York NY
------------------------------

From: +1917█████ Brianna Suggs (owner)
Timestamp: 5/18/2021 1:59:52 PM(UTC+0)
Source App: Native Messages
Body:
Good morning
Ok thanks
------------------------------

From: +1718█████ Rana Abbasova
Timestamp: 5/18/2021 2:00:00 PM(UTC+0)
Source App: Native Messages
Body:
Thank you
------------------------------

From: +1718█████ Rana Abbasova
Timestamp: 5/18/2021 2:01:40 PM(UTC+0)
Source App: Native Messages
Body:
List of attendees
CG Reyhan Ozgur
Ambassador Murat Mercan
Dr Oz
------------------------------

From: +19174█████ Brianna Suggs (owner)
Timestamp: 5/18/2021 2:01:42 PM(UTC+0)
Source App: Native Messages
Body:
Yw
------------------------------

From: +1917█████ Brianna Suggs (owner)
Timestamp: 5/18/2021 2:01:45 PM(UTC+0)
Source App: Native Messages
Body:
Ok
------------------------------

From: +1718█████ Rana Abbasova
Timestamp: 5/20/2021 6:54:59 PM(UTC+0)
Source App: Native Messages
Attachments:
#1: chats\Native
Messages_briannasuggs03@gmail.com\attachments1\__Library_SMS_Attachments_df_15_C3E70C98-A77A-435D-810B-E320F20C2096_20210520135336183.pdf
Body:

------------------------------

From: +1917 ████ Brianna Suggs (owner)
Timestamp: 5/20/2021 6:55:14 PM(UTC+0)
Source App: Native Messages
Body:
Thank you!!!
------------------------------
From: +1917 ████ Brianna Suggs (owner)
Timestamp: 5/20/2021 6:55:17 PM(UTC+0)
Source App: Native Messages
Body:

------------------------------
From: +1718 ████ Rana Abbasova
Timestamp: 5/20/2021 6:55:26 PM(UTC+0)
Source App: Native Messages
Body:

------------------------------
From: +1718 ████ Rana Abbasova
Timestamp: 5/26/2021 9:02:26 PM(UTC+0)
Source App: Native Messages
Body:
Brianna
Can you please send me
The contribution form
------------------------------
From: +1917 ████ Brianna Suggs (owner)
Timestamp: 5/26/2021 10:03:14 PM(UTC+0)
Source App: Native Messages
Attachments:
#1: chats\Native Messages_briannasuggs03@gmail.com\attachments1\__Libr_1.pdf
Body:
Here you go
------------------------------
From: +1718 ████ Rana Abbasova
Timestamp: 5/26/2021 10:09:11 PM(UTC+0)
Source App: Native Messages
Body:
Thank you
------------------------------
From: +1917 ████ Brianna Suggs (owner)
Timestamp: 5/26/2021 10:53:08 PM(UTC+0)
Source App: Native Messages
Body:
yw!
------------------------------





**Extraction Report** - Apple iOS Full File system

---

Chats (1)

---

WhatsApp (1)

19174702780@s.whatsapp.net (1)



| # | | Deleted |
|---|---|---|
| 1 | **Details:**<br>Group photos:<br><br>**Start Time:** 4/21/2021 2:15:31 PM(UTC+0)<br>**Last Activity:** 6/30/2021 8:17:24 AM(UTC+0)<br>**Number of attachments:** 2<br>**Source:** WhatsApp<br>**Account:** 1917████@s.whatsapp.net<br>**Source file:** 00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/ChatStorage.sqlite : 0x273531 (Table: ZWAMESSAGE, ZWACHATSESSION, ZWAPROFILEPUSHNAME; Size: 12120064 bytes)<br>00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x1071 (Size: 15519 bytes)<br>00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/ContactsV2.sqlite : 0xC8A0B (Table: ZWAADDRESSBOOKCONTACT; Size: 1064960 bytes)<br>00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/Media/Profile/13472674260-1671479361.thumb : 0x0 (Size: 2695 bytes)<br>**Source Extraction:** Legacy<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>1917████@s.whatsapp.net<br>Brianna Suggs (owner)<br><br>1347████@s.whatsapp.net<br>Reyhan Ozgur<br><br>**Identifier:** 1347████@s.whatsapp.net | |

From: 1347████@s.whatsapp.net Reyhan Ozgur
Hi Brianna, this is Reyhan, Turkish Consul General
**Status:** Read
**Platform:** Mobile

4/21/2021 2:15:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-
289E-46D1-8B1F-E30253CF4B5C/ChatStorage.sqlite : 0x274124 (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 12120064 bytes)
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-
289E-46D1-8B1F-E30253CF4B5C/ContactsV2.sqlite : 0xC8A0B (Table:
ZWAADDRESSBOOKCONTACT; Size: 1064960 bytes)

From: System Message System Message

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

**Platform:** Mobile

**Label:** System

4/21/2021 2:15:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-289E-46D1-8B1F-E30253CF4B5C/ChatStorage.sqlite : 0x273531 (Table: ZWAMESSAGE; Size: 12120064 bytes)

From: 1347[ ]@s.whatsapp.net Reyhan Ozgur

I hope all is well with you and Eric

**Status:** Read

**Platform:** Mobile

4/21/2021 2:15:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4
D-289E-46D1-8B1F-E30253CF4B5C/ChatStorage.sqlite : 0x2732D4 (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 12120064 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4
D-289E-46D1-8B1F-E30253CF4B5C/ContactsV2.sqlite : 0xC8A0B (Table:
ZWAADDRESSBOOKCONTACT; Size: 1064960 bytes)

From: 1347[ ]@s.whatsapp.net Reyhan Ozgur

Mr Erden Arkan will call you for some info

**Status:** Read

**Platform:** Mobile

4/21/2021 2:16:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-
289E-46D1-8B1F-E30253CF4B5C/ChatStorage.sqlite : 0x273F94 (Table: ZWAMESSAGE,
ZWAPROFILEPUSHNAME; Size: 12120064 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/74EC2F4D-
289E-46D1-8B1F-E30253CF4B5C/ContactsV2.sqlite : 0xC8A0B (Table:
ZWAADDRESSBOOKCONTACT; Size: 1064960 bytes)

I.    November 15, 2024 Documentation Requests Including Additional Requests
      (*Italicized*) Based on DOJ Document Review

      Regarding the September 20, 2023 fundraiser referenced in ¶45 of the indictment
      Regarding the October 9, 2023 fundraiser referenced in ¶46 of the indictment



## Extraction Report - Apple iOS Full File system


www.cellebrite.com

---

## Chats (1)

### Signal (1)

| # | | Deleted |
|---|---|---|
| 1 | **Start Time:** 12/25/2021 12:50:12 PM(UTC+0)<br>**Last Activity:** 10/27/2023 1:36:09 AM(UTC+0)<br>**Number of attachments:** 21<br>**Source:** Signal<br>**Source file:** 00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x21A2EE0 (Table: model_TSThread, model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)<br>  **Source Extraction:** Legacy<br>**Body file:** chat-1.txt<br><br>**Participants:**<br><br>  +1718▮▮▮▮ Rana Abbasova<br><br>  +1917▮▮▮▮ Brianna Suggs (owner)<br><br>**Identifier:** C74F544C-1C26-48E7-913C-A25F8BDD630C | |

---

**From:** +1718▮▮▮▮ Rana Abbasova

Hi Briana
Can we book another event for September 20
From 8pm-10pm

7/11/2023 4:19:22 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A95545 (Table: model_TSInteraction; Size: 49012736 bytes)

---

**From:** +1718▮▮▮▮ Rana Abbasova

**Attachments:**

Size: 1262204

Size: 271103

Size: 219116

Size: 51908

Size: 86707



1


Size: 71747


Size: 8322


Size: 46934


Size: 267724


Size: 12404

7/11/2023 4:19:54 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A95337
(Table: model_TSInteraction; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf : (Size: 1262204 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_1.jpg : (Size: 271103 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_2.jpg : (Size: 219116 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_3.jpg : (Size: 51908 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_4.jpg : (Size: 86707 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_5.jpg : (Size: 71747 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_6.jpg : (Size: 8322 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_7.jpg : (Size: 46934 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_8.jpg : (Size: 267724 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/20DF96B2-5C7B-4688-B0AC-
B017BC684801/INTERNATIONAL_SUSTAINABILITY_LEADERS.pdf/INTERNATIONAL_SUS
TAINABILITY_LEADERS.pdf_embedded_9.jpg : (Size: 12404 bytes)

From: +1718Rana Abbasova

For This one

7/11/2023 4:20:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A9514B
(Table: model_TSInteraction; Size: 49012736 bytes)

**From: +1718[REDACTED] Rana Abbasova**

Hi Briana

7/13/2023 1:09:00 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A970BD
(Table: model_TSInteraction; Size: 49012736 bytes)

**From: +1917[REDACTED] Brianna Suggs (owner)**

Hi, let me check I'll let you know asap

7/13/2023 1:25:33 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27A9A5F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

**From: +1718[REDACTED] Rana Abbasova**

Thanks dear

7/13/2023 1:26:27 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27A9872
(Table: model_TSInteraction; Size: 49012736 bytes)

**From: +1917[REDACTED] Brianna Suggs (owner)**

Hi Brianna
Sorry to bother you
Did you check the availability?

7/13/2023 4:42:47 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-
A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29A94FE (Table: model_TSInteraction,
model_OWSUserProfile; Size: 49012736 bytes)

**From: +1917[REDACTED] Brianna Suggs (owner)**

Hi, yes that works. The mayor will get there at 8:30 pm

7/13/2023 6:08:16 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B5612A (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Thank you

7/13/2023 6:08:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x254CC6C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Hi Brianna

7/20/2023 2:37:40 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x24C19B8
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Can you please check for the event on august 26
These two memes
Selcuk Captan and
Serkan

7/20/2023 2:39:06 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2905DFD (Table: model_TSInteraction, model_OWSUserProfile; Size:
49012736 bytes)

From: System Message

Incoming call.

Label: System

7/20/2023 6:13:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27679CB
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

Label: System

7/20/2023 10:08:15 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2767694
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917 ████ Brianna Suggs (owner)

Good morning!

PLEASE FEEL FREE TO RESPOND AFTER 5PM

Just an FYI I'm traveling this week, if you need me service will be sketchy but I'll be here.

Also, FYI that the fundraiser in the Hamptons was in the papers this morning on Page Six. Can you please alert the host and let them know that if they sent this to the press, that is not our policy, and if they did not send this to the press, please let them know if anyone from press reaches out to alert us as soon as possible.

Thank you!

7/24/2023 3:08:28 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x290B89A (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ████ Brianna Suggs (owner)

Hi Brianna
I spoke with the organizer
they didn't send this to the presser
I let them know that if anyone from the press reaches out to them to alert us as soon as possible

7/24/2023 8:58:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A227C8 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ████ Brianna Suggs (owner)

Have a wonderful vacation

7/24/2023 8:59:06 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A225DA (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ████ Brianna Suggs (owner)

Did you book for me the September 20 ?
From 8-10 pm
Mayors arrival time is 8:30 pm

7/24/2023 9:00:20 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A220EF (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Hi, yes. Can you send me the address? And I'll make sure Gladys has it on her end again.

7/24/2023 10:20:55 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x268E75A (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Good morning!
I'm back in NYC, please let me know if you need anything

7/31/2023 2:57:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x1ED7A40 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Great
Welcome back
Yes I need something
I will call you after 5

7/31/2023 2:58:24 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x1ED7827 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Thank you
Okay sounds good, talk to you then

7/31/2023 2:58:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23F4A58 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

8/1/2023 9:01:14 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x23F4867 (Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917████ Brianna Suggs (owner)

Hi Brianna

8/14/2023 11:57:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2689E4D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +191████ Brianna Suggs (owner)

Can I call you?

8/14/2023 11:58:04 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2689C6A
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label**: System

8/15/2023 8:56:25 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27B8F85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label**: System

8/15/2023 9:03:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27B8EE1
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917████ Brianna Suggs (owner)

https://ericadams2025.link/general

8/15/2023 9:06:35 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27B891D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

8/21/2023 4:45:05 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29BDF85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

8/21/2023 7:23:50 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29BDEE0
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

8/21/2023 7:23:54 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29BDE3C
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917████ | Brianna Suggs (owner)

Hi Brianna
How are you

8/26/2023 5:36:44 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CA0130
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917████ | Brianna Suggs (owner)

Are you available?

8/26/2023 5:36:48 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CA8E45
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [redacted] Brianna Suggs (owner)

Hi, yup I'll call you now

8/26/2023 5:37:04 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CA85FC
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label**: System

8/26/2023 5:37:05 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CA8BB9
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917 [redacted] Brianna Suggs (owner)

Please let me know

8/26/2023 5:54:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CA8C5F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label**: System

8/26/2023 8:11:07 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B0FF85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917 [redacted] Brianna Suggs (owner)

Sounds great!

8/26/2023 8:13:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B0F9D6
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Sorry that wasn't for you

8/26/2023 8:14:22 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28E7A6D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

No problem

8/26/2023 8:14:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28E788D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

Incoming call.

Label: System

8/26/2023 9:19:28 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28E769E
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

You called.

Label: System

8/26/2023 9:26:56 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CABACF
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

You called.

Label: System

8/26/2023 10:13:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CB19E2
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917 ████ Brianna Suggs (owner)
Attachments:



Size: 407353

8/27/2023 1:57:03 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CB1B8C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/0C9FA7FA-35FA-4497-AF75-
79885EF54048/signal-2023-08-26-215703.jpeg :  (Size: 407353 bytes)

From: +1917 ████ Brianna Suggs (owner)
Do you know here?

8/27/2023 1:57:10 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CB7A77
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ████ Brianna Suggs (owner)
Yes

8/27/2023 2:11:14 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CB72C2
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ████ Brianna Suggs (owner)
Okay she's telling people the dinner with Arda is $10k a plate

8/27/2023 2:11:59 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-
A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2908A48 (Table: model_TSInteraction,
model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

I don't think so
Arda is doing that event and bringing his close circle to that event
He gave me a list people of 8-9

8/27/2023 2:13:16 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29087F8 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Mayor knows most of them from turkey
The People who has business here as well

8/27/2023 2:15:27 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29085D5 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

I will ask Arda as well

8/27/2023 2:15:56 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29083E9 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Okay

8/27/2023 2:32:16 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2916A84 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

Incoming call.
Label: System

8/30/2023 8:34:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x291636E (Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Hi Brianna
October 9 , 2023 at 6,7,8 pm one of these hours
Address :
SKY ROOM
Organizer Jimmy Cuneyt Gurkan

1200 Avenue at Port Imperial
Weehawken, NJ 07086

8/31/2023 12:08:39 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2853DB6 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736
bytes)

From: +191 [REDACTED] Brianna Suggs (owner)

Okay got it

8/31/2023 12:08:54 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2853807
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Thanks

8/31/2023 12:09:02 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x285362B
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Hi Brianna
Can we please creat a flyer for this one?

9/5/2023 6:30:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D4B3F3 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

Incoming call.
Label: System

9/5/2023 6:56:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D2C959
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message
**You called.**
**Label:** System

9/5/2023 7:18:09 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D3AF85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Ilaha Suleymanova 2100

Rakat Heydarova 2100

Anowar Hoseyn 2100

Yegana Nasibova 2100

9/5/2023 10:29:43 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D3AC13 (Table: model_TSInteraction, model_OWSUserProfile; Size:
49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Ok, i will check.

9/5/2023 10:30:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D3A65E
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Also is the address correct?

9/5/2023 10:30:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x11FBA6C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Address is correct

9/5/2023 10:53:36 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x11FB54C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Also is it possible book from 7 till 9
We will start at 7 he will arrive at 8 pm
Thank you so much

9/5/2023 10:54:23 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x11FB313 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Hi Brianna
How are you

9/6/2023 8:40:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28BEE41 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +191[redacted] Brianna Suggs (owner)

Can you please creat the flyer

9/6/2023 8:41:09 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28BEC4F (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Ilaha Suleymanova 2100

Rakat Heydarova 2100

Anowar Hoseyn 2100

Yegana Nasibova 2100
Naila Ozdamar 2100

9/6/2023 8:41:38 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28BEA12 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Hi Dear
Did you have a chance to check the names?

9/7/2023 9:54:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2954C2B (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label:** System

9/10/2023 9:49:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x20F8F85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

**Label:** System

9/10/2023 10:01:27 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x20F8EE0
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917 Brianna Suggs (owner)

**Attachments:**

Size: 1812663



Size: 1753808

9/10/2023 10:53:27 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x295710B
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/7C20DFE5-1FAA-4C72-989E-
0572FB9061AC/EA_2025_Fundraiser__Jimmy_Cuneyt_Gurkan_.pdf : (Size: 1812663 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/7C20DFE5-1FAA-4C72-989E-
0572FB9061AC/EA_2025_Fundraiser__Jimmy_Cuneyt_Gurkan_.pdf/EA_2025_Fundraiser__
Jimmy_Cuneyt_Gurkan_.pdf_embedded_1.jpg : (Size: 1753808 bytes)

From: System Message

You called.

**Label:** System

9/10/2023 10:53:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2957F85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

**Incoming call.**

**Label:** System

9/10/2023 10:54:20 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2957EE1
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917 Brianna Suggs (owner)

Thank you

9/11/2023 1:39:35 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2957D05
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 Brianna Suggs (owner)

Attachments:



Size: 43261

9/13/2023 1:23:23 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29F981D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/727BB050-EC72-443D-AEC0-
68AFABEF5364/signal-2023-09-12-212323.jpeg :  (Size: 43261 bytes)

From: +1917 Brianna Suggs (owner)

Attachments:



Size: 40190

9/13/2023 1:25:28 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29F961C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/539E0046-5453-46E5-B30D-
02BFAD0F48D6/signal-2023-09-12-212528.jpeg :  (Size: 40190 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Attachments:



Size: 307836

9/13/2023 1:25:58 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CD65F0
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/C3AE57FE-5AE2-4763-BF1B-
0B5C710078C5/PHOTO-2023-09-11-09-54-45.jpg :  (Size: 307836 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Serkan Keskin 1000
Derya Rapodlu 2100 new
Hicri Rapodlu 2100 new
Zaur Bekirov 2100 new
Sel Kaptan 500
Naile Özdamar 2100
Ilaha hosman 2100
Anowar hosman 2100

9/13/2023 1:36:09 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2CD637C (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736
bytes)

From: +1917[redacted] Brianna Suggs (owner)

Ok I'll check

9/13/2023 12:10:50 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D703E3
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Ilaha Suleymanova 2100

9/13/2023 11:23:36 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x1F4351E
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ▓▓▓▓▓ Brianna Suggs (owner)

Should be 16200 in the account already

9/13/2023 11:25:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x26EC8EC
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ▓▓▓▓▓ Brianna Suggs (owner)

Hi Brianna
Kursat 1800$
Deniz 300$
Ilaha Suleymanova 2100

9/16/2023 4:56:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A86CD3 (Table: model_TSInteraction,
model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ▓▓▓▓▓ Brianna Suggs (owner)

Please add also Erdem Sahin 2100

9/18/2023 11:12:04 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A86701
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

Label: System

9/19/2023 2:25:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A86F85
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917 ▓▓▓▓▓ Brianna Suggs (owner)

The Marmara Hotel
114 East 32nd Street
10016 New York

9/19/2023 4:06:28 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A860FC (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Got it

9/19/2023 4:37:17 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D7BA82
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

can you please text me your email again?

9/19/2023 7:35:41 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D7B4B5
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Ranaabbasova82@gmail.com

9/19/2023 7:36:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D8DE3F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Ok I added your email

9/19/2023 7:40:01 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D8D0E3
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Thank you

9/19/2023 10:54:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D8CE4E
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

Label: System

9/20/2023 6:58:29 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27157E8
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

Label: System

9/20/2023 7:05:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2715744
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

Incoming call.

Label: System

9/20/2023 7:06:28 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27156A0
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917█████ Brianna Suggs (owner)

Rakat Heydarova
Yegana Nasibova
Hicri Rapodlu
Kursat

9/20/2023 7:08:53 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27150CA (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917█████ Brianna Suggs (owner)

Yeganes didn't go thorough
Her husband did Zaur Bakirov

9/20/2023 7:10:07 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A87E1D (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [redacted] Brianna Suggs (owner)

Ok, I got him

9/20/2023 7:10:53 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A8786C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [redacted] Brianna Suggs (owner)

Instead of Rakat Heydarova will be Ilaha Suleymanova

9/20/2023 7:13:09 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A87662 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [redacted] Brianna Suggs (owner)

Hicri and Kursat I'm checking

9/20/2023 7:13:23 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2A8746F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [redacted] Brianna Suggs (owner)

Okay

9/20/2023 7:14:25 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D89BB5
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [redacted] Brianna Suggs (owner)

Kursat Ece can you please check him one more time

9/20/2023 8:18:51 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D899AF (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917████ Brianna Suggs (owner)

Attachments:



Size: 40190

9/20/2023 8:20:04 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D897AE
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/Attachments/86A7DB12-84D2-4866-8C2D-
F077CEB7C8B4/signal-2023-09-20-162004.jpeg :  (Size: 40190 bytes)

From: +1917████ Brianna Suggs (owner)

Okay I'll look

9/20/2023 8:20:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D891FB
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917████ Brianna Suggs (owner)

Are you coming with him

9/20/2023 11:53:28 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D83E40
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917████ Brianna Suggs (owner)

No I'll be there before

9/20/2023 11:53:38 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D832F3
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ███████ Brianna Suggs (owner)

Ok
I'm here

9/20/2023 11:53:46 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D83111
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ███████ Brianna Suggs (owner)

Let me know his ETA

9/20/2023 11:54:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D65E44
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ███████ Brianna Suggs (owner)

I have to meet him downstairs and brief him quickly

9/20/2023 11:54:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D65C3D (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ███████ Brianna Suggs (owner)

Ok

9/20/2023 11:54:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D65698
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

Label: System

9/21/2023 12:17:26 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D655F0
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

You called.

**Label**: System

9/21/2023 12:32:42 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D6D9A2
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917 Brianna Suggs (owner)

15 minutes

9/21/2023 12:36:56 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D6D3F6
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 Brianna Suggs (owner)

Ok

9/21/2023 12:38:06 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D72C64
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: System Message

You called.

**Label**: System

9/21/2023 12:41:45 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D72613
(Table: model_TSInteraction; Size: 49012736 bytes)

From: System Message

You called.

**Label**: System

9/21/2023 12:45:47 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D723DD
(Table: model_TSInteraction; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Levent Sertbas: $500
Mukemmel Sarimsakci: $2100

9/29/2023 5:03:59 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0xE45A59 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Will reach the goal by end of the next week

9/29/2023 5:07:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0xE45858 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Okay thank you!

9/29/2023 5:08:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0xE453D7
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Hi, the new total is 4,600

10/3/2023 5:27:24 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2B81497
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Thank you

10/3/2023 9:26:37 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x28B09AE
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

$6350

10/6/2023 2:59:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2909485
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Good morning

10/6/2023 2:59:56 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2909A7C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Thanks

10/6/2023 3:04:36 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x29092A9
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Will be check options as well

10/6/2023 3:04:52 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E44E3A
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Okay thanks

10/6/2023 3:05:14 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E4488C
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Good afternoon,
I haven't seen an update online.

10/8/2023 7:45:03 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E62A56 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Hi
Just spoke they tmrw till afrnonn will be some deposits and some check and cash options
at the event

10/8/2023 7:52:59 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E62818 (Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736
bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

What is the limit for cash option

10/8/2023 7:53:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E53E36
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

$100

10/8/2023 7:53:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E5388F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

For cash

10/8/2023 7:53:37 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E532E2
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

And okay are they going to make the limit?

10/8/2023 7:54:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E55A5E (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Yes

10/8/2023 7:54:34 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E55885
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

They said as agreed we will collect the 25K

10/8/2023 7:55:00 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-
4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E55686 (Table:
model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Ok perfect

10/8/2023 7:55:15 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E550D9
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[redacted] Brianna Suggs (owner)

Can we  meet their around 7-7:30 and collect the checks before Mayor arrives

10/8/2023 7:55:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E80E0B (Table: model_TSInteraction, model_OWSUserProfile;
Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

?

10/8/2023 7:56:11 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E80C35
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Yup

10/8/2023 7:56:32 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E8068F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Let's see how much will be deposited tmrw till afternoon

10/8/2023 7:56:57 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E8047F (Table: model_TSInteraction,
model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Is the check payable to Eric Adams?

10/8/2023 8:07:24 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E80287
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 [REDACTED] Brianna Suggs (owner)

Eric Adams 2025

10/8/2023 8:07:33 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E81A79
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Thanks

10/8/2023 8:07:39 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E8189D
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Good afternoon,
New number: $20,050

10/9/2023 7:11:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2745A65
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Thanks
And I have the check for 2100 and will be few checks

10/9/2023 7:16:59 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-
4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2745853 (Table: model_TSInteraction,
model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Okay thanks

10/9/2023 7:17:15 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x27453D5
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

I will be there by 7:30

10/9/2023 10:23:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E9C345
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917████ Brianna Suggs (owner)

Ok, I'm not sure yet I'll keep you posted, there's a lot of traffic coming out of the city

10/9/2023 10:24:30 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1-4D31-4656-A771-
B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E9CA28 (Table: model_TSInteraction, model_OWSUserProfile; Size:
49012736 bytes)

From: +1917████ Brianna Suggs (owner)

Ok

10/9/2023 10:24:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E9C84F
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917████ Brianna Suggs (owner)

I'm here

10/9/2023 11:34:58 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E9C167
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917████ Brianna Suggs (owner)

What is your eta?

10/9/2023 11:35:33 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x13A2E46
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917████ Brianna Suggs (owner)

About 30 minutes away

10/9/2023 11:36:13 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x13A29BF
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

What about his eta?

10/9/2023 11:49:00 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x13A27D7
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Same

10/9/2023 11:50:19 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x13A2230
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

He'll come in about 5 minutes after me

10/9/2023 11:50:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E8488A
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Ok

10/9/2023 11:50:31 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E84E55
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917[REDACTED] Brianna Suggs (owner)

Are there a lot of people there

10/9/2023 11:50:42 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
~4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E842C6
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ▮▮▮▮ Brianna Suggs (owner)

25 people

10/9/2023 11:50:49 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E840E7
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ▮▮▮▮ Brianna Suggs (owner)

Okay

10/9/2023 11:58:12 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E994D2
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ▮▮▮▮ Brianna Suggs (owner)

Coming up now

10/10/2023 12:15:28 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E99A7B
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ▮▮▮▮ Brianna Suggs (owner)

Ok

10/10/2023 12:15:46 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2E992FA
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ▮▮▮▮ Brianna Suggs (owner)

7th floor right?

10/10/2023 12:16:21 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D0789B
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ███ Brianna Suggs (owner)

7th floor

10/10/2023 12:16:32 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D07E4E
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ███ Brianna Suggs (owner)

$22,650.00

10/10/2023 12:29:31 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x2D072EC
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)

From: +1917 ███ Brianna Suggs (owner)

Hi dear
How are you

10/27/2023 1:33:53 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008110-
001915E91E99801E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/8281D9F1
-4D31-4656-A771-B99AD3602FB4/grdb/signal.sqlite/signal.sqlite.decrypted : 0x7E4CFB
(Table: model_TSInteraction, model_OWSUserProfile; Size: 49012736 bytes)



ISL

INTERNATIONAL

# SUSTAINABILITY

LEADERS

NEW YORK DINNER

2023



DINNER SUBJECT

# SUSTAINABLE

# DESTINATIONS



# EVENT

- 25 people dinner reception
- September 19th
- New York City / Manhattan
- Key Note speech about
  SUSTAINABLE DESTINATIONS
- 7:30pm to 10pm





# INTERNATIONAL
# S U S T A I N A B I L I T Y
### LEADERS

KEY NOTE SPEAKER

# ERIC ADAMS

## The Mayor of New York City







# SPONSORSHIP

- One person attendance
- Logo placement on dinner catalog
- Photo opportunity with ERIC ADAMS





INTERNATIONAL

# SUSTAINABILITY

LEADERS

NEW YORK DINNER

2023













INTERNATIONAL

# SUSTAINABILITY

LEADERS









**f Share on Facebook**

**🐦 Share on Twitter**

**✈ Send via email**

# Thank you!

| Order #AB264405395 | $2,100.00 |
|---|---|

**One-time contribution:**
September 11, 2023 at 9:53 AM
VISA ▇

Zaur Bekirov
zaurbekirov@gmail.com

Please note that on your credit card statement this contribution **will appear as one or more charges to ACTBLUE**

**View Receipt**

View contribution history

Paid for by ActBlue (actblue.com) and not authorized by any candidate or candidate's committee.
Contributions or gifts to ActBlue are not deductible as charitable contributions for Federal income tax purposes.
Paid for by Eric Adams 2025



**A message from Eric Adams 2025**

Thank you for you contribution to the Eric Adams 2025 committee.

If you have any questions or concerns in regards to your contribution, please reach out to **Brianna Suggs** at [brianna@suggssolutions.com](mailto:brianna@suggssolutions.com).

# $2,100.00

**Total Contribution**

⚓ **One-time Contribution**

Eric Adams 2025    $2,100.00

---

**Total Charged**    $2,100.00

**Name:** Derya Rodoplu
**Order Date:** 9/11/2023
**Order Number:** AB264403532
**Payment Type:** VISA ▮▮▮▮
**Billing Zip:** 10▮▮

# Thank you!

| Order #AB264408835 | $2,100.00 |
|---|---|

**One-time contribution:**
September 11, 2023 at 11:16 AM
MasterCard █████

Hicran Rodoplu
hicran.rodoplu@gmail.com

---

Please note that on your credit card statement this contribution **will appear as one or more charges to ACTBLUE**

### View Receipt

View contribution history

Paid for by ActBlue (actblue.com) and not authorized

🔒 secure.actblue.com