# LANKLER SIFFERT & WOHL LLP

1185 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10036
+1.212.921.8399 | WWW.LSWLAW.COM

September 9, 2025

BY ECF

Honorable Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Eric Adams 2025, et al. v. New York City Campaign Finance Board*, No. 25-cv-4558

Dear Judge Garaufis:

    We represent Defendant New York City Campaign Finance Board in the above-captioned action. Pursuant to your Individual Rules, Section IV(A)(2)(a), Defendant seeks permission to file a cross-motion for summary judgment in response to Plaintiffs' motion, ECF No. 15-1.

    In cross-moving, Defendant does not request any alteration to the Court's September 4, 2025 Order setting a briefing schedule. Defendant will forgo a reply brief. We have conferred with counsel for Plaintiffs, who consent to the cross-motion under this condition.

    Additionally, in your Order published today, you directed Defendant to "address in its Opposition the reason(s) for the CFB's August 28 determination and to submit any additional, relevant documents not previously provided to the court by Tuesday, September 16, 2025." Defendant respectfully requests an additional five pages to address the Court's inquiry. Counsel for Plaintiffs also consents to this request for additional pages.

    Sincerely,

    /s/ Douglass B. Maynard
    Douglass B. Maynard

cc:    Robert Spolzino, Abrams Fensterman, LLP
        Mary Desmond, Abrams Fensterman, LLP