# LANKLER SIFFERT & WOHL LLP

1185 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10036
+1.212.921.8399 | WWW.LSWLAW.COM

September 22, 2025

BY ECF

Honorable Nicholas Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Eric Adams 2025 et al. v. New York City Campaign Finance Board,* No. 25-cv-4558

Dear Judge Garaufis:

    Defendant New York City Campaign Finance Board ("the Board") writes to request permission to respond to Plaintiffs' letter, ECF No. 21, which is an unauthorized sur-reply raising an argument Plaintiffs forfeited by failing to articulate it in their briefs. The Board asks to submit the letter that is attached as Exhibit A.

                                          Respectfully submitted,

                                          /s/ Douglass B. Maynard
                                          Douglass B. Maynard

cc:   Mary Desmond, Abrams Fensterman, LLP
       Robert Spolzino, Abrams Fensterman, LLP

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
_____
**Hon. Nicholas G. Garaufis
Date:** 9/23/25