

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany

ROBERT A. SPOLZINO
*Executive Partner*
*rspolzino@abramslaw.com*
*Direct: 914-607-7102*

*Via ECF & Telefax (718-613-2546)*

September 29, 2025

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Matter of Eric Adams 2025, et al. v. New York City Campaign Finance Board*
     Case No. 1:25-cv-04558-NGG-LKE

Dear Judge Garaufis:

 I write as counsel for the plaintiffs pursuant to your order of September 28, 2025, directing that we advise you no later than noon today whether Plaintiffs "are withdrawing this action challenging Defendant's determination that the 2025 Adams Campaign is currently not eligible for public matching funds." Plaintiffs are not. Pursuant to New York City Campaign Finance Act § 3-710(3)(c), campaign expenditures incurred prior to the date the candidate has ceased actively campaigning remain eligible expenditures. The Adams Campaign has incurred such expenditures and is therefore entitled to the relief it seeks in this action today, just as it was prior to Mayor Adams' announcement.

              Respectfully yours,

              Robert A. Spolzino

cc: Douglass Maynard, Esq. (dmaynard@lswlaw.com)