UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIC ADAMS 2025, ERIC ADAMS, SHARON
ADAMS, as Treasurer of Eric Adams 2025,
MARIETTA ROZENTAL, and MALCOLM
ADAMS,

                            Plaintiffs,                      JUDGMENT
        v.                                         25-cv-04558-NGG-LKE

NEW YORK CITY CAMPAIGN FINANCE
BOARD,

                            Defendant.
------------------------------------------------------------------X

       A Memorandum and Order of the Honorable Nicholas G. Garaufis, United States District Judge, having been filed on October 1, 2025, denying Plaintiffs' motion for summary judgment; granting the CFB's motion for summary judgment on all claims; dismissing Plaintiffs' claim for declaratory judgment; dismissing Plaintiffs' requests for money damages, attorneys' fees, and litigation expenses and

       An Order having been filed on October 1, 2025, dismissing Plaintiff's action with prejudice in its entirety; it is

       ORDERED and ADJUDGED that Plaintiffs' motion for summary judgment is denied; that the CFB's motion for summary judgment is granted on all claims; Plaintiffs' claim for declaratory judgment is dismissed; Plaintiffs' requests for money damages, attorneys' fees, and litigation expenses are dismissed; and Plaintiff's action is dismissed without prejudice in its entirety.

Dated: Brooklyn, New York                                       Brenna B. Mahoney
       October 2, 2025                                                Clerk of Court

                                                                   By:   */s/Jalitza Poveda*
                                                                          Deputy Clerk